UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:24-cr-251-MMH-MCR

RUBY GEORGE

## MOTION FOR CAPIAS

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, moves this Court to issue a capias for RUBY GEORGE, against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ A. Tysen Duva
TYSEN DUVA
Assistant United States Attorney
Florida Bar No. 0603511
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: Tysen.Duva@usdoj.gov