UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:24-cr-251-MMH-MCR

TERESA BRADY
RUBY GEORGE

## ORDER

This matter is before the Court on the United States' Motion to Unseal the Indictment and Related Documents, which was filed on January 13, 2025. Upon consideration, it is

ORDERED:

1. That the United States' Motion to Unseal the Indictment and Related Documents is hereby granted; and

2. That the Clerk of the Court is directed to unseal the Indictment and related documents, all of which were filed on December 12, 2024.

DONE AND ORDERED in Jacksonville, Florida, this 13th day of January, 2025.

MONTE C. RICHARDSON
United States Magistrate Judge

Copy to:
U.S. Attorney's Office (Duva)