UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

Case No.:
3:24-cr-00251-MMH-MCR

RUBY GEORGE

_____/

**APPEARANCE OF COUNSEL**

The undersigned counsel hereby gives notice of his appearance as counsel for the Defendant, Ruby George, for purposes of all proceedings before the United States District Court.  The undersigned is an Attorney at Law, duly qualified as such under the laws of the State of Florida, and duly admitted to practice before this Court.

DATED at Jacksonville, Florida this 16th day of January, 2025.


Respectfully submitted,


 _/s/ Reid M. Hart_____
REID M. HART
Fla. Bar No.:   0069032
Reid@hartcrimlaw.com
**HART LAW, PLLC**
200 E. Forsyth Street
Jacksonville, Florida 32202
Telephone: (904) 299-7171

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic filing to Arnold B. Corsmeier, Esq., Office of the United States Attorney, 300 N. Hogan St., Ste. 700, Jacksonville, FL  32202 this the 28th day of October, 2024.

                                      /s/ Reid M. Hart
                                      _____
                                      Reid M. Hart