United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

*Plaintiff,*

v.     NO. 3:24-cr-251-MMH-PDB

**TERESA BRADY & RUBY GEORGE,**

*Defendants.*

---

## Order of Recusal

I recuse myself from proceedings in this case because lawyers with a close family member's law firm represent a party. The clerk must reassign this case to another United States Magistrate Judge.

**Ordered** in Jacksonville, Florida, on January 16, 2025.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*