**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

---

UNITED STATES OF AMERICA　　　　CASE NO. 3:24-cr-251-MMH-SJH

v.

TERESA BRADY
RUBY GEORGE

| Counsel for Government: | Counsel for Defendants: |
|---|---|
| Tysen Duva | Hank Coxe |
| Kelly Milliron | Reid Hart |

---

**HONORABLE MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles　　　　Court Reporter: Katharine Healey

---

**CLERK'S MINUTES**

**PROCEEDINGS OF:**　　**CRIMINAL STATUS CONFERENCE**

The parties jointly move to continue the trial.

Joint <u>ore</u> <u>tenus</u> motion to continue the trial is **GRANTED**.  For the reasons stated on the record during the hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendant in a speedy trial.  As Defendants are joined for trial, all time from now until the end of the June 2025 trial term shall be excludable time.

**CASE RESET:**
**Status:**　　　　May 19, 2025, at 3:00 p.m.
**Trial Term:**　　June 2, 2025, at 9:00 a.m.

Plea agreement deadline set for **May 27, 2025**.

Date: February 18, 2025　　　Time: 3:21 p.m. – 3:24 p.m.　　　Total: 3 Minutes