UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                           CASE NO. 3:24-cr-251-MMH-SJH

RUBY GEORGE
_____

**O R D E R**

The Court, having received a request by a member of the press, hereby orders pursuant to Local Rule 7.02 that the prohibition on electronic devices in the courthouse is excused for the <u>limited</u> purpose of allowing any member of the press to enter the courthouse with a laptop computer (but not cell phone) to attend the change of plea hearing set before the undersigned on **August 4, 2025, at 1:00 p.m. in Courtroom 5A, Fifth Floor**.

Any member of the press entering the Courthouse with a laptop must present Court Security Officers with media credentials and a copy of this Order. Live transmission of any kind from the courtroom while court is in session is strictly prohibited. This prohibition includes, but is not limited to, texting, emailing, tweeting, blogging, and messaging or posting via any social media. In addition, no audio or video recording is allowed in the courthouse at any time.

**DONE** and **ORDERED** in Jacksonville, Florida this 28th day of July, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:
Jim Leanhart, Division Manager
Court Security Officer
United States Marshal Service