UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

*v.*

Case no. 3:24-cr-00251-MMH-MCR

**TERESA BRADY**

## JOINT NOTICE

As required by the Court at the criminal status conference held on May 19,

2025 [Doc. 46], the United States and Defendant Teresa Brady give joint notice that

they *do not* intend to proceed to trial in September, but have agreed to request the

Court that the trial date be moved to November 3, 2025.

Respectfully submitted this 1st day of August, 2025.

GREGORY W. KEHOE
    United States Attorney

THE BEDELL FIRM

By: /s/ Kelly S. Milliron
    A. TYSEN DUVA
    Assistant United States Attorney
    Florida Bar No. 0603511
    KELLY S. MILLIRON
    Assistant United States Attorney
    Florida Bar No. 1018917
    300 N. Hogan Street, Suite 700
    Jacksonville, Florida 32202
    Telephone: (904) 301-6300
    Facsimile:  (904) 301-6310
    Email:    *tysen.duva@usdoj.gov*
            *kelly.milliron@usdoj.gov*

By: /s/ Henry M. Coxe III
    Henry M. Coxe III
    Florida Bar No. 0155193
    E-Mail: *hmc@bedellfirm.com*
    101 East Adams Street
    Jacksonville, Florida 32202
    Telephone: (904) 353-0211
    Facsimile: (904) 353-9307

Attorney for Teresa Brady