UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                         CASE NO. 3:24-cr-251-MMH-SJH

TERESA BRADY

_____

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY[1]**

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11 and Local Rule 1.02, and has entered a plea of guilty to Counts One, Two, Twelve and Thirteen of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

**DONE** and **ENTERED** in Jacksonville, Florida on this 9th day of October, 2025.

Samuel J. Horovitz
United States Magistrate Judge

---

[1] The parties have agreed to waive the fourteen (14) day objection period to this Report and Recommendation. 28 U.S.C. §636(b)(1)(C).

Copies to:
Honorable Marcia Morales Howard
United States District Judge
Asst. United States Attorney (Milliron)
Henry M. Coxe, III, Esquire
Allan F. Brooke, Esquire
Brian T. Coughlin, Esquire
United States Pretrial
United States Probation