UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                       CASE NO.: 3:24-cr-00251-MMH-MCR

RUBY GEORGE

_____/

## RUBY GEORGE – SENTENCING MEMORANDUM

COMES NOW the Defendant, Ruby George, by and through her undersigned

counsel, and respectfully files this Sentencing Memorandum, and in support hereof,

states as follows:

A.     Family Background

1.     Birth and Immediate Family

Ruby George was born in Aiken, South Carolina, on April 25, 1943. Ms.

George's parents, the late Heyward Moore and the late Bessie *nee* Hayes, also had

five other children, however Ms. George is the only surviving child, thus she does

not have any living siblings.

Ms. George lived in and around Aiken, South Carolina, until 1955 when she

relocated to Jacksonville, Florida. Ms. George went on to marry the late Arthur

George in 1970, and the two of them produced four children (Ms. George already

had two children from a previous relationship as well). Unfortunately, Mr. George

passed away due to COVID-19 related issues in January 2021 at the age of 82.

2.    Children

Ms. George has five adult children: (1) Mark Ansley (66 YO), (2) Violetta Hill (64 YO), (3) Vernon George (60 YO), (4) Joynelle Parker-Smith (57 YO), and (5) Cindy Gentry (56 YO).

3.    Family Photos

Attached as Composite Exhibit A are family photographs.

4.    Education

Ms. George earned a GED through Florida State College of Jacksonville in March 1977 (she dropped out of New Stanton High School after becoming pregnant with her first child). She thereafter went on to earn a Bachelor of Science degree from Edward Waters College (1981), as well as a master's degree from the University of North Florida (1993).

5.    Employment

Ms. George first began her employment in the Duval County Public School system as a custodian in 1974 before taking on a Teacher Assistant position beginning sometime in 1975 through 1978, when she left her employment to attend Edward Waters College. Shortly before her graduation from EWC, Ms. George was hired as a teacher and maintained that employment until she began working with the Duval Teacher's Union (DTU).

2

Ms. George was initially hired by DTU as a staff consultant in 1995 and was subsequently elected DTU's executive Vice President in 1999. She served as DTU's executive Vice President until she retired in 2023.

6.    Home ownership

Ms. George owns her primary residence in Jacksonville, located at 7034 Luke Street, which she purchased in 1972 - <u>many</u> years prior to the charges in the Indictment.

She currently resides there with her daughter, Joynelle Parker-Smith, who is her primary caretaker, as explained in more detail in the next section.

Ms. George also has ownership interest in two other residential properties:

a.    7004 Luke Street, Jacksonville, Florida – this property was built by Ms. George's late husband, Arthur, and his brother, Earl Mills, in 1987. It is currently serving as a rental property where her daughter, Cindy Gentry, resides under a "rent-to-own" arrangement; and

b.    626 Lancewood Court, Orange Park, Florida – Ms. George's partial ownership interest in this property is the result of her co-signing for the mortgage to assist her granddaughter, Morgan Peterson, with her and her husband's purchase of the residence in 2022. Ms. George has never lived

there nor made any of the monthly mortgage payments on the property.[1]

7.    Poor Health

Attached as Exhibit B are Ms. George's medical records from January 2023 through October 2025 (where she was directed to come back in 6 months), which confirm that her health issues are significant. In addition to the diagnoses outlined in the PSI Report that has been prepared in this case, which include hypertension, diabetic neuropathy, diabetes, chronic kidney disease, high cholesterol, and back pain, these records also confirm other major medical events and diagnoses that have been identified over the past couple of years that are important to consider here:

- July 3, 2023 – Diabetic autonomic neuropathy associated with type 2 diabetes mellitus, Acute respiratory distress, and Hypertension;

- September 21, 2023 – Acute respiratory distress;

- November 3, 2023 – Chronic kidney disease;

- January 3, 2024 – Obesity, Polyneuropathy associated with critical illness, Major Depressive Disorder (Severe), Type 2 Diabetes Mellitus with Chronic Kidney Disease Stage 4 and Hypertension, Disorder of Basilar Artery, Acute respiratory failure with hypoxia, Hypertension, Hyperlipidemia, Vitamin D deficiency, and nerve pain.

- February 7, 2024 – Chronic kidney disease stage 4 (severe), Anemia in chronic kidney disease, secondary hyperparathyroidism of renal origin, and Hypercalcemia.

---

[1] The initial down payment for the property in the amount of $36,594.78 was given to Ms. Peterson as a gift from Ms. George, as Ms. Peterson and her husband did not have a formal wedding.

4

- January 30, 2025 – Thyroid nodule which fortunately did not meet the criteria for biopsy at that time but continues to be monitored with repeat and serial ultrasounds.

- May 1, 2025 – Chronic kidney disease due to type 2 Diabetes Mellitus, Hypertensive Disorder, Hyperlipidemia, Major Depressive Disorder, Vitamin D disorder, Spinal stenosis of the lumbar region, Essential Hypertension, Diabetes Mellitus, Modern recurrent major depression, Polyneuropathy, Insomnia, Degenerative lumbar spinal stenosis, Osteoporosis, Epigastric pain, Chronic kidney disease stage 4, and constipation.

- May 20, 2025 – Thoracic Pain, Gastrointestinal issues, Chest discomfort, and Diabetes Mellitus.

- July 29, 2025 – high blood pressure, shortness of breath, respiratory failure, secondary hypertension, Type 2 Diabetes Mellitus with Chronic Kidney Disease stage 4, Hypertension, Heart disease due to myocardial ischemia, Heart murmur, and trouble breathing.

- September 16, 2025 – diagnosis of Cardiac amyloidosis, which is a progressive heart muscle disease caused by the buildup of misfolded amyloid proteins in the heart, leading to stiffness, heart failure, and a reduced life expectancy.

- October 2, 2025 – a "Problem List" as of 10/02/2025 identifies Chronic kidney disease stage 3a, Essential (primary) hypertension, Nontoxic single thyroid nodule, Personal history of other venous thrombosis and embolism, Hyperlipidemia, Cerebral aneurysm, Secondary hyperparathyroidism of renal origin, Type 2 diabetes mellitus with diabetic polyneuropathy, Hypercalcemia, Acute kidney failure, Anemia in chronic kidney disease, Chronic kidney disease stage 3 unspecified, Vitiligo, Chronic kidney disease stage 4 (severe), Chronic kidney disease stage 3b, Type 2 diabetes mellitus with diabetic chronic kidney disease, and mixed incontinence.

5

Ms. George also received treatment for a pulmonary embolism and a brain aneurism in December 2020 (COVID-19 related).

Given these extensive medical issues, Ms. George often requires a wheelchair or a walker to assist with mobility and otherwise requires 24/7 care to assist with her daily activities, which is provided by her daughter, Ms. Parker-Smith, who moved in and has lived with Ms. George for that purpose since October 2023.

Based on the above medical issues and concerns, it is no surprise that Ms. George takes a number of medications on a daily/regular basis, which include the following:

- Chlorathalidone
- Aspirin 81;
- Atorvastatin Calcium;
- Duloxetine HCl
- Quetiapine Fumarate;
- Tylenol PM Extra Strength;
- Hold Farxiga;
- Amlodipine Besylate;
- Calcitrol;
- Ferrous Sulfate; and
- Losarten Potassium;

Unfortunately, given her age and physical condition, it is reasonably expected that these medical conditions will continue to decline over the next several years, even with the utmost attention and medical care she can possibly receive on a regular basis.

6

8. Passport Surrender

Ms. George's passport was surrendered following her bond hearing, last year.

9. Criminal History

Ms. George has no criminal history whatsoever, which makes her eligible for the "Zero Offender" reduction of 2 levels.

B. Character Letters

Attached as Composite Exhibit C are character letters from Ms. George's family and friends from the community.

1. Family

Ms. George's daughter, Cindy Gentry, describes her mother as "a giving, kind, and gracious woman who will give her last to help someone in need, whether it be her family, friends, or otherwise." Ms. Gentry goes on to explain the impact this case has had on their entire family, and emphasizes the unwavering character her mother has displayed throughout her life, stating,

> What I want to convey to you through this letter is that my mother is a loving, God-fearing, humble woman who has lived a life of which she can be proud. I, her daughter, am certainly proud of her and believe that her life of giving and service to others means so much to our family and community. While I am not minimizing the poor judgment that has placed her before you, I humbly ask you to

7

consider her life in total as you contemplate how she will spend the twilight of said life.

Ms. George's granddaughter, Alexis Ansley-Benjamin, begins with a discussion surrounding the significant and meaningful role her grandmother has played throughout her young life. In her letter, Alexis describes her grandmother as someone who "carries a radiant spirit—the kind of woman whose presence you feel before she speaks, and whose impact lingers long after she's left a room," adding that she has "always been extraordinary." She explains that her grandmother's journey reflects what it means to believe in something greater than yourself, and that "the determination to be and give your best is the greatest lesson she instilled in me." She concludes, "[m]y grandmother's story is one of devotion, determination, and deep love for education, for her community, and for her family. And even still, there is so much more of that story to be written. I am endlessly grateful to be a part of her many chapters and her legacy."

Another one of her granddaughters, Morgan Peterson, has provided a heartfelt account of Ms. George's character where she describes her grandmother as someone who "everyone always comes to in times of need because of her knowledge and caring spirit," adding that "after talking to her you always feel better about any situation—she's like a lighthouse, brightening even the darkest days." She further

8

notes Ms. George's unwavering commitment to family, explaining that "her dedication to our family is so strong; she makes it a point to know how everyone is doing, what they have going on, and whether there is anything with which she can assist." Ms. Peterson goes on to emphasize that this situation is completely out of her grandmother's character, stating, "I know my grandmother's actions are inexcusable and her involvement was a major mistake. I have known her my whole life, and she has always been a law-abiding citizen, a woman of morality, and integrity."

Ms. Peterson's husband, Antonio Peterson Jr., also shares meaningful insight and explains that in the time he has known her, he has had the opportunity to observe her character closely and can "confidently attest to her outstanding moral character, integrity, and strong sense of responsibility." He goes on to identify the many traits he has observed her demonstrate over the years, which include "honesty, responsibility, kindness, compassion, ethics, and respect, which are indicative of her upstanding nature and commitment to ethical conduct." Regarding his belief in Ms. George's ability to move forward beyond this case, he adds, "I have no doubt that Mrs. Ruby George will continue to positively contribute to society and learn from this experience. I respectfully urge the court to consider her character, remorse, and efforts toward rehabilitation in her sentencing."

Kenya Daniels, another close family member (niece) who has known Ms. George for approximately forty years, offers her strong support of Ms. George's character as she writes,

> Throughout my journey, my aunt has been a constant source of strength, guidance, and support. Her unwavering presence has played a crucial role in shaping who I am today, and I am truly thankful for the influence she's had on my life. Ruby is the embodiment of honesty, responsibility, and compassion. I've seen firsthand her dedication to her family, friends, and our community.

Ms. Daniels goes on to highlight Ms. George's leadership abilities and her commitment to uplifting those around her, before discussing how out of character the allegations are for who Ms. George has shown herself to be throughout her life, stating, "I genuinely believe that this situation does not reflect who she truly is, nor does it diminish the positive influence she continues to have on everyone around her."

Eddie L. Mills, another close relative (nephew) and longtime neighbor, offers his insight into Ms. George's character and values:

> Throughout my relationship with Ms. George, I have known her to be deeply dedicated to her family and a strong advocate for the Sweetwater community. For more than forty-five years, she has worked to ensure that the community received the public services and support it needed.

10

He further adds that he is "honored to have witnessed Ms. George's unwavering commitment to her family, friends, our community, and anyone in need of guidance or advice."

Like those before him, Gregory Benjamin, another of Ms. George's grandson-in-laws, shares his thoughtful reflections on Ms. George's character where he has seen her "unwavering commitment to family, community, and the values of integrity, resilience, and personal growth." He further notes that her influence extends far beyond their family, as she has consistently helped colleagues advance their skills and careers by making meaningful connections that opened doors and created lasting opportunities. Mr. Benjamin emphasizes that Ms. George embodies qualities that are rare and show "invaluable resilience, dedication, and the ability to uplift others while achieving her own goals."

2.    Friends/Community

Michelle Fudge, who is currently the Program Manager for a cancer research program at the Mayo Clinic Comprehensive Cancer Center in Florida, has known Mrs. George her entire life. In her letter, Ms. Fudge shares that from her earliest years, "Ms. George has been a constant source of guidance and support," and "has played a significant role in shaping my educational and personal development by opening doors to opportunities that otherwise may not have been available to me."

11

Ms. Fudge further reflects on the lasting impact Mrs. George has had on her life and
her support of Ms. George when she states, "[i]t is with heartfelt sincerity that I
express my admiration and unwavering support for Mrs. George. She is a respected
community leader and mentor who boldly demonstrates her commitment to serving
all mankind, and I am honored to call her both family and Soror."

Carolyn Davis, a close friend and former colleague who has known Ms.
George for thirty-five years, states,

> Ruby's life has been a testament to service. As an
> educator, she not only taught in the classroom but
> mentored countless young teachers, helping them navigate
> the challenges of the profession with wisdom and grace.

She goes on to describe her experience with Ms. George on a more personal level
where Ms. George is a "devoted wife to her late husband" and is the "loving mother
of five children, as well as a grandmother and great-grandmother," which are roles
she has taken on with "grace" and has been the model of "hard work, kindness, and
resilience," for her family. Ms. Davis concludes, "Ruby's life has been defined by
lifting others up, and I believe that even now, she can continue to do so in a
meaningful way. Her opportunity for redemption will not only benefit her but will
also allow her to keep making the quiet, everyday contributions that change lives for
the better."

12

Justina Jefferson, who has known Ms. George for over thirty years, describes her as someone who "consistently demonstrated hard work, generosity, responsibility, and care for all that she has encountered." Ms. Jefferson explains the impact this case has had on their entire family and emphasizes Ms. George's lifelong character, stating, "Ms. George has shown remorse and a willingness to learn and grow from this experience. I truly believe that, given the opportunity, she will continue to be a positive and contributing member of the community."

Donneise K. Thompson, who has known Mrs. George for over forty years, describes Mrs. George as "the most genuine, compassionate, and selfless individuals I have ever met." Ms. Thompson further discusses Mrs. George's character and extensive background in education, stating, "Ruby's service extended far beyond the walls of the classroom and the boundaries of her profession. She has poured into her community in ways both visible and quiet, mentoring youth, supporting local initiatives, and lending her voice to causes that uplift and empower." Ms. Thompson concludes by emphasizing the lasting impact of Mrs. George's character, noting, "Ruby George is not only respected for her leadership but deeply loved for her humanity. Ruby's actions have relentlessly touched and improved countless lives, mine included."

13

Carolyn Corley Gibbs is a retired Probation Officer with the Florida Department of Corrections who has known Ms. George her entire life, and describes Ms. George as someone who is "honest, responsible, kind, and deeply committed to her church and community." Ms. Gibbs goes on to commend Ms. George for being a tireless advocate for not only her own children, but countless young people within her church and the neighborhood. As such, it is no surprise when Ms. Gibbs emphasizes that "[Ms. George's] lifelong character, her devotion to her family, and her service to her community speak volumes about the woman she truly is," before respectfully adding, "I do not minimize the gravity of this matter; however, I respectfully submit that there is room for mitigating factors and alternative considerations in her case."

Linda Lewis, a friend of Ms. George's children and former neighbor, explains that Ms. George's guidance, advice, and encouragement played a significant role in her pursuit of higher education, ultimately contributing to her attainment of a college degree and a successful professional career. She further notes Ms. George has consistently provided much-needed support to both youth and adults within the community, emphasizing that some of the most valuable mentors are those who are raised in and deeply understand the same environment.

14

Willie "Pearl" McRant, who has known Ms. George for more than 63 years, submits his statement to affirm Mrs. George's good character, as has been outlined by those cited above, as he has observed Ms. George consistently demonstrate the qualities of a valued member of society, describing her as "caring, polite, dependable, and supportive." He further shares that Mrs. George has provided ongoing moral support to many elderly individuals within the Westside Sweetwater Community for as long as she can remember and has otherwise shown genuine love and support to all of his neighbors, a sentiment widely shared by those in the community.

Rhonda Taylor, a close friend of Ms. George who has known her for 44 years, describes Ms. George as someone who "embodies honesty, responsibility, and compassion," adding that "she's been like another mother to me, sharing her wisdom and nurturing spirit upon request." Ms. Taylor further explains that she has witnessed Ms. George's strength and faith throughout life's challenges, which will serve her well as she moves forward, writing, "I've seen Mrs. George exemplify her strong belief in God in the face of challenges with determination. She is a true soldier in the army of the Lord." She also acknowledges Ms. George's remorse and personal growth, noting that "she is remorseful for her actions and is committed to making amends and contributing positively to society moving forward."

15

Toran Lott, another close family friend who has known Ms. George for twenty years after meeting her on the campus of Edward Waters College (now University), shares insight into Ms. George's impact in the educational community where she explains, "Ms. Ruby Moore-George is a pillar in the education community. She is one of the reasons why I am an educator with Duval County Public Schools, where I have served for the past 14 years." Addressing the recent incident, Ms. Lott expresses her strong belief in Ms. George's character and urges consideration of her integrity: "Mrs. Ruby Moore-George exemplifies compassion, empathy, and love. Please consider all of this information above about the impact she has made on the community."

Willetta R. Richie has known Ms. George for over 20 years and describes the level of responsibility Ms. George has shown for her actions over the course of her experience with her:

> Ruby consistently demonstrates reliability in all areas of her life. She approaches challenges with a level head and a willingness to take responsibility, even in difficult circumstances. I have witnessed her treating others with kindness and respect, regardless of differences or disagreements.

Ayana Wysinger, who has known Ms. George for over ten years, shares her personal and professional perspective, stating, "[o]ver the years, I have witnessed

16

Ruby exhibit qualities that speak to her integrity, compassion, and steadfastness—traits that have consistently set her apart within our sorority and in the community." Regarding the impact this case has and will continue to have on Ms. George, Ms. Wysinger states,

> Throughout this difficult process, Ruby George has confronted the situation with modesty. Ruby's willingness to learn from this experience and her commitment to personal growth speak volumes about her character. I am confident that Ruby views this as a turning point and is determined to emerge from this situation as a better person, dedicated to making positive contributions to society as she has done her entire life.

Sheree Cagle, a close family friend who met Ms. George while serving as the Elementary Region Superintendent of Duval County Public Schools, explains, "[o]ne of my favorite memories of Ms. George is from the many times I served on interview committees with her. She made everyone feel comfortable with her warm smile and gave each candidate her individual attention. When we discussed candidates after the interview, she always tried to find a strength in each candidate. Everyone had a fair chance with Ms. George on the committees." Like those outlined above, Ms. Cagle expresses her strong belief in Ms. George's character, describing her as someone who is "friendly, helpful, honest, and goes out of her way to help anyone in need."

17

Norma Solomon White, a close family friend who has known Ms. George for approximately thirty years, describes her experience with Ms. George on a professional level, where Ms. George "...served as committee chair and committee member. I have also seen her serve as a mentor to students, a religious leader, a loyal organizational leader, and a sincere friend." She adds that Ms. George "is especially supportive of her undergraduate school and is willing to assist in every way. Mrs. George is a warm, engaging person who follows as well as she leads, is inclusive, and exhibits curiosity and motivation to learn."

Mary L. Brown, who has had the privilege of working with Mrs. George in her capacity as a leader in the Duval County School System, provides further insight into how she believes Ms. George will carry herself moving forward and writes, "This is an unfortunate matter, and I truly understand the seriousness of it. However, I believe, based on Mrs. George's determination and moral foundation, that she will be willing to do all that is necessary to resolve this situation."

Kim Clayton, a licensed attorney in the Fourth Judicial Circuit and a member of the Florida Bar since 1992, has known Mrs. George for more than forty-six years, after she met her when Mrs. George was nearing graduation from Edward Waters College. Based on her experience, Ms. George has shown over the years that "[s]he has always been a person who loved and gave back to her community, even when

18

the cost required the use of her personal funds. She was involved in organizing and working with summer enrichment programs and youth summer camps. She supported her church programs for kids as well." Ms. Clayton goes on to address the impact and seriousness of the present matter, stating, "Whatever occurred was a misstep for the person I have known for the past forty-six years. No human is perfect. Some of us make bigger mistakes than others but Ruby George has a character of virtue and integrity, an attitude of concern and support for children, and I am confident she will spend the rest of her life working to reestablish her honor and integrity when given the opportunity."

Gerald L. Gibbs has known Mrs. George for over 60 years. Throughout that time, Mr. Gibbs built a distinguished career as an employee of Firestone Tire Company, where he worked for 37 years before retiring. In addition to his professional career, he also served as a church leader and deacon at Bethel Missionary Baptist Church. In this role, he has firsthand knowledge of Mrs. George's long-standing commitment to the church, where she has been a faithful and dedicated member for more than six decades. Drawing from his years of personal observation, Mr. Gibbs offers insight into Mrs. George's character,

> Throughout the years, Mrs. George has been an active and passionate contributor to our church community, particularly within the youth and education departments.

19

> Moreover, she has contributed significantly to various community initiatives, including summer camps and Bible schools. Above all, her unwavering love for her family, her church, and her community is evident in all that she does.

Lada Travis Henry, Ms. George's former co-worker and close friend, reflects on their time working together at Duval Teachers United, stating that despite the circumstances surrounding this case, "Ms. George has consistently demonstrated integrity, fairness, and a deep commitment to serving others." She further describes how Ms. George always went out of her way to ensure that those around her were supported, thriving, and encouraged toward success: "Ms. George's dedication extended far beyond her official duties. She mentored countless educators, volunteered in community initiatives, and consistently led with empathy and principle. Her ability to uplift others and foster unity has left a lasting impact on our professional community and on me personally."

Carol Gamble, a longtime friend who has known Ms. George for more than 30 years, explains that she has always known Ms. George to be a "loyal, kind, and caring person" who would always offer a helping hand and show up when it matters most. Given their history, Ms. Gamble further emphasizes how out of character the allegations are in this case, but that Ms. George will without a doubt persevere and show the government, and this Court, that she is worthy of all mercy and

consideration possible.

Betty Burney, a former Duval County School Board member who has known Mrs. George for over two decades, recalls that her first encounter with Ms. George was when she visited Ms. George's church to discuss the need for faith-based and community volunteer support systems for children in 33 academically low-performing schools. Over the four years they volunteered together, Ms. Burney observed that Mrs. George consistently demonstrated a deep commitment to children and a genuine concern for the future of the city. It should therefore be no surprise that Ms. Burney describes Ms. George as "caring, compassionate, and courageous," and identifies her as someone who has the courage to speak up for those in need, the compassion to give herself to help the voiceless find a path forward, and the heart to inspire, motivate, and uplift individuals who may feel hopeless.

Terri Samuels, a close friend of Mrs. George for over four decades, describes her as "a pillar of strength, faith, and empowerment." She reflects on the lessons Mrs. George imparted throughout the years, teaching her to look beyond superficial barriers such as skin color and body type, and instead focus on the substance of her character and the value she could offer the world. Through Mrs. George's unwavering belief in her, Ms. Samuels found the courage to break barriers she once thought impossible. Thus, it should be no surprise when Ms. Samuels describes Ms.

George was a "devoted community builder who dedicated her life to empowering others."

Mary Lunsford, a dear friend of Mrs. George for over fifty years, recalls, "she was one of the first people to welcome me [after moving into town], inviting me to worship with her and helping me feel at home in a new city. Our long friendship has given me a deep understanding of her character." Ms. Lunsford goes on to describe Ms. George as "an extraordinary pillar of her community," whose life is defined by service, "particularly to children and families in need." Ms. Lunsford concludes by emphasizing, "[t]he woman I have known is someone of integrity, generosity, and profound care for her community. The charges before this court do not, in any way, reflect the Ruby I have loved and respected for so many years."

These letters from those who know Ms. George best provide great insight into who she has been throughout her life and the type of personal responsibility and accountability she has taken for her actions. Her remorse and regret for her actions which led to her arrest are indicative of the dedication she maintains to be a better person in all aspects of her life, which will serve her well as she moves forward.

C.    Sentencing Guidelines – Analysis

   1.    Counts One, Five, and Twelve – Base Offense Level

The parties agree that the Base Offense Level that applies to Counts One,

22

Five, and Twelve in this case is a Level 7, pursuant to USSG §2B1.1, and that the Specific Offense Characteristics provide for an additional 16 offense levels based on the amount of loss (i.e., $2,600,235.99). USSG §2B1.1(b)(1)(I). There is also an upward adjustment of 2 levels for Role in the Offense (Abusing a position of public or private trust), which results in a total Adjusted Offense Level of 25.

Ms. George should thereafter receive a 2-level downward adjustment for being a Zero-Point Offender, as well as a 3-level downward adjustment for her Acceptance of Responsibility, for a Total Offense Level of 20.

Ms. George also cooperated and provided substantial assistance during the pendency of her case, and we are informed that the government will file the appropriate motion recognizing same.

D.    Departure Grounds

Counsel respectfully suggests the following departure grounds:

1.    Substantial Assistance

As noted in Part D, Ms. George has provided substantial assistance, and we have been advised the government will file a 5K motion.

2.    "Medical Circumstances of Defendant" – USSG §1B1.13

Although this provision normally deals with a reduction of a sentence, for obvious reasons, it is also relevant at the time of sentencing.

23

See Application Note 1(A)(ii) to U.S.S.G. §1B1.13 comment, which provides

as follows:

>   (ii)    The defendant is –
>
>   (I)    Suffering from a serious physical or medical condition,
>   (II)   Suffering from a serious functional or cognitive impairment, or
>   (III)  Experiencing deteriorating physical or mental health because of the aging process,
>
>   that substantially diminishes the ability of the defendant to provide self-care within the environment of a correctional facility and from which he or she is not expected to recover.

Based on the health conditions recited in Part A.7., above, Ms. George

qualifies for consideration under this section.

E.    <u>Variance Grounds</u>

Counsel respectfully suggests the following variance grounds:

1.    Departure grounds

Part E lists two departure grounds (Substantial Assistance and Medical

Circumstances of Defendant). Should those grounds not fully qualify as grounds for

departure, we ask that it be considered as grounds for variance.

2.    Criminal History

Ms. George has no prior criminal history.

24

F.    The § 3553 Factors Applied to Ms. George's Case

The goal of sentencing is to impose the least onerous sentence consistent with the purposes of sentencing, which Congress has identified as punishment, deterrence, incapacitation, and rehabilitation. 18 U.S.C. § 3553(a) (providing that a court must "impose a sentence sufficient, but not greater than necessary, to comply with the purposes" of sentencing). To achieve these ends, § 3553(a) requires sentencing courts to consider not only the advisory Guidelines range, but also the facts of the specific case through the lens of seven factors, including:

(1)    The nature and circumstances of the offense and the history and characteristics of the defendant;

(2)    The need for the sentence imposed—
            (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
            (B) to afford adequate deterrence to criminal conduct;

            (C) to protect the public from further crimes of the defendant; and
            (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

(3)    The kinds of sentences available;

(4)    The kinds of sentence and the sentencing range established …;

(5)    Any pertinent [Sentencing Commission] policy statement …;

(6)    The need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

(7)    The need to provide restitution to any victims of the offense.

25

Taking these factors and Ms. George's personal history and characteristics, outlined above, into account, it is respectfully submitted that the Court should sentence Ms. George to a period of incarceration, if at all, below the sentencing guideline range that otherwise applies in this case, to be followed by a term of Supervised Release as deemed appropriate.

WHEREFORE, it is respectfully requested that this Court grant a departure and/or a variance from the Guideline sentence and impose a reasonable sentence that balances the need for Ms. George to be present with her family so they can help care for her and ensure her health and well-being for the remainder of her life.

Respectfully Submitted,

_/s/ Reid M. Hart_____
REID M. HART
Fla. Bar No.: 0069032
Reid@hartcrimlaw.com
**HART LAW, PLLC**
200 E. Forsyth Street
Jacksonville, Florida 32202
Telephone: (904) 299-7171
*Attorney for Defendant*

26

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, and the exhibits hereto, have been furnished via electronic filing to (1) Michael Coolican, Esq., Office of the United States Attorney, 300 N. Hogan St., Ste. 700, Jacksonville, FL 32202, and (2) Hank Coxe, Esq., counsel for Teresa Brady, this 2nd day of February, 2026.

/s/ Reid M. Hart_____
ATTORNEY

# EXHIBIT A











# EXHIBIT B

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R ■■■■■■■■ Legal Sex: F

Visit date: 1/17/2023

## 01/17/2023 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

**Other Clinical Notes Abstract (continued)**

**Integumentary symptoms: No**[MB.1T]

**Visit Vitals**

| | |
|---|---|
| BP | 119/72 (BP Location: Left arm, Patient Position: Sitting) |
| Pulse | 92 |
| Temp | 36.7 °C (98.1 °F) (Oral) |
| Resp | 15[MB.2T] |

**PE: General: NAD**
**Eyes PERRL, conjunctive a noninjected, no discharge**
**Ears: Normal ear canals normal TMs**
**Sinus no frontal or maxillary sinus tenderness, no sinus swelling**
**Nose: No discharge, mucous mucosa erythematous, turbinates NONboggy**
**Oropharynx: Mucosa erythematous, no exudates, speaking in normal worst voice, no posterior pharyngeal swelling, normal uvula**
**Neck: No neck swelling, no LAD.**
**Lungs: Normal effort, symmetrical chest wall motion, good air exchange, no retractions, CTA bilaterally.**
**Cardio: RRR with no gallops rubs or murmur**
**Abdomen: Positive BS, soft NT/ND, no hepatosplenomegaly**
**Skin: Normal turgor, no lesions**
**Extremity: No clubbing cyanosis or edema**
**Neuro: Grossly intact**
**Psych: Normal mood, ANO x3**[MB.1T]

**Procedures**[MB.1M]

No visits with results within 1 Month(s) from this visit.
Latest known visit with results is:
**Office Visit on 09/13/2022**

| Component | Date | Value | Ref Range | Status |
|---|---|---|---|---|
| • HEMOGLOBIN A1C | 09/13/2022 | 6.3 (A) | 4.0 - 5.6 % | Final |
| • WHITE BLOOD CELL COUNT | 09/22/2022 | 7.7 | 3.8 - 10.8 Thousand/uL | Final |
| • RED BLOOD CELL COUNT | 09/22/2022 | 3.62 (L) | 3.80 - 5.10 Million/uL | Final |
| • HEMOGLOBIN | 09/22/2022 | 10.3 (L) | 11.7 - 15.5 g/dL | Final |
| • HEMATOCRIT | 09/22/2022 | 31.8 (L) | 35.0 - 45.0 % | Final |
| • MCV | 09/22/2022 | 87.8 | 80.0 - 100.0 fL | Final |
| • MCH | 09/22/2022 | 28.5 | 27.0 - 33.0 pg | Final |
| • MCHC | 09/22/2022 | 32.4 | 32.0 - 36.0 g/dL | Final |
| • RDW | 09/22/2022 | 12.4 | 11.0 - 15.0 % | Final |
| • PLATELET COUNT | 09/22/2022 | 371 | 140 - 400 Thousand/uL | Final |

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
Legal Sex: F
Visit date: 1/17/2023

## 01/17/2023 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

### Other Clinical Notes Abstract (continued)

| | | | | |
|---|---|---|---|---|
| • MPV | 09/22/2022 | 9.4 | 7.5 - 12.5 fL | Final |
| • ABSOLUTE NEUTROPHILS | 09/22/2022 | 3,658 | 1,500 - 7,800 cells/uL | Final |
| • ABSOLUTE LYMPHOCYTES | 09/22/2022 | 3,365 | 850 - 3,900 cells/uL | Final |
| • ABSOLUTE MONOCYTES | 09/22/2022 | 354 | 200 - 950 cells/uL | Final |
| • ABSOLUTE EOSINOPHILS | 09/22/2022 | 254 | 15 - 500 cells/uL | Final |
| • ABSOLUTE BASOPHILS | 09/22/2022 | 69 | 0 - 200 cells/uL | Final |
| • NEUTROPHILS | 09/22/2022 | 47.5 | % | Final |
| • LYMPHOCYTES | 09/22/2022 | 43.7 | % | Final |
| • MONOCYTES | 09/22/2022 | 4.6 | % | Final |
| • EOSINOPHILS | 09/22/2022 | 3.3 | % | Final |
| • BASOPHILS | 09/22/2022 | 0.9 | % | Final |
| • GLUCOSE | 09/22/2022 | 112 (H) | 65 - 99 mg/dL | Final |
| • UREA NITROGEN (BUN) | 09/22/2022 | 24 | 7 - 25 mg/dL | Final |
| • CREATININE | 09/22/2022 | 1.45 (H) | 0.60 - 1.00 mg/dL | Final |
| • EGFR | 09/22/2022 | 37 (L) | > OR = 60 mL/min/1.73m2 | Final |
| • BUN/CREATININE RATIO | 09/22/2022 | 17 | 6 - 22 (calc) | Final |
| • SODIUM | 09/22/2022 | 141 | 135 - 146 mmol/L | Final |
| • POTASSIUM | 09/22/2022 | 5.2 | 3.5 - 5.3 mmol/L | Final |
| • CHLORIDE | 09/22/2022 | 110 | 98 - 110 mmol/L | Final |
| • CARBON DIOXIDE | 09/22/2022 | 22 | 20 - 32 mmol/L | Final |
| • CALCIUM | 09/22/2022 | 10.0 | 8.6 - 10.4 mg/dL | Final |
| • PROTEIN, TOTAL | 09/22/2022 | 7.3 | 6.1 - 8.1 g/dL | Final |
| • ALBUMIN | 09/22/2022 | 4.0 | 3.6 - 5.1 g/dL | Final |
| • GLOBULIN | 09/22/2022 | 3.3 | 1.9 - 3.7 g/dL (calc) | Final |
| • ALBUMIN/GLOBULIN RATIO | 09/22/2022 | 1.2 | 1.0 - 2.5 (calc) | Final |
| • BILIRUBIN, TOTAL | 09/22/2022 | 0.3 | 0.2 - 1.2 mg/dL | Final |
| • ALKALINE PHOSPHATASE | 09/22/2022 | 129 | 37 - 153 U/L | Final |
| • AST | 09/22/2022 | 12 | 10 - 35 U/L | Final |
| • ALT | 09/22/2022 | 9 | 6 - 29 U/L | Final |
| • CHOLESTEROL, TOTAL | 09/22/2022 | 133 | <200 mg/dL | Final |
| • HDL CHOLESTEROL | 09/22/2022 | 63 | > OR = 50 mg/dL | Final |
| • TRIGLYCERIDES | 09/22/2022 | 107 | <150 mg/dL | Final |
| • LDL-CHOLESTEROL | 09/22/2022 | 51 | mg/dL (calc) | Final |
| • CHOL/HDLC RATIO | 09/22/2022 | 2.1 | <5.0 (calc) | Final |
| • NON HDL CHOLESTEROL | 09/22/2022 | 70 | <130 mg/dL (calc) | Final |
| • HEMOGLOBIN A1c | 09/22/2022 | 6.1 (H) | <5.7 % of total Hgb | Final |
| • TSH | 09/22/2022 | 1.64 | 0.40 - 4.50 mIU/L | Final |
| • VITAMIN B12 | 09/22/2022 | 492 | 200 - 1,100 pg/mL | Final |
| • CREATININE, RANDOM URINE (QUEST) | 09/22/2022 | 128 | 20 - 275 mg/dL | Final |
| • ALBUMIN, URINE | 09/22/2022 | 46.0 | See Note: mg/dL | Final |
| • ALBUMIN/CREATININE RATIO, RANDOM U* | 09/22/2022 | 359 (H) | <30 mcg/mg creat | Final |

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
'acksonville FL 32207-5663

George, Ruby R
                                            Legal Sex: F
Visit date: 1/17/2023

## 01/17/2023 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

Other Clinical Notes Abstract (continued)

Ruby was seen today for pain.
Diagnoses and all orders for this visit:
### De Quervain's tenosynovitis, right (Primary)
- Ambulatory referral to Hand Surgery; Future
### Other orders
- FreeStyle Libre sensor system (FreeStyle Libre 14 Day Sensor) kit; Inject 1 each under the skin every 14 (fourteen) days. Use as instructed[MB.2T]

### A/P:[MB.1T]
**The patient with de Quervain's of the right thumb:**
**Refer to hand surgery, Dr. Steinberg, for definitive management and start with a cortisone injection.**

**Documented by DAX.**[CB.1C]

**No follow-ups on file.**[MB.2T]

Electronically signed by Braddock, Matthew Todd, DO at 1/18/2023 11:02 AM

**Attribution Key**
CB.1 - Bennett, Cynthia on 1/17/2023  6:21 PM
MB.1 - Braddock, Matthew Todd, DO on 1/17/2023  3:42 PM
MB.2 - Braddock, Matthew Todd, DO on 1/17/2023  3:45 PM
C - Copied, M - Manual, T - Template

## 09/13/2022 - Office Visit in Baptist Primary Care - Lane Avenue

'Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
| --- | --- |
| Braddock, Matthew Todd, DO | Braddock, Matthew Todd, DO |

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
~~~~~~~~~~~~~~~     Legal Sex: F
Visit date: 7/3/2023

## 07/03/2023 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

### Visit Information (continued)

#### Follow-up and Dispositions
Follow up in about 6 months (around 1/3/2024) for Next scheduled follow-up.

#### Level of Service

| Level of Service | Modifiers |
|---|---|
| PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN | SIGNIFICANT, SEPARATELY IDENTIFIABLE EVALUATION AND MANAGEMENT SERVICE BY THE SAME PHYSICIAN ON THE SAME DAY OF THE PROCEDURE OR OTHER SERVICE |

#### Log History
LOS History
Additional EM Code History

### Other Clinical Notes Abstract

#### Progress Notes
Braddock, Matthew Todd, DO at 7/3/2023 1000

## Reason for visit

Physical and follow-up on chronic conditions

## Cardio health
Exercise regimen is light there has not been any significant change in exertional ability there has not been a history of sleep apnea excessive snoring or excessive daytime sleepiness

## Female health
She performs self breast exams
Sexually active:yes
Menstrual cycles:[MB.1T]no[MB.1M]
LMP:no longer has them
Birth control method:none
Cervical cancer risk: no history of abnormal pap smears and low risk
Family history: No family history of cancer/early MI
Depression screening:[MB.1T]neg[MB.1M]
Sleeping habits and risk for obstructive sleep apnea:

## Risk screening
Tobacco use:[MB.1T]no[MB.1M]
Current alcohol use:[MB.1T]no[MB.1M]
HIV testing:[MB.1T]no[MB.1M]
Hepatitis C screening:[MB.1T]no[MB.1M]

Family history no family history of genetic cancers or early MI:[MB.1T]neg[MB.1M]

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Legal Sex: F
Visit date: 7/3/2023

**07/03/2023 - Office Visit in Baptist Primary Care - Lane Avenue (continued)**

**Other Clinical Notes Abstract (continued)**

Patient has not felt emotionally or physically threatened in their current relationship

**HPI:**[MB.1T]
**The patient returns for a follow-up appointment.**

**She has been having swelling and pain in her feet. Her nephrologist, Dr. Craig Shapiro, prescribed her current amlodipine prescription.**

**She denies any history of smoking.**[VG.1C]

**Ros: Constitutional symptoms: No**
**Cardiovascular symptoms: No**
**Respiratory symptoms: No**
**Gastrointestinal symptoms: No**
**Genitourinary symptoms: No**
**Integumentary symptoms: No**[MB.1T]

**Visit Vitals**

| | |
|---|---|
| BP | (!) 152/86 |
| Pulse | 109 |
| Temp | 36.9 °C (98.5 °F) |
| Resp | 16[MB.2T] |

**PE: General: NAD**
**Eyes PERRL, conjunctive a noninjected, no discharge**
**Ears: Normal ear canals normal TMs**
**Sinus no frontal or maxillary sinus tenderness, no sinus swelling**
**Nose: No discharge, mucous mucosa erythematous, turbinates NONboggy**
**Oropharynx: Mucosa erythematous, no exudates, speaking in normal worst voice, no posterior pharyngeal swelling, normal uvula**
**Neck: No neck swelling, no LAD.**
**Lungs: Normal effort, symmetrical chest wall motion, good air exchange, no retractions, CTA bilaterally.**
**Cardio: RRR with no gallops rubs or murmur**
**Abdomen: Positive BS, soft NT/ND, no hepatosplenomegaly**
**Skin: Normal turgor, no lesions**
**Extremity: No clubbing cyanosis or edema**
**Neuro: Grossly intact**
**Psych: Normal mood, ANO x3**[MB.1T]

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R                    Legal Sex: F
Visit date: 7/3/2023

## 07/03/2023 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

**Other Clinical Notes Abstract (continued)**

**Procedures**[MB.1M]

No visits with results within 1 Month(s) from this visit.
Latest known visit with results is:
### Office Visit on 09/13/2022

| Component | Date | Value | Ref Range | Status |
|---|---|---|---|---|
| • HEMOGLOBIN A1C | 09/13/2022 | 6.3 (A) | 4.0 - 5.6 % | Final |
| • WHITE BLOOD CELL COUNT | 09/22/2022 | 7.7 | 3.8 - 10.8 Thousand/uL | Final |
| • RED BLOOD CELL COUNT | 09/22/2022 | 3.62 (L) | 3.80 - 5.10 Million/uL | Final |
| • HEMOGLOBIN | 09/22/2022 | 10.3 (L) | 11.7 - 15.5 g/dL | Final |
| • HEMATOCRIT | 09/22/2022 | 31.8 (L) | 35.0 - 45.0 % | Final |
| • MCV | 09/22/2022 | 87.8 | 80.0 - 100.0 fL | Final |
| • MCH | 09/22/2022 | 28.5 | 27.0 - 33.0 pg | Final |
| • MCHC | 09/22/2022 | 32.4 | 32.0 - 36.0 g/dL | Final |
| • RDW | 09/22/2022 | 12.4 | 11.0 - 15.0 % | Final |
| • PLATELET COUNT | 09/22/2022 | 371 | 140 - 400 Thousand/uL | Final |
| • MPV | 09/22/2022 | 9.4 | 7.5 - 12.5 fL | Final |
| • ABSOLUTE NEUTROPHILS | 09/22/2022 | 3,658 | 1,500 - 7,800 cells/uL | Final |
| • ABSOLUTE LYMPHOCYTES | 09/22/2022 | 3,365 | 850 - 3,900 cells/uL | Final |
| • ABSOLUTE MONOCYTES | 09/22/2022 | 354 | 200 - 950 cells/uL | Final |
| • ABSOLUTE EOSINOPHILS | 09/22/2022 | 254 | 15 - 500 cells/uL | Final |
| • ABSOLUTE BASOPHILS | 09/22/2022 | 69 | 0 - 200 cells/uL | Final |
| • NEUTROPHILS | 09/22/2022 | 47.5 | % | Final |
| • LYMPHOCYTES | 09/22/2022 | 43.7 | % | Final |
| • MONOCYTES | 09/22/2022 | 4.6 | % | Final |
| • EOSINOPHILS | 09/22/2022 | 3.3 | % | Final |
| • BASOPHILS | 09/22/2022 | 0.9 | % | Final |
| • GLUCOSE | 09/22/2022 | 112 (H) | 65 - 99 mg/dL | Final |
| • UREA NITROGEN (BUN) | 09/22/2022 | 24 | 7 - 25 mg/dL | Final |
| • CREATININE | 09/22/2022 | 1.45 (H) | 0.60 - 1.00 mg/dL | Final |
| • EGFR | 09/22/2022 | 37 (L) | > OR = 60 mL/min/1.73m2 | Final |
| • BUN/CREATININE RATIO | 09/22/2022 | 17 | 6 - 22 (calc) | Final |
| • SODIUM | 09/22/2022 | 141 | 135 - 146 mmol/L | Final |
| • POTASSIUM | 09/22/2022 | 5.2 | 3.5 - 5.3 mmol/L | Final |
| • CHLORIDE | 09/22/2022 | 110 | 98 - 110 mmol/L | Final |
| • CARBON DIOXIDE | 09/22/2022 | 22 | 20 - 32 mmol/L | Final |
| • CALCIUM | 09/22/2022 | 10.0 | 8.6 - 10.4 mg/dL | Final |
| • PROTEIN, TOTAL | 09/22/2022 | 7.3 | 6.1 - 8.1 g/dL | Final |
| • ALBUMIN | 09/22/2022 | 4.0 | 3.6 - 5.1 g/dL | Final |
| • GLOBULIN | 09/22/2022 | 3.3 | 1.9 - 3.7 g/dL (calc) | Final |
| • ALBUMIN/GLOBULIN RATIO | 09/22/2022 | 1.2 | 1.0 - 2.5 (calc) | Final |
| • BILIRUBIN, TOTAL | 09/22/2022 | 0.3 | 0.2 - 1.2 mg/dL | Final |

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 7/3/2023

## 07/03/2023 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

### Other Clinical Notes Abstract (continued)

| | | | | |
|---|---|---|---|---|
| • ALKALINE PHOSPHATASE | 09/22/2022 | 129 | 37 - 153 U/L | Final |
| • AST | 09/22/2022 | 12 | 10 - 35 U/L | Final |
| • ALT | 09/22/2022 | 9 | 6 - 29 U/L | Final |
| • CHOLESTEROL, TOTAL | 09/22/2022 | 133 | <200 mg/dL | Final |
| • HDL CHOLESTEROL | 09/22/2022 | 63 | > OR = 50 mg/dL | Final |
| • TRIGLYCERIDES | 09/22/2022 | 107 | <150 mg/dL | Final |
| • LDL-CHOLESTEROL | 09/22/2022 | 51 | mg/dL (calc) | Final |
| • CHOL/HDLC RATIO | 09/22/2022 | 2.1 | <5.0 (calc) | Final |
| • NON HDL CHOLESTEROL | 09/22/2022 | 70 | <130 mg/dL (calc) | Final |
| • HEMOGLOBIN A1c | 09/22/2022 | 6.1 (H) | <5.7 % of total Hgb | Final |
| • TSH | 09/22/2022 | 1.64 | 0.40 - 4.50 mIU/L | Final |
| • VITAMIN B12 | 09/22/2022 | 492 | 200 - 1,100 pg/mL | Final |
| • CREATININE, RANDOM URINE (QUEST) | 09/22/2022 | 128 | 20 - 275 mg/dL | Final |
| • ALBUMIN, URINE | 09/22/2022 | 46.0 | See Note: mg/dL | Final |
| • ALBUMIN/CREATININE RATIO, RANDOM U* | 09/22/2022 | 359 (H) | <30 mcg/mg creat | Final |

Ruby was seen today for annual exam and bil leg swelling.

Diagnoses and all orders for this visit:

### Diabetic autonomic neuropathy associated with type 2 diabetes mellitus (CMS/HCC) (Primary)

- chlorthalidone (Hygroton) 25 mg tablet; Take 1 tablet (25 mg) by mouth once daily.
- PSA, total and free; Future
- CBC and differential; Future
- Comprehensive metabolic panel; Future
- Lipid panel; Future
- Hemoglobin A1c; Future
- Hepatitis C antibody; Future
- HIV-1 RNA, Quantitative, Real-Time PCR; Future
- B-type natriuretic peptide; Future

### Acute respiratory distress

- Transthoracic Echo (TTE) Complete; Future[MB 2T]

### A/P:[MB.1T]

### Hypertension

**Uncontrolled. We will start her on a diuretic. I think her legs are swollen due to amlodipine, but we will check her heart with an echo, BNP, and regular routine labs. If chlorthalidone does not get her blood pressure down and lower her swelling, she will have to go back to renal to have them adjust her amlodipine.**

**Documented by DAX: Kasey Redman[VG.1C]**

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
▆▆▆▆▆▆▆, Legal Sex: F
Visit date: 7/3/2023

**07/03/2023 - Office Visit in Baptist Primary Care - Lane Avenue (continued)**

Other Clinical Notes Abstract (continued)

**PERSONALIZED HEALTH PLAN:**

**Blood pressure goal: Still 140/90**

**Hemoglobin A1c goal: Less than 6**

**Cholesterol goal: LDL less than 100**

**Weight loss goal in the next 6 months: 10 to 15 pounds**

**Logs blood pressure log: Bring logs to all visits**

**Based on the patient's risk assessment and clinical observations I would recommend the following as below:**
No referrals needed regarding any special services, but recommend maintaining adequate nutrition and maintaining an exercise regimen to ensure muscle tone bone strength and proper weight discussed importance of lifestyle changes such as diet and exercise in addition to maintaining adherence with medications follow-up in 6 months the patient voiced understanding with plan of care

**Counseling and education:** If you have any questions regarding your personal plan for screening then look to the following links the USPS TF, cancer.org, AUA.net.org, gastro.net, heart.org, diabetes.com.
Recommended using sunscreen with at least SPF 15 and checking moles for changing size color and shape.
Annual dental exams
Low-fat diet
Excess sodium leads to increased blood pressure and fluid retention. Recommend limiting salt to less than 2000 mg of sodium per day. Therefore, try not to use salt when you cook. Avoid foods that come in boxes or cans as they are usually high in sodium. Fresh, frozen fresh frozen, and foods that you prepare yourself for the best choices. Be sure to read labels for sodium content
Low-carb diet means limiting grains starchy vegetables and fruit replace them with foods high in protein and fat.
Typical limit is 6230 g of carbs which provides 240 to 520 cal. Limiting carbs lowers blood sugar and causes burning of fat stores which can lead to weight loss.
Recommend 30 minutes of moderate exercise per day 5 days/week.
Recommend annual flu shot and tetanus every 10 years.[MB.1T]

Follow up in about 6 months (around 1/3/2024) for Next scheduled follow-up.[MB.2T]

Electronically signed by Braddock, Matthew Todd, DO at 7/3/2023  3:04 PM

**Attribution Key**
MB.1 - Braddock, Matthew Todd, DO on 7/3/2023 11:04 AM
MB.2 - Braddock, Matthew Todd, DO on 7/3/2023 11:09 AM
VG.1 - Girouard, Vikki on 7/3/2023  3:00 PM
C - Copied, M - Manual, T - Template

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R                           Legal Sex: F

Visit date: 7/3/2023

## 07/03/2023 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

### Other Clinical Notes Abstract (continued)

Labs exclude orders without results

**B-type natriuretic peptide (Final result) [8124764374]**                Status: **Completed**

Electronically signed by: **Braddock, Matthew Todd, DO on 07/03/23 1105**
Ordering user: Braddock, Matthew Todd, DO 07/03/23 1105      Ordering provider: Braddock, Matthew Todd, DO
Authorized by: Braddock, Matthew Todd, DO                     Ordering mode: Standard
Frequency: Routine 07/03/23 –                                 Class: Clinic Collect
Quantity: 1                                                   Lab status: Final result
Instance released by: Taylor, Elizabeth, MLA 7/3/2023 11:17 AM
Diagnoses
Diabetic autonomic neuropathy associated with type 2 diabetes mellitus (CMS/HCC) [E11.43]

#### Specimen Information

| ID | Type | Source | Collected By |
|----|------|--------|--------------|
| TM561473B | Blood | Blood, Venous | Taylor, Elizabeth, MLA 07/03/23 1118 |

**B-type natriuretic peptide [8124764374]**      Resulted: 07/06/23 1609, Result status: Final result

Ordering provider: Braddock, Matthew Todd, DO 07/03/23 1117     Order status: Completed
Filed by: Interface, Quest Lab Results In 07/06/23 1621         Collected by: Taylor, Elizabeth, MLA 07/03/23 1118
Resulting lab: QUEST DIAGNOSTICS-TAMPA
Acknowledged by: Braddock, Matthew Todd, DO on 07/18/23 1636

#### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| B TYPE NATRIURETIC PEPTIDE (BNP) | 4 | <100 pg/mL | — | 532 |

Comment:

BNP levels increase with age in the general
population with the highest values seen in
individuals greater than 75 years of age.
Reference: J. Am. Coll. Cardiol. 2002; 40:976-982.

Additional Resulting Lab Information
Performing Organization Information:
Site ID: TP
Name: Quest Diagnostics-Tampa
Address: 4225 E Fowler Ave Tampa, FL 33617-2026
Director: Weston H Rothrock MD

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| 532 - Unknown | QUEST DIAGNOSTICS-TAMPA | GLEN L HORTIN,MD,PHD | 4225 E. FOWLER AVE TAMPA FL 33617-2026 | 06/09/21 1200 - Present |

#### Indications

Diabetic autonomic neuropathy associated with type 2 diabetes mellitus (CMS/HCC) [E11.43 (ICD-10-CM)]

#### All Reviewers List

Braddock, Matthew Todd, DO on 7/18/2023 16:36

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
⬛⬛⬛⬛⬛    Legal Sex: F

Visit date: 7/3/2023

## 07/03/2023 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

### Labs exclude orders without results (continued)

#### HIV-1 RNA, Quantitative, Real-Time PCR (Final result) [8124764375]
Status: Completed

Electronically signed by: **Braddock, Matthew Todd, DO on 07/03/23 1105**
Ordering user: Braddock, Matthew Todd, DO 07/03/23 1105
Authorized by: Braddock, Matthew Todd, DO
Frequency: Routine 07/03/23 -
Quantity: 1
Instance released by: Taylor, Elizabeth, MLA 7/3/2023 11:17 AM
Diagnoses
Diabetic autonomic neuropathy associated with type 2 diabetes mellitus (CMS/HCC) [E11.43]

Ordering provider: Braddock, Matthew Todd, DO
Ordering mode: Standard
Class: Clinic Collect
Lab status: Final result

##### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| TM561473B | Blood | Blood, Venous | Taylor, Elizabeth, MLA 07/03/23 1118 |

#### HIV-1 RNA, Quantitative, Real-Time PCR [8124764375]
Resulted: 07/06/23 1609, Result status: Final result

Ordering provider: Braddock, Matthew Todd, DO 07/03/23 1117
Filed by: Interface, Quest Lab Results In 07/06/23 1621
Resulting lab: QUEST DIAGNOSTICS/NICHOLS CHANTILLY
Acknowledged by: Braddock, Matthew Todd, DO on 07/18/23 1636

Order status: Completed
Collected by: Taylor, Elizabeth, MLA 07/03/23 1118
CLIA number: 05D0643352

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HIV-1 RNA, QN PCR | Not Detected | Copies/mL | — | QUESTCHANT |
| HIV-1 RNA by PCR, Qn | Not Detected | Log cps/mL | — | QUESTCHANT |
| Comment: | | | | |

Reference Range:
    Not Detected    copies/mL
    Not Detected Log copies/mL

The test was performed using Real-Time Polymerase Chain Reaction.

Reportable Range: 20 copies/mL to 10,000,000 copies/mL (1.30 Log copies/mL to 7.00 Log copies/mL).

Additional Resulting Lab Information
Performing Organization Information:
Site ID: AMD
Name: Quest Diagnostics/Nichols Chantilly-Chantilly VA
Address: 14225 Newbrook Dr Chantilly, VA 20151-2228
Director: Patrick W Mason M.D.,PhD

##### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 265 - QUESTCHANT | QUEST DIAGNOSTICS/NICHOLS CHANTILLY | PATRICK W. MASON,MD,PHD | 14225 NEWBROOK DRIVE CHANTILLY VA 20151-2228 | 06/03/21 1008 - Present |

##### Indications

Diabetic autonomic neuropathy associated with type 2 diabetes mellitus (CMS/HCC) [E11.43 (ICD-10-CM)]

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R                                    Legal Sex: F

Visit date: 7/3/2023

## 07/03/2023 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

### Labs exclude orders without results (continued)

#### All Reviewers List

Braddock, Matthew Todd, DO on 7/18/2023 16:36

#### Hepatitis C antibody (Final result) [8124767243]

Status: **Completed**

Electronically signed by: **Braddock, Matthew Todd, DO on 07/03/23 1105**
Ordering user: Braddock, Matthew Todd, DO 07/03/23 1105
Authorized by: Braddock, Matthew Todd, DO
Frequency: Routine 07/03/23 -
Quantity: 1
Instance released by: Taylor, Elizabeth, MLA 7/3/2023 11:17 AM

Ordering provider: Braddock, Matthew Todd, DO
Ordering mode: Standard
Class: Clinic Collect
Lab status: Final result

Diagnoses
Diabetic autonomic neuropathy associated with type 2 diabetes mellitus (CMS/HCC) [E11.43]

##### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| TM560911B | Blood | Blood, Venous | Taylor, Elizabeth, MLA 07/03/23 1118 |

#### Hepatitis C antibody [8124767243]

Resulted: 07/05/23 1529, Result status: Final result

Ordering provider: Braddock, Matthew Todd, DO 07/03/23 1117
Filed by: Interface, Quest Lab Results In 07/05/23 1533
Resulting lab: QUEST DIAGNOSTICS-TAMPA
Acknowledged by: Braddock, Matthew Todd, DO on 07/18/23 1636

Order status: Completed
Collected by: Taylor, Elizabeth, MLA 07/03/23 1118

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HEPATITIS C ANTIBODY | NON-REACTIVE | NON-REACTIVE | — | 532 |

Comment:

HCV antibody was non-reactive. There is no laboratory
evidence of HCV infection.

In most cases, no further action is required. However,
if recent HCV exposure is suspected, a test for HCV RNA
(test code 35645) is suggested.

For additional information please refer to
http://education.questdiagnostics.com/faq/FAQ22v1
(This link is being provided for informational/
educational purposes only.)

Additional Resulting Lab Information
Performing Organization Information:
Site ID: TP
Name: Quest Diagnostics-Tampa
Address: 4225 E Fowler Ave Tampa, FL 33617-2026
Director: Weston H Rothrock MD

##### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 532 - Unknown | QUEST DIAGNOSTICS-TAMPA | GLEN L HORTIN,MD,PHD | 4225 E. FOWLER AVE TAMPA FL 33617-2026 | 06/09/21 1200 - Present |

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
_____ Legal Sex: F
Visit date: 7/3/2023

## 07/03/2023 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

### Labs exclude orders without results (continued)

#### Indications

Diabetic autonomic neuropathy associated with type 2 diabetes mellitus (CMS/HCC) [E11.43 (ICD-10-CM)]

#### All Reviewers List

Braddock, Matthew Todd, DO on 7/18/2023 16:36

#### Hemoglobin A1c (Final result) [8124767244]

Status: **Completed**

Electronically signed by: **Braddock, Matthew Todd, DO on 07/03/23 1105**
Ordering user: Braddock, Matthew Todd, DO 07/03/23 1105
Authorized by: Braddock, Matthew Todd, DO
Frequency: Routine 07/03/23 -
Quantity: 1
Instance released by: Taylor, Elizabeth, MLA 7/3/2023 11:17 AM

Ordering provider: Braddock, Matthew Todd, DO
Ordering mode. Standard
Class: Clinic Collect
Lab status: Final result

Diagnoses
Diabetic autonomic neuropathy associated with type 2 diabetes mellitus (CMS/HCC) [E11.43]

##### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| TM560911B | Blood | Blood, Venous | Taylor, Elizabeth, MLA 07/03/23 1118 |

#### Hemoglobin A1c [8124767244] (Abnormal)

Resulted: 07/05/23 1529, Result status: Final result

Ordering provider: Braddock, Matthew Todd, DO 07/03/23 1117
Filed by: Interface, Quest Lab Results In 07/05/23 1533
Resulting lab: QUEST DIAGNOSTICS-TAMPA
Acknowledged by: Braddock, Matthew Todd, DO on 07/18/23 1636

Order status: Completed
Collected by: Taylor, Elizabeth, MLA 07/03/23 1118

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HEMOGLOBIN A1c | 7.2 | <5.7 % of total Hgb | H ^ | 532 |

Comment:
For someone without known diabetes, a hemoglobin A1c
value of 6.5% or greater indicates that they may have
diabetes and this should be confirmed with a follow-up
test.

For someone with known diabetes, a value <7% indicates
that their diabetes is well controlled and a value
greater than or equal to 7% indicates suboptimal
control. A1c targets should be individualized based on
duration of diabetes, age, comorbid conditions, and
other considerations.

Currently, no consensus exists regarding use of
hemoglobin A1c for diagnosis of diabetes for children.

Additional Resulting Lab Information
Performing Organization Information:
Site ID: TP
Name: Quest Diagnostics-Tampa
Address: 4225 E Fowler Ave Tampa, FL 33617-2026
Director: Weston H Rothrock MD

#### Testing Performed By

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 7/3/2023

## 07/03/2023 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

### Labs exclude orders without results (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 532 - Unknown | QUEST DIAGNOSTICS- TAMPA | GLEN L HORTIN,MD,PHD | 4225 E. FOWLER AVE TAMPA FL 33617-2026 | 06/09/21 1200 - Present |

### Indications

Diabetic autonomic neuropathy associated with type 2 diabetes mellitus (CMS/HCC) [E11.43 (ICD-10-CM)]

### All Reviewers List

Braddock, Matthew Todd, DO on 7/18/2023 16:36

### Lipid panel (Final result) [8124767245]

Status: Completed

Electronically signed by: **Braddock, Matthew Todd, DO on 07/03/23 1105**
Ordering user: Braddock, Matthew Todd, DO 07/03/23 1105
Authorized by: Braddock, Matthew Todd, DO
Frequency: Routine 07/03/23 -
Quantity: 1
Instance released by: Taylor, Elizabeth, MLA 7/3/2023 11:17 AM

Ordering provider: Braddock, Matthew Todd, DO
Ordering mode: Standard
Class: Clinic Collect
Lab status: Final result

Diagnoses
Diabetic autonomic neuropathy associated with type 2 diabetes mellitus (CMS/HCC) [E11.43]

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| TM560911B | Blood | Blood, Venous | Taylor, Elizabeth, MLA 07/03/23 1118 |

### Lipid panel [8124767245] (Abnormal)

Resulted: 07/05/23 1529, Result status: Final result

Ordering provider: Braddock, Matthew Todd, DO 07/03/23 1117
Filed by: Interface, Quest Lab Results In 07/05/23 1533
Resulting lab: QUEST DIAGNOSTICS-TAMPA
Acknowledged by: Braddock, Matthew Todd, DO on 07/18/23 1636

Order status: Completed
Collected by: Taylor, Elizabeth, MLA 07/03/23 1118

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol, Total | 130 | <200 mg/dL | — | 532 |
| HDL Cholesterol | 64 | > OR = 50 mg/dL | — | 532 |
| Triglycerides | 153 | <150 mg/dL | H^ | 532 |
| LDL-Cholesterol | 42 | mg/dL (calc) | — | 532 |

Comment:
Reference range: <100

Desirable range <100 mg/dL for primary prevention;
<70 mg/dL for patients with CHD or diabetic patients
with > or = 2 CHD risk factors.

LDL-C is now calculated using the Martin-Hopkins
calculation, which is a validated novel method providing
better accuracy than the Friedewald equation in the
estimation of LDL-C.
Martin SS et al. JAMA. 2013;310(19): 2061-2068
(http://education.QuestDiagnostics.com/faq/FAQ164)

| | | | | |
|---|---|---|---|---|
| Chol/HDLC Ratio | 2.0 | <5.0 (calc) | — | 532 |
| Non-HDL Cholesterol | 66 | <130 mg/dL (calc) | — | 532 |

Comment:
For patients with diabetes plus 1 major ASCVD risk
factor, treating to a non-HDL-C goal of <100 mg/dL
(LDL-C of <70 mg/dL) is considered a therapeutic

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R                    Legal Sex: F

Visit date: 7/3/2023

## 07/03/2023 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

### Labs exclude orders without results (continued)

option.

Additional Resulting Lab Information
Performing Organization Information:
  Site ID: TP
  Name: Quest Diagnostics-Tampa
  Address: 4225 E Fowler Ave Tampa, FL 33617-2026
  Director: Weston H Rothrock MD

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 532 - Unknown | QUEST DIAGNOSTICS-TAMPA | GLEN L HORTIN,MD,PHD | 4225 E. FOWLER AVE TAMPA FL 33617-2026 | 06/09/21 1200 - Present |

### Indications

Diabetic autonomic neuropathy associated with type 2 diabetes mellitus (CMS/HCC) [E11.43 (ICD-10-CM)]

### All Reviewers List

Braddock, Matthew Todd, DO on 7/18/2023 16:36

### Comprehensive metabolic panel (Final result) [8124767246]

Status: **Completed**

Electronically signed by: **Braddock, Matthew Todd, DO on 07/03/23 1105**
Ordering user: Braddock, Matthew Todd, DO 07/03/23 1105
Authorized by: Braddock, Matthew Todd, DO
Frequency: Routine 07/03/23 -
Quantity: 1
Instance released by: Taylor, Elizabeth, MLA 7/3/2023 11:17 AM
Diagnoses

Ordering provider: Braddock, Matthew Todd, DO
Ordering mode: Standard
Class: Clinic Collect
Lab status: Final result

Diabetic autonomic neuropathy associated with type 2 diabetes mellitus (CMS/HCC) [E11.43]

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| TM560911B | Blood | Blood, Venous | Taylor, Elizabeth, MLA 07/03/23 1118 |

### Comprehensive metabolic panel [8124767246] (Abnormal)

Resulted: 07/05/23 1529. Result status: Final result

Ordering provider: Braddock, Matthew Todd, DO 07/03/23 1117
Filed by: Interface, Quest Lab Results In 07/05/23 1533
Resulting lab: QUEST DIAGNOSTICS-TAMPA
Acknowledged by: Braddock, Matthew Todd, DO on 07/18/23 1636

Order status: Completed
Collected by: Taylor, Elizabeth, MLA 07/03/23 1118

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| GLUCOSE | 156 | 65 - 99 mg/dL | H ^ | 532 |

Comment:

Fasting reference interval

For someone without known diabetes, a glucose
value >125 mg/dL indicates that they may have
diabetes and this should be confirmed with a
follow-up test.

| | | | | |
|---|---|---|---|---|
| UREA NITROGEN (BUN) | 27 | 7 - 25 mg/dL | H ^ | 532 |

Release ID: 177819377

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 7/3/2023

## 07/03/2023 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

### Labs exclude orders without results (continued)

| | | | | |
|---|---|---|---|---|
| CREATININE | 1.77 | 0.60 - 0.95 mg/dL | H ^ | 532 |
| EGFR | 29 | > OR = 60 mL/min/1.73m2 | L ˅ | 532 |

Comment:
The eGFR is based on the CKD-EPI 2021 equation. To calculate
the new eGFR from a previous Creatinine or Cystatin C
result, go to https://www.kidney.org/professionals/
kdoqi/gfr%5Fcalculator

| | | | | |
|---|---|---|---|---|
| BUN/CREATININE RATIO | 15 | 6 - 22 (calc) | — | 532 |
| SODIUM | 139 | 135 - 146 mmol/L | — | 532 |
| POTASSIUM | 5.4 | 3.5 - 5.3 mmol/L | H ^ | 532 |
| CHLORIDE | 107 | 98 - 110 mmol/L | — | 532 |
| CARBON DIOXIDE | 25 | 20 - 32 mmol/L | — | 532 |
| CALCIUM | 10.1 | 8.6 - 10.4 mg/dL | — | 532 |
| PROTEIN, TOTAL | 7.4 | 6.1 - 8.1 g/dL | — | 532 |
| Albumin | 4.1 | 3.6 - 5.1 g/dL | — | 532 |
| GLOBULIN | 3.3 | 1.9 - 3.7 g/dL (calc) | — | 532 |
| ALBUMIN/GLOBULIN RATIO | 1.2 | 1.0 - 2.5 (calc) | — | 532 |
| BILIRUBIN, TOTAL | 0.3 | 0.2 - 1.2 mg/dL | — | 532 |
| ALKALINE PHOSPHATASE | 126 | 37 - 153 U/L | — | 532 |
| AST | 13 | 10 - 35 U/L | — | 532 |
| ALT | 9 | 6 - 29 U/L | — | 532 |

Additional Resulting Lab Information
Performing Organization Information:
  Site ID: TP
  Name: Quest Diagnostics-Tampa
  Address: 4225 E Fowler Ave Tampa, FL 33617-2026
  Director: Weston H Rothrock MD

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 532 - Unknown | QUEST DIAGNOSTICS-TAMPA | GLEN L HORTIN,MD,PHD | 4225 E. FOWLER AVE TAMPA FL 33617-2026 | 06/09/21 1200 - Present |

### Indications

Diabetic autonomic neuropathy associated with type 2 diabetes mellitus (CMS/HCC) [E11.43 (ICD-10-CM)]

### All Reviewers List

Braddock, Matthew Todd, DO on 7/18/2023 16:36

### CBC and differential (Final result) [8124767247]

Status: Completed

Electronically signed by: **Braddock, Matthew Todd, DO on 07/03/23 1105**
Ordering user: Braddock, Matthew Todd, DO 07/03/23 1105          Ordering provider: Braddock, Matthew Todd, DO
Authorized by: Braddock, Matthew Todd, DO                        Ordering mode: Standard
Frequency: Routine 07/03/23 -                                    Class: Clinic Collect
Quantity: 1                                                      Lab status: Final result
Instance released by: Taylor, Elizabeth, MLA 7/3/2023 11:17 AM
Diagnoses
Diabetic autonomic neuropathy associated with type 2 diabetes mellitus (CMS/HCC) [E11.43]

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 7/3/2023

## 07/03/2023 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

### Labs exclude orders without results (continued)

| TM560911B | Blood | Blood, Venous | Taylor, Elizabeth, MLA 07/03/23 1118 |

**CBC and differential [8124767247] (Abnormal)**

Resulted: 07/05/23 1529, Result status: Final result

Ordering provider: Braddock, Matthew Todd, DO 07/03/23 1117
Filed by: Interface, Quest Lab Results In 07/05/23 1533
Resulting lab: QUEST DIAGNOSTICS-TAMPA
Acknowledged by: Braddock, Matthew Todd, DO on 07/18/23 1636

Order status: Completed
Collected by: Taylor, Elizabeth, MLA 07/03/23 1118

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 7.4 | 3.8 - 10.8 Thousand/uL | — | 532 |
| Red Blood Cell Count | 4.00 | 3.80 - 5.10 Million/uL | — | 532 |
| Hemoglobin | 11.3 | 11.7 - 15.5 g/dL | L ⌄ | 532 |
| Hematocrit | 34.0 | 35.0 - 45.0 % | L ⌄ | 532 |
| MCV | 85.0 | 80.0 - 100.0 fL | — | 532 |
| MCH | 28.3 | 27.0 - 33.0 pg | — | 532 |
| MCHC | 33.2 | 32.0 - 36.0 g/dL | — | 532 |
| RDW | 11.9 | 11.0 - 15.0 % | — | 532 |
| PLATELET COUNT | 396 | 140 - 400 Thousand/uL | — | 532 |
| MPV | 10.0 | 7.5 - 12.5 fL | — | 532 |
| Absolute Neutrophils | 4,225 | 1,500 - 7,800 cells/uL | — | 532 |
| ABSOLUTE LYMPHOCYTES | 2,457 | 850 - 3,900 cells/uL | — | 532 |
| ABSOLUTE MONOCYTES | 400 | 200 - 950 cells/uL | — | 532 |
| Absolute Eosinophils | 266 | 15 - 500 cells/uL | — | 532 |
| Absolute Basophils | 52 | 0 - 200 cells/uL | — | 532 |
| Neutrophils | 57.1 | % | — | 532 |
| Lymphocytes | 33.2 | % | — | 532 |
| Monocytes | 5.4 | % | — | 532 |
| EOSINOPHILS | 3.6 | % | — | 532 |
| BASOPHILS | 0.7 | % | — | 532 |

Additional Resulting Lab Information
Performing Organization Information:
  Site ID: TP
  Name: Quest Diagnostics-Tampa
  Address: 4225 E Fowler Ave Tampa, FL 33617-2026
  Director: Weston H Rothrock MD

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 532 - Unknown | QUEST DIAGNOSTICS-TAMPA | GLEN L HORTIN,MD,PHD | 4225 E. FOWLER AVE TAMPA FL 33617-2026 | 06/09/21 1200 - Present |

### Indications

Diabetic autonomic neuropathy associated with type 2 diabetes mellitus (CMS/HCC) [E11.43 (ICD-10-CM)]

### All Reviewers List

Braddock, Matthew Todd, DO on 7/18/2023 16:36

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
Legal Sex: F
Visit date: 7/3/2023

## 07/03/2023 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

Labs exclude orders without results (continued)

## 01/17/2023 - Office Visit in Baptist Primary Care - Lane Avenue

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Braddock, Matthew Todd, DO | Braddock, Matthew Todd, DO |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Baptist Primary Care - Lane Avenue | 810 Lane Avenue South Jacksonville FL 32205-4785 | 904-783-9680 | 904-390-7464 |

#### Level of Service

**Level of Service**
PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN

### Other Clinical Notes Abstract

**Progress Notes**

Braddock, Matthew Todd, DO at 1/17/2023 1445

**Reason for visit**

follow-up on chronic conditions and acute issues

**HPI:**[M8.1T]
**The patient presents for follow-up.**

**She has thumb pain that radiates up her arm. There is no swelling or warmth.**

**She uses a cane for knee and leg pain.**

**Her sister passed away last Saturday.**

**She needs supplies for her Libre.**[CB.1C]

**Ros: Constitutional symptoms: No**
**Cardiovascular symptoms: No**
**Respiratory symptoms: No**
**Gastrointestinal symptoms: No**
**Genitourinary symptoms: No**

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
Legal Sex: F
Adm: 9/21/2023, D/C: 9/21/2023

## 09/21/2023 - Transthoracic Echocardiogram Complete in Baptist Jacksonville - Cardiac Testing (continued)

**Imaging exclude orders without results (continued)**

Quantity: 1
Instance released by: Sajgo, Ariana 9/21/2023 9:28 AM
Diagnoses
Acute respiratory distress [R06.03]

Lab status: Final result

### Questionnaire

| Question | Answer |
|---|---|
| Is the technologist authorized to use Echo contrast as needed? | Yes |

Cardiology Report - Scan on 9/22/2023 10:36 AM (below)



**Baptist Heart Hospital**
**801 Prudential Drive**
**Jacksonville, FL 32207**
**Phone:(904) 202-2000**



**Transthoracic Echocardiogram Report**

| | | | |
|---|---|---|---|
| **Name:** | GEORGE, RUBY R | **Patient ID:** | |
| **Date of Birth:** | (80 yrs) | **Gender:** | Female |
| **Height:** | 168.00 cm / 66.14 in | **Rhythm:** | Sinus tachycardia. |
| **Weight:** | 104.00 kg / 229.28 lb | **Heart Rate:** | 98 |
| **BSA:** | 2.12 m² | **BP:** | 152.00 / 86.00 mmHg |
| **BMI:** | 36.9 kg/m² | **Referring MD:** | MATTHEW TODD BRADDOCK |
| **Interpreted by:** | GUPTA, RAGHAV | **Primary MD:** | |
| **Sonographer:** | Jennifer Parrish | **Account #:** | |
| **Study Date:** | 9/21/2023 | **Study Start:** | 9:43 AM |
| **Location:** | Baptist Medical Center - Pavilion | **Order #:** | 8137898115 |
| **Patient Status/** | Outpatient | **Study Quality:** | The quality of the study was technically adequate. |
| **Room Number:** | 1 | | |
| **Procedure:** | Transthoracic Echocardiogram | **Indications:** | Acute respiratory distress |

**Impressions:**
The calculated left ventricle ejection fraction is 57% by biplane method.
Contrast injection of agitated saline (9cc saline 1 cc air) was negative for intracardiac shunt.

**Findings**
**Procedure Information**
The quality of the study was technically adequate. Sinus tachycardia noted at rest.

**Left Ventricle**
The left ventricular chamber size is normal. The left ventricular systolic function is normal. The calculated left ventricle ejection fraction is 57% by biplane method. Mild concentric left ventricular hypertrophy. Indeterminate diastolic function.

**Right Ventricle**
Normal right ventricular cavity size. The right ventricular systolic function is normal. TAPSE is 2.2 cm.

**Atria**
The left atrium is normal in size. The right atrium is normal in size. Contrast injection of agitated saline (9cc saline 1 cc air) was negative for intracardiac shunt.

**Aortic Valve**
The aortic valve is trileaflet. There is mild calcification of the aortic valve. There is normal aortic valve cusp separation. The aortic valve shows no stenosis. There is no aortic valve regurgitation.

**Mitral Valve**
Mitral leaflets are mildly thickened. The mitral valve is mildly calcified. There is trace mitral valve regurgitation. There is no mitral valve stenosis.

**Pulmonic Valve**
The pulmonic valve is likely normal. The pulmonic valve was not well visualized.

**Tricuspid Valve**

Page 1 of 2
Echo ASE Resting Report
BHEchoASERest.docx
(Rev. 2022/06)

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Adm: 9/21/2023, D/C: 9/21/2023

**09/21/2023 - Transthoracic Echocardiogram Complete In Baptist Jacksonville - Cardiac Testing (continued)**

**Imaging exclude orders without results (continued)**

The tricuspid valve is normal. Insufficient TR jet would not allow accurate assessment of RVSP. There is trace tricuspid valve regurgitation.

**Great Vessels**
All visible segments of the aorta are normal in size. Aortic sinus diameter is 3.1 cm. ST junction diameter is 2.5 cm. Ascending aorta diameter is 3 3 cm.

**Venous**
The inferior vena cava diameter is normal 1.4 cm with >50% inspiratory collapse which is suggestive of a RAP 3 mmHg.

**Pericardium/Pleural**
There is no evidence of pericardial effusion.

**Measurements**

**2D Measurements**

| | | | | | |
|---|---|---|---|---|---|
| RVIDd: | 2.58 cm | LV Mass: | 201.72 g | LV ESV: | 36.17 ml |
| IVSd: | 1.28 cm | LVOT Diam: | 2.13 cm | EF Teich: | 59.15 % |
| LVIDd: | 3.76 cm | LV EDV: | 83.33 ml | FS: | 30.78 % |
| LVIDs: | 2.61 cm | | | EF 4C: | 53.89 % |
| LVPWd: | 1 23 cm | | | EF 2C: | 58.41 % |
| | | | | EF BiP: | 56.59 % |

**Aortic Valve Doppler**

| | | | |
|---|---|---|---|
| AoV Pk Vel: | 1.35 m/sec | AoV Pk Grad: | 7  mmHg |

**Mitral Valve Doppler**

| | | | |
|---|---|---|---|
| MV VTI: | 0.25 m/sec | MVA Continuity: | 2 58 cm² |
| MV Pk Vel: | 1.51 m/sec | | |
| MV Mn Vel: | 0.83 m/sec | | |
| MV Pk Grad: | 9  mmHg | | |
| MV Mn Grad: | 3  mmHg | | |

**Tricuspid Valve Doppler**

| | | | |
|---|---|---|---|
| RA Press: | 3  mmHg | IVC Diam Exp: | 1.4 cm |

**LVOT**

| | | | | | |
|---|---|---|---|---|---|
| LVOT Pk Vel: | 0.93 m/sec | LVOT Pk Grad: | 3.39 mmHg | LVOT Diam: | 2.13 cm |
| LVOT Mn Vel: | 0.68 m/sec | LVOT Mn Grad: | 2.05 mmHg | LVOT Area: | 3.57 cm² |
| LVOT VTI: | 0.18 m/sec | | | | |

**Right Ventricle**

| | |
|---|---|
| TAPSE: | 2.20 cm |

**Aorta**

| | |
|---|---|
| Sinus of Valsalva: | 3.10 cm |
| St Ridge: | 2.50 cm |
| Ao Asc: | 3.30 cm |

Raghav Gupta MD electronically signed on 9/22/2023 10:32:04 AM

**Transthoracic Echo (TTE) Complete [8137898115]**

Resulted: 09/22/23 1031, Result status: Final result

Ordering provider: Braddock, Matthew Todd, DO  09/21/23 0928
Resulted by: Gupta, Raghav, MD
Performed: 09/21/23 0929 - 09/21/23 1034
Resulting lab: LUMEDX
Acknowledged by: Dewitt, Melissa, MA on 09/29/23 1105

Order status: Completed

Filed by: Interface, Radiology Results In  09/22/23 1036
Accession number: 13639215

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
Legal Sex: F

Adm: 9/21/2023, D/C: 9/21/2023

## 09/21/2023 - Transthoracic Echocardiogram Complete in Baptist Jacksonville - Cardiac Testing (continued)

**Imaging exclude orders without results (continued)**

| Procedures Performed | Chargeables |
|---|---|
| TRANSTHORACIC ECHO (TTE) COMPLETE [ECH111] | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 60 - Lum | LUMEDX | Unknown | Unknown | 02/23/21 1313 - Present |

**Transthoracic Echo (TTE) Complete [8137898115]**    Resulted: 09/21/23 0929, Result status: In process

Ordering provider: Braddock, Matthew Todd, DO 09/21/23 0928
Resulted by: Gupta, Raghav, MD
Performed: 09/21/23 0929 - 09/21/23 1034
Resulting lab: LUMEDX

Order status: Completed

Filed by: Parrish, Jennifer, RT 09/21/23 0929
Accession number: 13639215

| Procedures Performed | Chargeables |
|---|---|
| TRANSTHORACIC ECHO (TTE) COMPLETE [ECH111] | |

**Reviewed by**

Dewitt, Melissa, MA on 09/29/23 1105

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 60 - Lum | LUMEDX | Unknown | Unknown | 02/23/21 1313 - Present |

**Indications**

Acute respiratory distress [R06.03 (ICD-10-CM)]

**Signed**

Electronically signed by Gupta, Raghav, MD on 9/22/23 at 1031 EDT

**Result Notes**

**Melissa Dewitt, MA**
9/29/2023 11:05 AM EDT
Result letter mailed to pts home address.

**All Reviewers List**

Dewitt, Melissa, MA on 9/29/2023 11:05

## 07/03/2023 - Office Visit in Baptist Primary Care - Lane Avenue

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Braddock, Matthew Todd, DO | Braddock, Matthew Todd, DO |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Baptist Primary Care - Lane Avenue | 810 Lane Avenue South Jacksonville FL 32205-4785 | 904-783-9680 | 904-390-7464 |

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 11/3/2023

### 11/03/2023 - Lab in Baptist Jacksonville - Lab Services - Pavilion (continued)

**Note Tab Other Clinical Notes (continued)**

**Order Form for Baptist**

**Pavilion Dtn**

☎ 904-202-3103  📠 904-202-1410

Req/Ctrl# (CD-): 2179268
Craig J. Shapiro, M.D.
NPI: 1700824521
Nephrology

**Neph Assoc - Downtown**
📍 836 PRUDENTIAL DRIVE, PAVILION BLDG SUITE 1502
JACKSONVILLE, FL, 32207-8300
☎ 904-398-1111  📠 904-387-2928

**George, Ruby R, Female,** [ID: 93369]
☎ 904-233-5603  📍 7034 Luke Street, Jacksonville, FL, US 32210

Today: 11/03/2023 01:35 PM
Order Date: 11/03/2023 01:00 PM

Primary Insurance Name: BLUE CROSS BLUE SHIELD OF FL
Insurance Address: P O BOX 1798 CLAIMS DEPARTMENT , JACKSONVILLE , FL , 32231
Subscriber Number:
Insured Name: George, Ruby R
Address: 7034 Luke Street, Jacksonville, FL, US 32210

| Priority | Lab | Fast | Assessment(s) | Instructions |
|---|---|---|---|---|
| Routine | CBC With DIFF (Ordered for 11/03/2023) | No | - N18.4, Chronic kidney disease, stage 4 (severe) | |
| Routine | Comprehensive Metabolic Panel W/eGFR (Ordered for 11/03/2023) | No | - N18.4, Chronic kidney disease, stage 4 (severe) | |
| Routine | Phosphorus (Ordered for 11/03/2023) | No | - N18.4, Chronic kidney disease, stage 4 (severe) | |
| Routine | Urine Microalbumin/Creatinine-Random (Ordered for 11/03/2023) | No | - N18.4, Chronic kidney disease, stage 4 (severe) | |

Electronically Signed By: Craig J. Shapiro, M.D.

Signature of Patient/Guardian

Order generated by eClinicalWorks (www.eclinicalworks.com)

George, Ruby R, Unknown,

I Lav
I GRN
I UT



1353
11/3/23
TCK



**Attribution Key**

Attribution information is not available for this note.

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
Legal Sex: F

Visit date: 11/3/2023

## 11/03/2023 - Lab in Baptist Jacksonville - Lab Services - Pavilion (continued)

Labs exclude orders without results

### Microalbumin/Creatinine Ratio, Random Urine (Final result) [8137898121]

Electronically signed by: **Knight, Tobiah, MLA on 11/03/23 1353**                                                                  Status. **Completed**
Ordering user: Knight, Tobiah, MLA 11/03/23 1353                    Authorized by: Shapiro, Craig Joseph, MD
Ordering mode: Standard
Frequency: Routine 11/03/23 -                                       Class: Lab Collect
Quantity: 1                                                         Lab status: Final result
Instance released by: Knight, Tobiah, MLA 11/3/2023 1:53 PM
Diagnoses
Chronic kidney disease, stage IV (severe) (CMS/HCC) [N18.4]

#### Specimen Information

| ID | Type | Draw Type | Source | Collected By |
|---|---|---|---|---|
| 23J-307C1647 | Urine | Non-blood Collection | Urine, Clean Catch | Knight, Tobiah, MLA 11/03/23 1401 |

### Microalbumin/Creatinine Ratio, Random Urine [8137898121] (Abnormal)     Resulted: 11/03/23 1446, Result status: Final result

Order status: Completed                              Filed by: Lab, Background User  11/03/23 1446
Collected by: Knight, Tobiah, MLA 11/03/23 1401      Resulting lab: BAPTIST MEDICAL CENTER JACKSONVILLE
                                                     LABORATORY

CLIA number: 10D0268748
Narrative:
The presence of microalbuminuria can be the first clinical evidence of renal dysfunction. Detection of microalbuminuria can help
select patients who may benefit from the renal protective effects of ACE inhibitor therapy.

Diabetes mellitus patients are at a twenty-fold risk for developing diabetic nephropathy if they have persistent microalbuminuria.

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Microalb, Ur | 32.6 | 0.0 - 20.0 mg/dL | H^ | JAX HOSP LAB |
| Creatinine, Ur | 98 | mg/dL | — | JAX HOSP LAB |
| Microalb/Creat Ratio | 334 | 0 - 17 mg/g Cr | H^ | JAX HOSP LAB |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 65 - JAX HOSP LAB | BAPTIST MEDICAL CENTER JACKSONVILLE LABORATORY | Dr. David Holloman | 800 Prudential Dr Jacksonville FL 32207-8202 | 07/25/22 1444 - Present |

#### Indications

Chronic kidney disease, stage IV (severe) (CMS/HCC) [N18.4 (ICD-10-CM)]

### Phosphorus (Final result) [8137898122]

Electronically signed by: **Knight, Tobiah, MLA on 11/03/23 1353**                                                                  Status: **Completed**
Ordering user: Knight, Tobiah, MLA 11/03/23 1353                    Authorized by: Shapiro, Craig Joseph, MD
Ordering mode: Standard
Frequency: Routine 11/03/23 -                                       Class: Lab Collect
Quantity: 1                                                         Lab status: Final result
Instance released by: Knight, Tobiah, MLA 11/3/2023 1:53 PM
Diagnoses
Chronic kidney disease, stage IV (severe) (CMS/HCC) [N18.4]

#### Specimen Information

| ID | Type | Draw Type | Source | Collected By |
|---|---|---|---|---|
| 23J-307C1646 | Blood | Venipuncture | Blood, Venous | Knight, Tobiah, MLA 11/03/23 1401 |

Printed on 7/29/25 at 3:13 PM                          Release ID: 177819377

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
                                    Legal Sex: F
Visit date: 11/3/2023

## 11/03/2023 - Lab in Baptist Jacksonville - Lab Services - Pavilion (continued)

Labs exclude orders without results (continued)

### Phosphorus [8137898122] (Normal)

Resulted: 11/03/23 1648, Result status: Final result

Order status: Completed
Collected by: Knight, Tobiah, MLA 11/03/23 1401

Filed by: Lab, Background User 11/03/23 1648
Resulting lab: BAPTIST MEDICAL CENTER JACKSONVILLE
LABORATORY

CLIA number: 10D0268748

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Phosphorus | 3.4 | 2.5 - 4.5 mg/dl | — | JAX HOSP LAB |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 65 - JAX HOSP LAB | BAPTIST MEDICAL CENTER JACKSONVILLE LABORATORY | Dr. David Holloman | 800 Prudential Dr Jacksonville FL 32207-8202 | 07/25/22 1444 - Present |

#### Indications

Chronic kidney disease, stage IV (severe) (CMS/HCC) [N18.4 (ICD-10-CM)]

### Comprehensive metabolic panel (Final result) [8137898123]

Status: **Completed**

Electronically signed by: **Knight, Tobiah, MLA on 11/03/23 1353**
Ordering user: Knight, Tobiah, MLA 11/03/23 1353
Ordering mode: Standard
Frequency: Routine 11/03/23 -
Quantity: 1
Instance released by: Knight, Tobiah, MLA 11/3/2023 1:53 PM
Diagnoses
Chronic kidney disease, stage IV (severe) (CMS/HCC) [N18.4]

Authorized by: Shapiro, Craig Joseph, MD

Class: Lab Collect
Lab status: Final result

#### Specimen Information

| ID | Type | Draw Type | Source | Collected By |
|---|---|---|---|---|
| 23J-307C1646 | Blood | Venipuncture | Blood, Venous | Knight, Tobiah, MLA 11/03/23 1401 |

### Comprehensive metabolic panel [8137898123] (Abnormal)

Resulted: 11/03/23 1648, Result status: Final result

Order status: Completed
Collected by: Knight, Tobiah, MLA 11/03/23 1401

Filed by: Lab, Background User 11/03/23 1648
Resulting lab: BAPTIST MEDICAL CENTER JACKSONVILLE
LABORATORY

CLIA number: 10D0268748

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 140 | 135 - 145 mEq/L | — | JAX HOSP LAB |
| Potassium | 4.5 | 3.5 - 5.1 mEq/L | — | JAX HOSP LAB |
| Chloride | 106 | 98 - 110 mEq/L | — | JAX HOSP LAB |
| CO2 | 21 | 22 - 32 mEq/L | L˅ | JAX HOSP LAB |
| Glucose | 129 | 74 - 109 mg/dL | H˄ | JAX HOSP LAB |
| Calcium | 10.0 | 8.5 - 10.5 mg/dL | — | JAX HOSP LAB |
| BUN | 36 | 7 - 23 mg/dL | H˄ | JAX HOSP LAB |
| Creatinine | 1.7 | 0.7 - 1.5 mg/dL | H˄ | JAX HOSP LAB |
| Anion Gap | 13.0 | 8 - 16 mEq/L | — | JAX HOSP LAB |
| Osmolality Calculated | 289 | 280 - 300 | — | JAX HOSP LAB |

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
<span>Legal Sex: F</span>

Visit date: 11/3/2023

## 11/03/2023 - Lab in Baptist Jacksonville - Lab Services - Pavilion (continued)

### Labs exclude orders without results (continued)

|  |  | mOsm/kg |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
| Total Bilirubin | 0.3 | 0.3 - 1.8 mg/dL | — | JAX HOSP LAB |
| Total Protein | 8.2 | 6.0 - 8.5 g/dL | — | JAX HOSP LAB |
| Albumin | 4.4 | 3.4 - 5.1 g/dL | — | JAX HOSP LAB |
| A/G Ratio | 1.20 | 1.00 - 2.20 | — | JAX HOSP LAB |
| Alkaline Phosphatase | 115 | 38 - 126 IU/L | — | JAX HOSP LAB |
| AST | 16 | 15 - 41 U/L | — | JAX HOSP LAB |
| ALT (SGPT) | 14 | 14 - 54 IU/L | — | JAX HOSP LAB |
| Comment: | | | | |
| Patients treated with Sulfasalazine may generate a false low result for ALT. | | | | |
| eGFR | 30 | >60 mL/min | L ⌄ | JAX HOSP LAB |
| Comment: | | | | |

\* Values are sex, and age dependent and units are mL/min/1.73m2.

In the following clinical settings an actual clearance measurement may be required: extremes of age or body size, severe malnutrition or obesity, diseases of skeletal muscle, paraplegia or quadriplegia, strict vegetarian diet, rapidly changing kidney function, or prior to dosing drugs with significant toxicity that are excreted by the kidney.

Decreased eGFR for >3 months to levels of 30-59 is classified by the National Kidney Foundation as chronic renal disease, Stage 3, and 15-29 as Stage 4, and <15 Kidney failure.

Reported eGFR is based on the CKD-EPI 2021 Equation.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 65 - JAX HOSP LAB | BAPTIST MEDICAL CENTER JACKSONVILLE LABORATORY | Dr. David Holloman | 800 Prudential Dr Jacksonville FL 32207-8202 | 07/25/22 1444 - Present |

### Indications

Chronic kidney disease, stage IV (severe) (CMS/HCC) [N18.4 (ICD-10-CM)]

### CBC and differential (Final result) [8137898124]

Status: **Completed**

Electronically signed by: Knight, Tobiah, MLA on 11/03/23 1353
Ordering user: Knight, Tobiah, MLA 11/03/23 1353
Ordering mode: Standard
Frequency: Routine 11/03/23 -
Quantity: 1
Instance released by: Knight, Tobiah, MLA 11/3/2023 1:53 PM
Diagnoses
Chronic kidney disease, stage IV (severe) (CMS/HCC) [N18.4]

Authorized by: Shapiro, Craig Joseph, MD

Class: Lab Collect
Lab status: Final result

#### Specimen Information

| ID | Type | Draw Type | Source | Collected By |
|---|---|---|---|---|
| 23J-307H0741 | Blood | Venipuncture | Blood, Venous | Knight, Tobiah, MLA 11/03/23 1401 |

### CBC and differential [8137898124] (Abnormal)

Resulted: 11/03/23 1420, Result status: Final result

Order status: Completed

Filed by: Lab, Background User 11/03/23 1420

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R                     Legal Sex: F

Visit date: 11/3/2023

## 11/03/2023 - Lab in Baptist Jacksonville - Lab Services - Pavilion (continued)

### Labs exclude orders without results (continued)

Collected by: Knight, Tobiah, MLA 11/03/23 1401

Resulting lab: BAPTIST MEDICAL CENTER JACKSONVILLE
LABORATORY

CLIA number: 10D0268748

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| White Blood Cell Count | 8.34 | 4.50 - 11.00 K/mcL | — | JAX HOSP LAB |
| Red Blood Cell Count | 3.73 | 3.50 - 5.50 mil/mcL | — | JAX HOSP LAB |
| Hemoglobin | 10.8 | 12.0 - 16.0 g/dL | L ⌄ | JAX HOSP LAB |
| Hematocrit | 33.8 | 36.0 - 46.0 % | L ⌄ | JAX HOSP LAB |
| MCV | 90.4 | 80.0 - 100.0 fL | — | JAX HOSP LAB |
| MCH | 28.9 | 25.0 - 35.0 pg | — | JAX HOSP LAB |
| MCHC | 32.0 | 30.0 - 37.0 g/dL | — | JAX HOSP LAB |
| RDW | 14.1 | 11.5 - 15.5 % | — | JAX HOSP LAB |
| Platelets | 391 | 150 - 450 K/mcL | — | JAX HOSP LAB |
| MPV | 7.6 | 7.0 - 11.0 fL | — | JAX HOSP LAB |
| Neutrophils - Absolute | 4.30 | 1.80 - 8.00 K/mcL | — | JAX HOSP LAB |

Comment:
A preliminary automated ANC (absolute neutrophil count) is reported. In the event that a manual differential is required based on laboratory/instrument protocols, the ANC will be recalculated. This new value will be found in the Manual ANC result field.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Order | INST | — | — | JAX HOSP LAB |
| Neutrophils % | 52 | 40 - 75 % | — | JAX HOSP LAB |
| Lymphocytes % | 37 | 15 - 45 % | — | JAX HOSP LAB |
| Monocytes % | 5 | 3 - 13 % | — | JAX HOSP LAB |
| Eosinophils % | 4 | 0 - 7 % | — | JAX HOSP LAB |
| Basophils % | 1 | <=2 % | — | JAX HOSP LAB |
| Lymphocytes - Absolute | 3.10 | 1.00 - 5.00 K/mcL | — | JAX HOSP LAB |
| Monocytes - Absolute | 0.50 | 0.20 - 0.90 K/mcL | — | JAX HOSP LAB |
| Eosinophils - Absolute | 0.40 | 0.00 - 0.45 K/mcL | — | JAX HOSP LAB |
| Basophils - Absolute | 0.10 | 0.00 - 0.10 K/mcL | — | JAX HOSP LAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 65 - JAX HOSP LAB | BAPTIST MEDICAL CENTER JACKSONVILLE LABORATORY | Dr. David Holloman | 800 Prudential Dr Jacksonville FL 32207-8202 | 07/25/22 1444 - Present |

Resulted: 11/03/23 1420. Result status: Preliminary result

### CBC and differential [8137898124] (Abnormal)

Order status: Completed
Collected by: Knight, Tobiah, MLA 11/03/23 1401

Filed by: Lab, Background User 11/03/23 1420
Resulting lab: BAPTIST MEDICAL CENTER JACKSONVILLE
LABORATORY

CLIA number: 10D0268748

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| White Blood Cell Count | 8.34 | 4.50 - 11.00 K/mcL | — | JAX HOSP LAB |
| Red Blood Cell Count | 3.73 | 3.50 - 5.50 mil/mcL | — | JAX HOSP LAB |
| Hemoglobin | 10.8 | 12.0 - 16.0 g/dL | L ⌄ | JAX HOSP LAB |
| Hematocrit | 33.8 | 36.0 - 46.0 % | L ⌄ | JAX HOSP LAB |

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 11/3/2023

## 11/03/2023 - Lab in Baptist Jacsonvilie - Lab Services - Pavilion (continued)

**Labs exclude orders without results (continued)**

| | | | | |
|---|---|---|---|---|
| MCV | 90.4 | 80.0 - 100.0 fL | — | JAX HOSP LAB |
| MCH | 28.9 | 25.0 - 35.0 pg. | — | JAX HOSP LAB |
| MCHC | 32.0 | 30.0 - 37.0 g/dL | — | JAX HOSP LAB |
| RDW | 14.1 | 11.5 - 15.5 % | — | JAX HOSP LAB |
| Platelets | 391 | 150 - 450 K/mcL | — | JAX HOSP LAB |
| MPV | 7.6 | 7.0 - 11.0 fL | — | JAX HOSP LAB |
| Neutrophils - Absolute | 4.30 | 1.80 - 8.00 K/mcL | — | JAX HOSP LAB |

Comment:
A preliminary automated ANC (absolute neutrophil count) is reported. In the event that a manual differential is required based on laboratory/instrument protocols, the ANC will be recalculated. This new value will be found in the Manual ANC result field.

| | | | | |
|---|---|---|---|---|
| Neutrophils % | 52 | 40 - 75 % | — | JAX HOSP LAB |
| Lymphocytes % | 37 | 15 - 45 % | — | JAX HOSP LAB |
| Monocytes % | 5 | 3 - 13 % | — | JAX HOSP LAB |
| Eosinophils % | 4 | 0 - 7 % | — | JAX HOSP LAB |
| Basophils % | 1 | <=2 % | — | JAX HOSP LAB |
| Lymphocytes - Absolute | 3.10 | 1.00 - 5.00 K/mcL | — | JAX HOSP LAB |
| Monocytes - Absolute | 0.50 | 0.20 - 0.90 K/mcL | — | JAX HOSP LAB |
| Eosinophils - Absolute | 0.40 | 0.00 - 0.45 K/mcL | — | JAX HOSP LAB |
| Basophils - Absolute | 0.10 | 0.00 - 0.10 K/mcL | — | JAX HOSP LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 65 - JAX HOSP LAB | BAPTIST MEDICAL CENTER JACKSONVILLE LABORATORY | Dr. David Holloman | 800 Prudential Dr Jacksonville FL 32207-8202 | 07/25/22 1444 - Present |

**Indications**

Chronic kidney disease, stage IV (severe) (CMS/HCC) [N18.4 (ICD-10-CM)]

## 09/21/2023 - Transthoracic Echocardiogram Compiete in Baptist Jacksonville - Cardiac Testing

**Visit Information**

**Provider Information**

**Referring Provider**

Braddock, Matthew Todd, DO

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Baptist Jacksonville - Cardiac Testing | 836 Prudential Drive, 17th Floor Ste 1700B Jacksonville FL 32207-8334 | 904-202-1682 | 904-726-5370 |

**Imaging exclude orders without results**

**Echocardiography**

**Transthoracic Echo (TTE) Complete (Final result) [8137898115]**

Status: **Completed**

Electronically signed by: **Braddock, Matthew Todd, DO on 07/03/23 1107**
This order may be acted on in another encounter.
Ordering user: Braddock, Matthew Todd, DO 07/03/23 1107
Authorized by: Braddock, Matthew Todd, DO
Frequency: Routine Once 09/21/23 0928 - 1 occurrence

Ordering provider: Braddock, Matthew Todd, DO
Ordering mode: Standard
Class: Ancillary Performed

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
█████████████ Legal Sex: F

Visit date: 1/3/2024

## 01/03/2024 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

### Visit Information (continued)

#### Follow-up and Dispositions

Follow up in about 6 months (around 7/3/2024) for Next scheduled follow-up.

#### Level of Service

##### Level of Service
**PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30 MIN**

### Note Tab Other Clinical Notes

#### Scanned Document Acknowledgement

##### Filed on 12/26/2024 0926

Outside Lab - Scan on 12/26/2024: 12/18/2024,Outside Lab (below)

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 1/3/2024

## 01/03/2024 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

**Note Tab Other Clinical Notes (continued)**

50164313

From: GFI FaxMaker    To: (904) 390-7454    Page: 2/4    Date: 12/23/2024 8:22.10 PM
TO: [(904) 390-7464, Matthew T. Braddock DO) ID: (14007.747401)

3040160406

**Quest** Diagnostics

Report Status: Final
GEORGE, RUBY R

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| GEORGE, RUBY R | Specimen: TZ311310U | Client #: 44025    40JC095 |
| DOB:    AGE: 81 | Requisition: 0113489 | SHAPIRO, CRAIG |
| Gender:   ?    Fasting: Y | Lab Ref #: 5Q1APSC2194548 | NEPHROLOGY ASSOCIATES OF |
| Phone: | Collected: 12/17/2024 / 11:34 EST | Attn: NORTHEAST FLORIDA |
| Patient ID: 26368 | Received: 12/18/2024 / 00:25 EST | 2 SHIRCLIFF WAY STE 700 |
| Health ID: | Reported: 12/18/2024 / 11:55 EST | JACKSONVILLE, FL 32204-4759 |

COMMENTS: NON-FASTING; NON-FASTING; NON-FASTING; NON-FASTING; NON-FAST
FASTING;YES

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| ALBUMIN, RANDOM URINE W/CREATININE | | | | |
| CREATININE, RANDOM URINE | 141 | | 20-275 mg/dL | TP |
| ALBUMIN, RANDOM URINE | | | | TP |
| W/CREATININE | | | | |
| ALBUMIN, URINE | 10.7 | | mg/dL | |
| | Reference Range | | | |
| | Not established | | | |
| ALBUMIN/CREATININE RATIO, | | | | |
| RANDOM URINE | | 66.9 | <33 mg/g creat | |

The ADA defines abnormalities in albumin
excretion as follows:

| Albuminuria Category | Result (mg/g creatinine) |
|---|---|
| Normal to Mildly increased | <30 |
| Moderately increased | 30-299 |
| Severely increased | > OR = 300 |

The ADA recommends that at least two of three
specimens collected within a 3-6 month period be
abnormal before considering a patient to be
within a diagnostic category.

COMPREHENSIVE METABOLIC
PANEL                                                                     TP

| GLUCOSE | | 133 H | 65-99 mg/dL | |

Fasting reference interval

For someone without known diabetes, a glucose
value >125 mg/dL indicates that they may have
diabetes and this should be confirmed with a
follow-up test.

| UREA NITROGEN (BUN) | | 27 H | 7-25 mg/dL | |
| CREATININE | | 1.89 H | 0.60-0.95 mg/dL | |
| EGFR | | 26 L | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | 14 | | 6-22 (calc) | |
| SODIUM | 133 | | 135-146 mmol/L | |
| POTASSIUM | 5.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 107 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 24 | | 20-32 mmol/L | |
| CALCIUM | 10.3 | | 8.6-10.4 mg/dL | |
| PROTEIN, TOTAL | 7.2 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.2 | | 3.6-5.1 g/dL | |
| GLOBULIN | 3.0 | | 1.6-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.2 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.3 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 134 | | 35-155 U/L | |
| AST | 14 | | 10-35 U/L | |
| ALT | 9 | | 6-29 U/L | |

CLIENT SERVICES: 866.697.8378         SPECIMEN: TZ311310U                      PAGE 1 OF 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
acksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 1/3/2024

## 01/03/2024 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

**Note Tab Other Clinical Notes (continued)**

50164313

From: GFI FaxMaker   To: (904) 390-7484   Page: 3/4   Date: 12/23/2024 8.22:10 PM
TO: [(904) 390-7464, Matthew T. Braddock DO] ID: [14007.747401]

3040160406

**Quest** Diagnostics

Report Status: Final
GEORGE, RUBY R

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| GEORGE, RUBY R | Specimen: TZ31110U | Client #: 46025 |
| DOB: | AGE: 81 | Collected: 12/17/2024 / 11:34 EST | SHAPIRO, CRAIG |
| Gender: F | Faxing: Y | Received: 12/18/2024 / 00:23 EST | |
| Patient ID: 53369 | | Reported: 12/18/2024 / 11:55 EST | |
| Health ID: | | | |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| PTH, INTACT AND CALCIUM | | | | TP |
| PTH, INTACT | | | | |
| PARATHYROID HORMONE, INTACT | | 223 H | 16-77 pg/mL | |
| Interpretive Guide | Intact PTH | Calcium | | |
| Normal Parathyroid | Normal | Normal | | |
| Hypoparathyroidism | Low or Low Normal | Low | | |
| Hyperparathyroidism | | | | |
| Primary | Normal or High | High | | |
| Secondary | High | Normal or Low | | |
| Tertiary | High | High | | |
| Non-Parathyroid | Low or Low Normal | High | | |
| Hypercalcemia | | | | |
| CALCIUM | 10.3 | | 8.6-10.4 mg/dL | TP |
| PHOSPHATE (AS PHOSPHORUS) | 3.6 | | 2.5-4.5 mg/dL | TP |
| CBC (INCLUDES DIFF/PLT) | | | | TP |
| WHITE BLOOD CELL COUNT | 10.0 | | 3.6-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | | 3.74 L | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | | 10.7 L | 11.7-15.5 g/dL | |
| HEMATOCRIT | | 35.9 L | 35.0-45.0 % | |
| MCV | 96.6 | | 80.0-100.0 fL | |
| MCH | 28.6 | | 27.0-33.0 pg | |
| MCHC | | 31.6 L | 32.0-36.0 g/dL | |
| | For adults, a slight decrease in the calculated MCHC value (in the range of 30 to 32 g/dL) is most likely not clinically significant; however, it should be interpreted with caution in correlation with other red cell parameters and the patient's clinical condition. | | | |
| RDW | 12.3 | | 11.0-15.0 % | |
| PLATELET COUNT | | 411 H | 140-400 Thousand/uL | |
| MPV | 9.5 | | 7.5-12.5 fL | |
| ABSOLUTE NEUTROPHILE | 4759 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | | 4308 H | 850-3910 cells/uL | |
| ABSOLUTE MONOCYTES | 557 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILE | | 689 H | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 86 | | 0-200 cells/uL | |
| NEUTROPHILS | 45.7 | | % | |
| LYMPHOCYTES | 41.6 | | % | |
| MONOCYTES | 5.3 | | % | |
| EOSINOPHILE | 6.6 | | % | |
| BASOPHILS | 5.8 | | % | |
| IRON AND TOTAL IRON BINDING CAPACITY | | | | TP |
| IRON, TOTAL | 45 | | 45-160 mcg/dL | |
| IRON BINDING CAPACITY | 267 | | 250-450 mcg/dL (calc) | |
| % SATURATION | 17 | | 16-45 % (calc) | |
| FERRITIN | 38 | | 16-288 ng/mL | TP |

CLIENT SERVICES: 866.609.6198        SPECIMEN: TZ31;1310U        PAGE 1 OF 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

This fax was sent with GFI FaxMaker fax server. For more information, visit http://www.gfi.com

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
acksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 1/3/2024

## 01/03/2024 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

Note Tab Other Clinical Notes (continued)

50164313

From: GFI FaxMaker    To: (904) 390-7464    Page: 4/4    Date: 12/23/2024 8:22:10 PM
TO: [(904) 390-7464, Matthew T. Braddock DO] ID: [14007.747401]

3040160406



CLIENT SERVICES: 866.697.8378          SPECIMEN: TZ311310U          PAGE 2 OF 2
Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Electronically signed by Interface, Scan In at 12/26/2024 9:26 AM

## Attribution Key

Attribution information is not available for this note.

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
Legal Sex: F

Visit date: 1/3/2024

## 01/03/2024 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

### Note Tab Other Clinical Notes (continued)

#### Filed on 12/26/2024 1321

Outside Endocrine - Scan on 12/26/2024: 12/26/2024.Outside Endocrine (below)

50164313

3040160406

From: GFI FaxMaker    To: (904) 390-7464    Page: 1/4    Date: 12/26/2024 11:12:18 AM
TO: [(904) 390-7464, Matthew T. Braddock DO]  ID: [10074.747569]



### Northeast Florida Endocrine & Diabetes

**Associates**
Telephone: 904-384-2240

915 W. Monroe Street, Suite 200, Jacksonville, FL
LaVilla Office: 32204
Memorial 3550 University Blvd. S., Suite 301, Jacksonville, FL
Office: 32216
1375 Roberts Dr., Suite 202, Bldg B, Jacksonville, FL
Beach Office: 32250
1635 Eagle Harbor Pkwy, Suite 5, Fleming Island, FL
Fleming Island: 32003

**Thursday, December 26, 2024**

Consultation for: Ruby R. George (DOB 04/25/1943)
Service date: 12/25/2024

To:    Craig J. Shapiro MD          Phone: (904) 389-5333
       Nephrology                   Fax: (904) 389-5332
       836 Prudential Drive Suite 904
       Jacksonville, FL 32207

From:  David R. Sutton Jr MD        Phone: (904) 384-2240
                                    Fax: (904) 486-2314

Date: 12/26/2024
Re: Ruby R. George

Thank you for your kind referral. Enclosed below are the findings from our visit with Ruby R. George. Please do not
hesitate to contact me should you have any questions or requests.

**History**

**Patient Words:**
Chief Complaint: Thyroid Nodule.
LABS UNDER SCANNED DOCUMENTS AND ARE FROM CRAIG SHAPIRO, MD

**Thyroid Nodule (Reason for Visit)**
The patient is a 81 year old female who presents with a thyroid nodule.
The last clinic visit was 7 month(s) ago. Past evaluation has included thyroid Doppler ultrasound (1.4cm nodule left
lobe), thyroid stimulating hormone and serum free T4. The patient is not currently on medication for this problem.
Note for "Thyroid nodule": Previous office notes, old records and diagnostic studies reviewed for comparative
purposes to track progress and plan of care. Condition stable on serial ultrasounds. THYROID ULTRASOUND TO BE
PERFORMED AT TODAYS VISIT (12-26-24)

**Hyperparathyroidism Primary**
Pertinent medical history includes chronic kidney disease and thyroid disease. The patient is not currently being
treated for this problem.

**Hypertension**
Current treatment includes angiotensin receptor blockers and calcium channel blockers.

Ruby R. George                     Patient #: 1829850                    DOB:
Thursday, December 26, 2024                                              Page 1 / 4

This fax was sent with GFI FaxMaker fax server. For more information, visit http://www.gfi.com

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
acksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 1/3/2024

## 01/03/2024 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

**Note Tab Other Clinical Notes (continued)**

50164313

From: GF: FaxMaker    To: (904) 390-7484    Page: 2/4    Date 12/26/2024 11:12:18 AM
TO: [(904) 390-7464, Matthew T. Braddock DO] ID: [10074.747565]

3040160406

### Laboratories

**TSH (THYROID STIMULATING HORMONE) (84443)** ^ Future Order
Diagnosis: Thyroid nodule (E04.1)

**CALCIUM, IONIZED (82330)** ^ Future Order
Diagnosis: Hyperparathyroidism (E21.3)

**METABOLIC PANEL, COMPREHENSIVE (80053)** Future Order
Diagnosis: Hyperparathyroidism (E21.3)

**INTACT PTH (83970)** ^ Future Order
Diagnosis: Hyperparathyroidism (E21.3)

**25 HYDROXY, VIT D (82306)** ^ Future Order
Diagnosis: Hyperparathyroidism (E21.3)

**HEMOGLOBIN GLYCLATED (HGB A1C) (83036)** Future Order
Diagnosis: Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin (E11.65)

**COMPREHENSIVE METABOLIC PANEL W/EGFR (REFL) (80053)** ^ Future Order
Diagnosis: Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin (E11.65)

**URINE MICROALB / CR RATIO** ^ (82043) Future Order
Diagnosis: Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin (E11.65)

### Assessment & Plan

**Thyroid nodule**
**Problem Story:** thyroid ultrasound- 5/2021- 1.4 cm left sided thyroid nodule
**Today's Impression:** , left sided thyroid nodule measuring 1.4 cm
does net currently meet criteria for biopsy/FNA
continue to watch periodically with repeat and serial thyroid ultrasound
, but at this point, No immediate therapy as needed
If any significant changes noted then will proceed with a fine needle aspiration
. Patient remains completely asymptomatic
serial observation. Check at next visit.

US 12/2024- slight increase of left sided nodule up to 2.1 cm-may be due to new technician/technique
repeat and six-month
Current Plans:
- DIAGNOSTIC ULTRASOUND OF HEAD AND NECK (76536) ; Routine ()
- COLOR FLOW DOPPLER (93882) ; Routine ()
- How to Access Health Information Online using Patient Portal and 3rd Party Apps
- Thyroid Nodule, Multinodular Goiter Patient Discussion
- Follow up in 6 months or as needed

Future Labs:
- TSH (THYROID STIMULATING HORMONE) (84443)^; Routine one time ()
Future Procedures:
- DIAGNOSTIC ULTRASOUND OF HEAD AND NECK (76536); Routine one time ()
- COLOR FLOW DOPPLER (93882); Routine one time ()

**Hyperparathyroidism**
**Problem Story:** PTH 234 with a normal calcium of 10.0
stage IIIb chronic kidney disease with a GFR 37->33->30 (Dr. Shapiro)-> 26
On calotriol 0.25mcg TID prescribed by Dr. Braddock (PCP)
Consider sensipar in the future.
No kidney stones, no fractures
**Today's Impression:** primary versus secondary
PTH: 234-> 208> 250 with a normal calcium of 10.0-> 10.1 -> 10.3 (corrected)-> 10.3( Alb 4.2)
Vitamin D 1/25 (OH)2 Total 45 (normal)

| Ruby R. George | Patient #: 1829850 | DOB | (81 years) |
|---|---|---|---|
| Thursday, December 26, 2024 | | | Page 2 / 4 |

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 1/3/2024

## 01/03/2024 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

### Note Tab Other Clinical Notes (continued)

50164313

From: GFI FaxMaker    To: (904) 390-7464    Page 3/4    Date: 12/28/2024 11:12:18 AM
TO: [(904) 390-7464, Matthew T. Braddock DO] ID: [10074.747569]

3040160406

25 Vit D: 28
Ionized calcium 5.7 > 5.1
24-hour urine calcium- 3, Low
ACE: 30

likely secondary hyperparathyroidism, due to chronic kidney disease
Remains Normal
. Consider Sensipar - if Calcium Rises
Current Plans:
- Hyperparathyroid: Discussed treatment options

Future Labs:
- CALCIUM, IONIZED (82330)^; Routine one time ()
- METABOLIC PANEL, COMPREHENSIVE (80053); Routine one time ()
- INTACT PTH (83970)^; Routine one time ()
- 25 HYDROXY, VIT D (82306)^; Routine one time ()

Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin
Current Plans:

Future Labs:
- HEMOGLOBIN GLYCATED (HGB A1C) (83036); Routine one time ()
- COMPREHENSIVE METABOLIC PANEL W/EGFR (REFL) (80053)^; Routine one time ()
- URINE MICROALB / CR RATIO^ (82043); Routine one time ()

**Stage 3a chronic kidney disease**
**Problem Story:** GFR 35
Dr. Shapiro
**Today's Impression:** History of secondary hyperparathyroidism likely due to chronic kidney disease
normal calcium
Ionized calcium mildly elevated previously at 5.7 but now normal 5.1
consider Sensipar in the future
Current Plans:

**Mixed hyperlipidemia**
**Problem Story:** Atorvastatin
Current Plans:

**Essential hypertension**
**Problem Story:** Losartan 50mg, Amlodipine 5mg
Current Plans:

**BMI 36.0-36.9,adult**
**Today's Impression:** Patient counseled on the critical importance of dietary compliance, carbohydrate limits,
weight management, exercise
Current Plans:

**CGM/DEXCOM - PT OWNED**
Current Plans:
- INTERPRETATION OF CONTINUOUS GLUCOSE MONITORING IN OUTPATIENT WITH DIABETES MELLITUS
  (95251) ; Routine ()

Future Procedures:
- INTERPRETATION OF CONTINUOUS GLUCOSE MONITORING IN OUTPATIENT WITH DIABETES MELLITUS
  (95251); Routine one time ()

| | | |
|---|---|---|
| Ruby R. George | Patient #: 1829850 | DOB: [ ] (81 years) |
| Thursday, December 26, 2024 | | Page 3 / 1 |

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
'acksonville FL 32207-5663

George, Ruby R
_____ Legal Sex: F

Visit date: 1/3/2024

## 01/03/2024 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

**Note Tab Other Clinical Notes (continued)**

50164313

From: GFI FaxMaker   To: (904) 390-7494   Page: 4/4   Date: 12/26/2024 11:12.18 AM
TO: [(904) 390-7464, Matthew T. Braddock DO]  ID: [10074.747569]

3040160406

David R. Sutton Jr MD

Ruby R. George                Patient #: 1829850           DOB  [  ] (81 years)
Thursday, December 26, 2024                                        Page 4 / 4
          This fax was sent with GFI FaxMaker fax server. For more information, visit. http://www.gfi.com

Electronically signed by Interface, Scan In at 12/26/2024 1:21 PM

**Attribution Key**

Attribution information is not available for this note.

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
'acksonville FL 32207-5663

George, Ruby R
Legal Sex: F
Visit date: 1/3/2024

### 01/03/2024 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

Note Tab Other Clinical Notes (continued)

Other Clinical Notes Abstract

**Progress Notes**

**Braddock, Matthew Todd, DO at 1/3/2024 1100**

**Answers submitted by the patient for this visit:**
High Blood Pressure Questionnaire (Submitted on 1/3/2024)
**Chief Complaint: Hypertension**
Chronicity: recurrent
Onset: more than 1 year ago
Progression since onset: unchanged
Condition status: controlled
anxiety: No
blurred vision: No
chest pain: No
headaches: No
malaise/fatigue: Yes
neck pain: No
orthopnea: No
palpitations: No
peripheral edema: Yes
PND: No
shortness of breath: No
sweats: No
Agents associated with hypertension: no associated agents
CAD risks: diabetes mellitus, obesity
Compliance problems: no compliance problems[WR.1T]

**Reason for visit**

follow-up on chronic conditions and acute issues

**HPI:**[MB.1T]
The patient presents for follow-up.

She is requesting to go over her medicines.

She is not taking amitriptyline for the nerve pain. She also takes atorvastatin for cholesterol, baclofen, chlorthalidone, duloxetine, losartan, amlodipine, and quetiapine for sleep.

She cannot take gabapentin because it makes her too shaky.

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
'acksonville FL 32207-5663

George, Ruby R                                           Legal Sex: F
Visit date: 1/3/2024

## 01/03/2024 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

**Other Clinical Notes Abstract (continued)**

She is taking losartan, amlodipine, and chlorthalidone for her blood pressure. She checks her blood pressure at home, and it is normal.

She needs refills on her medications.

She has not had any blood work.

Both of her knees are sore. She is refusing to have knee surgery.

She received her influenza vaccine today. She is up to date on her pneumonia vaccines. Her first shingles shot was in 2020 and she is due for her second one.

The patient has retired.[JA.1C]

**Ros: Constitutional symptoms: No**
**Cardiovascular symptoms: No**
**Respiratory symptoms: No**
**Gastrointestinal symptoms: No**
**Genitourinary symptoms: No**
**Integumentary symptoms: No**[MB.1T]

**Visit Vitals**

| | |
|---|---|
| BP | 130/75 (BP Location: Right arm, Patient Position: Sitting) |
| Pulse | 102 |
| Temp | 36.9 °C (98.5 °F) (Oral) |
| Resp | 16[MB.2T] |

**PE: General: NAD**
**Eyes PERRL, conjunctive a noninjected, no discharge**
**Ears: Normal ear canals normal TMs**
**Sinus no frontal or maxillary sinus tenderness, no sinus swelling**
**Nose: No discharge, mucous mucosa erythematous, turbinates NONboggy**
**Oropharynx: Mucosa erythematous, no exudates, speaking in normal worst voice, no posterior pharyngeal swelling, normal uvula**
**Neck: No neck swelling, no LAD.**
**Lungs: Normal effort, symmetrical chest wall motion, good air exchange, no retractions, CTA bilaterally.**
**Cardio: RRR with no gallops rubs or murmur**

Printed on 7/29/25 at 3:13 PM                    Release ID: 177819377

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
Legal Sex: F

Visit date: 1/3/2024

## 01/03/2024 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

**Other Clinical Notes Abstract (continued)**

**Abdomen: Positive BS, soft NT/ND, no hepatosplenomegaly**
**Skin: Normal turgor, no lesions**
**Extremity: No clubbing cyanosis or edema**
**Neuro: Grossly Intact**
**Psych: Normal mood, ANO x3[MB.1T]**

Procedures[MB.1M]

No visits with results within 1 Month(s) from this visit.
Latest known visit with results is:

### Lab on 11/03/2023

| Component | Date | Value | Ref Range | Status |
|---|---|---|---|---|
| • Microalb, Ur | 11/03/2023 | 32.6 (H) | 0.0 - 20.0 mg/dL | Final |
| • Creatinine, Ur | 11/03/2023 | 98 | mg/dL | Final |
| • Microalb/Creat Ratio | 11/03/2023 | 334 (H) | 0 - 17 mg/g Cr | Final |
| • Phosphorus | 11/03/2023 | 3.4 | 2.5 - 4.5 mg/dl | Final |
| • Sodium | 11/03/2023 | 140 | 135 - 145 mEq/L | Final |
| • Potassium | 11/03/2023 | 4.5 | 3.5 - 5.1 mEq/L | Final |
| • Chloride | 11/03/2023 | 106 | 98 - 110 mEq/L | Final |
| • CO2 | 11/03/2023 | 21 (L) | 22 - 32 mEq/L | Final |
| • Glucose | 11/03/2023 | 129 (H) | 74 - 109 mg/dL | Final |
| • Calcium | 11/03/2023 | 10.0 | 8.5 - 10.5 mg/dL | Final |
| • BUN | 11/03/2023 | 36 (H) | 7 - 23 mg/dL | Final |
| • Creatinine | 11/03/2023 | 1.7 (H) | 0.7 - 1.5 mg/dL | Final |
| • Anion Gap | 11/03/2023 | 13.0 | 8 - 16 mEq/L | Final |
| • Osmolality Calculated | 11/03/2023 | 289 | 280 - 300 mOsm/kg | Final |
| • Total Bilirubin | 11/03/2023 | 0.3 | 0.3 - 1.8 mg/dL | Final |
| • Total Protein | 11/03/2023 | 8.2 | 6.0 - 8.5 g/dL | Final |
| • Albumin | 11/03/2023 | 4.4 | 3.4 - 5.1 g/dL | Final |
| • A/G Ratio | 11/03/2023 | 1.20 | 1.00 - 2.20 | Final |
| • Alkaline Phosphatase | 11/03/2023 | 115 | 38 - 126 IU/L | Final |
| • AST | 11/03/2023 | 16 | 15 - 41 U/L | Final |
| • ALT (SGPT) | 11/03/2023 | 14 | 14 - 54 IU/L | Final |
| • eGFR | 11/03/2023 | 30 (L) | >60 mL/min | Final |
| • White Blood Cell Count | 11/03/2023 | 8.34 | 4.50 - 11.00 K/mcL | Final |
| • Red Blood Cell Count | 11/03/2023 | 3.73 | 3.50 - 5.50 mil/mcL | Final |
| • Hemoglobin | 11/03/2023 | 10.8 (L) | 12.0 - 16.0 g/dL | Final |
| • Hematocrit | 11/03/2023 | 33.8 (L) | 36.0 - 46.0 % | Final |
| • MCV | 11/03/2023 | 90.4 | 80.0 - 100.0 fL | Final |
| • MCH | 11/03/2023 | 28.9 | 25.0 - 35.0 pg | Final |
| • MCHC | 11/03/2023 | 32.0 | 30.0 - 37.0 g/dL | Final |
| • RDW | 11/03/2023 | 14.1 | 11.5 - 15.5 % | Final |
| • Platelets | 11/03/2023 | 391 | 150 - 450 K/mcL | Final |
| • MPV | 11/03/2023 | 7.6 | 7.0 - 11.0 fL | Final |

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
acksonville FL 32207-5663

George, Ruby R
_____ Legal Sex: F
Visit date: 1/3/2024

## 01/03/2024 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

**Other Clinical Notes Abstract (continued)**

| | | | | |
|---|---|---|---|---|
| • Neutrophils - Absolute | 11/03/2023 | 4.30 | 1.80 - 8.00 K/mcL | Final |
| • Order | 11/03/2023 | INST | | Final |
| • Neutrophils % | 11/03/2023 | 52 | 40 - 75 % | Final |
| • Lymphocytes % | 11/03/2023 | 37 | 15 - 45 % | Final |
| • Monocytes % | 11/03/2023 | 5 | 3 - 13 % | Final |
| • Eosinophils % | 11/03/2023 | 4 | 0 - 7 % | Final |
| • Basophils % | 11/03/2023 | 1 | <=2 % | Final |
| • Lymphocytes - Absolute | 11/03/2023 | 3.10 | 1.00 - 5.00 K/mcL | Final |
| • Monocytes - Absolute | 11/03/2023 | 0.50 | 0.20 - 0.90 K/mcL | Final |
| • Eosinophils - Absolute | 11/03/2023 | 0.40 | 0.00 - 0.45 K/mcL | Final |
| • Basophils - Absolute | 11/03/2023 | 0.10 | 0.00 - 0.10 K/mcL | Final |

Ruby was seen today for 6 mnth f/u.
Diagnoses and all orders for this visit:
### Obesity, morbid (CMS/HCC) (Primary)
- PSA, total and free; Future
- CBC and differential; Future
- Comprehensive metabolic panel; Future
- Lipid panel; Future
- Hemoglobin A1c; Future
- Hepatitis C antibody; Future
- HIV-1 RNA, Quantitative, Real-Time PCR; Future
- Microalbumin/Creatinine Ratio, Random Urine; Future
### Encounter for immunization
- Flu vaccine High Dose Quadrivalent (Fluzone)
- PSA, total and free; Future
- CBC and differential; Future
- Comprehensive metabolic panel; Future
- Lipid panel; Future
- Hemoglobin A1c; Future
- Hepatitis C antibody; Future
- HIV-1 RNA, Quantitative, Real-Time PCR; Future
- Microalbumin/Creatinine Ratio, Random Urine; Future
### Polyneuropathy associated with critical illness (CMS/HCC)
- losartan (Cozaar) 50 mg tablet; Take 1 tablet (50 mg) by mouth once daily.
- PSA, total and free; Future
- CBC and differential; Future
- Comprehensive metabolic panel; Future
- Lipid panel; Future
- Hemoglobin A1c; Future
- Hepatitis C antibody; Future
- HIV-1 RNA, Quantitative, Real-Time PCR; Future

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
Legal Sex: F
Visit date: 1/3/2024

## 01/03/2024 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

**Other Clinical Notes Abstract (continued)**

- Microalbumin/Creatinine Ratio, Random Urine; Future

**MDD (major depressive disorder), severe (CMS/HCC)**
- DULoxetine (Cymbalta) 30 mg DR capsule; Take 1 capsule (30 mg) by mouth once daily.
- losartan (Cozaar) 50 mg tablet; Take 1 tablet (50 mg) by mouth once daily.
- QUEtiapine (SEROquel) 25 mg tablet; TAKE ONE TABLET BY MOUTH ONE TIME DAILY AT BEDTIME. MAY
INCREASE TO TAKE TWO TABLETS BY MOUTH ONE TIME DAILY AT BEDTIME TO REACH DESIRED EFFECT.
- PSA, total and free; Future
- CBC and differential; Future
- Comprehensive metabolic panel; Future
- Lipid panel; Future
- Hemoglobin A1c; Future
- Hepatitis C antibody; Future
- HIV-1 RNA, Quantitative, Real-Time PCR; Future
- Microalbumin/Creatinine Ratio, Random Urine; Future

**Diabetic autonomic neuropathy associated with type 2 diabetes mellitus (CMS/HCC)**
- chlorthalidone (Hygroton) 25 mg tablet; Take 1 tablet (25 mg) by mouth once daily.
- PSA, total and free; Future
- CBC and differential; Future
- Comprehensive metabolic panel; Future
- Lipid panel; Future
- Hemoglobin A1c; Future
- Hepatitis C antibody; Future
- HIV-1 RNA, Quantitative, Real-Time PCR; Future
- Microalbumin/Creatinine Ratio, Random Urine; Future

**Type 2 DM with CKD stage 4 and hypertension (CMS/HCC)**
- losartan (Cozaar) 50 mg tablet; Take 1 tablet (50 mg) by mouth once daily.
- PSA, total and free; Future
- CBC and differential; Future
- Comprehensive metabolic panel; Future
- Lipid panel; Future
- Hemoglobin A1c; Future
- Hepatitis C antibody; Future
- HIV-1 RNA, Quantitative, Real-Time PCR; Future
- Microalbumin/Creatinine Ratio, Random Urine; Future

**Disorder of basilar artery (CMS/HCC)**
- PSA, total and free; Future
- CBC and differential; Future
- Comprehensive metabolic panel; Future
- Lipid panel; Future
- Hemoglobin A1c; Future
- Hepatitis C antibody; Future
- HIV-1 RNA, Quantitative, Real-Time PCR; Future
- Microalbumin/Creatinine Ratio, Random Urine; Future

**Acute respiratory failure with hypoxia (CMS/HCC)**

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
ɑcksonville FL 32207-5663

George, Ruby R
_____ Legal Sex: F
Visit date: 1/3/2024

## 01/03/2024 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

**Other Clinical Notes Abstract (continued)**

- PSA, total and free; Future
- CBC and differential; Future
- Comprehensive metabolic panel; Future
- Lipid panel; Future
- Hemoglobin A1c; Future
- Hepatitis C antibody; Future
- HIV-1 RNA, Quantitative, Real-Time PCR; Future
- Microalbumin/Creatinine Ratio, Random Urine; Future

**Hypertension, unspecified type**
- amLODIPine (Norvasc) 5 mg tablet; Take 1 tablet (5 mg) by mouth once daily. as directed
- losartan (Cozaar) 50 mg tablet; Take 1 tablet (50 mg) by mouth once daily.
- PSA, total and free; Future
- CBC and differential; Future
- Comprehensive metabolic panel; Future
- Lipid panel; Future
- Hemoglobin A1c; Future
- Hepatitis C antibody; Future
- HIV-1 RNA, Quantitative, Real-Time PCR; Future
- Microalbumin/Creatinine Ratio, Random Urine; Future

**Hyperlipidemia, unspecified hyperlipidemia type**
- atorvastatin (Lipitor) 40 mg tablet; 1 po qd
- losartan (Cozaar) 50 mg tablet; Take 1 tablet (50 mg) by mouth once daily.
- PSA, total and free; Future
- CBC and differential; Future
- Comprehensive metabolic panel; Future
- Lipid panel; Future
- Hemoglobin A1c; Future
- Hepatitis C antibody; Future
- HIV-1 RNA, Quantitative, Real-Time PCR; Future
- Microalbumin/Creatinine Ratio, Random Urine; Future

**Neurogenic claudication due to lumbar spinal stenosis**
- losartan (Cozaar) 50 mg tablet; Take 1 tablet (50 mg) by mouth once daily.
- PSA, total and free; Future
- CBC and differential; Future
- Comprehensive metabolic panel; Future
- Lipid panel; Future
- Hemoglobin A1c; Future
- Hepatitis C antibody; Future
- HIV-1 RNA, Quantitative, Real-Time PCR; Future
- Microalbumin/Creatinine Ratio, Random Urine; Future

**Vitamin D deficiency**
- losartan (Cozaar) 50 mg tablet; Take 1 tablet (50 mg) by mouth once daily.
- PSA, total and free; Future
- CBC and differential; Future

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
'acksonville FL 32207-5663

George, Ruby R                    4/25/1943, Legal Sex: F

Visit date: 1/3/2024

### 01/03/2024 - Office Visit in Baptist Primary Care - Lane Avenue (continued)

**Other Clinical Notes Abstract (continued)**

- Comprehensive metabolic panel; Future
- Lipid panel; Future
- Hemoglobin A1c; Future
- Hepatitis C antibody; Future
- HIV-1 RNA, Quantitative, Real-Time PCR; Future
- Microalbumin/Creatinine Ratio, Random Urine; Future

**Prediabetes**

- losartan (Cozaar) 50 mg tablet; Take 1 tablet (50 mg) by mouth once daily.
- PSA, total and free; Future
- CBC and differential; Future
- Comprehensive metabolic panel; Future
- Lipid panel; Future
- Hemoglobin A1c; Future
- Hepatitis C antibody; Future
- HIV-1 RNA, Quantitative, Real-Time PCR; Future
- Microalbumin/Creatinine Ratio, Random Urine; Future

**Other orders**

- baclofen (Lioresal) 10 mg tablet; Take 1 tablet (10 mg) by mouth 2 (two) times a day.[MB.2T]

**A/P:**[MB.1T]

Hypertension:
On recheck, it is well-controlled.

Hyperlipidemia:
She will continue statin. Follow up after blood work is done.

Nerve pain:
She will continue to take amitriptyline for nerve pain in the feet from failed back syndrome.

Diabetes:
She is due for labs. Her last A1c was at goal. We will get microalbumin and A1c. She will continue current diabetic control for this. She will follow up after we get labs to reassess response.

CKD stage 3b:
This is stable. Medications renally dosed. No NSAIDs.

Follow-up
The patient will follow up in 6 months with lab prior.

Documented by DAX: Joan Anderson[JA.1C]

**Department Name**
Baptist Jacksonville - Lab Services - Pavilion

**Address**
800 Prudential Drive
Jacksonville FL 32207-8202

904-202-3104

Note Tab Other Clinical Notes

**Scanned Document Acknowledgement**

**Filed on 11/3/2023 1559**

Outside Lab - Scan on 11/3/2023  3:59 PM: LAB REQ (below)

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
acksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 1/3/2024

**01/03/2024 - Office Visit in Baptist Primary Care - Lane Avenue (continued)**

**Other Clinical Notes Abstract (continued)**

**Follow up in about 6 months (around 7/3/2024) for Next scheduled follow-up.**[MB.2T]

Electronically signed by Braddock, Matthew Todd, DO at 1/3/2024  6:28 PM

**Attribution Key**

JA.1 - Anderson, Joan on 1/3/2024  2:35 PM
MB.1 - Braddock, Matthew Todd, DO on 1/3/2024 12:13 PM
MB.2 - Braddock, Matthew Todd, DO on 1/3/2024 12:15 PM
WR.1 - Riddles, Walter, MA on 1/3/2024 11:41 AM
C - Copied, M - Manual, T - Template

**11/03/2023 - Lab in Baptist Jacksonville - Lab Services - Pavilion**

**Visit Information**

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
acksonville FL 32207-5663

George, Ruby R
Legal Sex: F

Visit date: 2/7/2024

## 02/07/2024 - Lab in Baptist Jacksonville - Lab Services - Pavilion (continued)

Note Tab Other Clinical Notes (continued)

George, Ruby R
Prefers: Ruby
DOB: 4/25/1940 (83 yrs)
MRN: 50164313   CSN: 3046808427

**LabCorp**

**Order Form for Baptist**
Pavilion Dtn
904.202.3105 ☎ 904.202.1410

Neph Assoc - Downtown
📍 836 PRUDENTIAL DRIVE, PAVILION BLDG SUITE 1502
JACKSONVILLE, FL, 32207-8300
☎ 904-396-1111   📠 904-387-2928

**RT**

Req/Ctrl# (OD-): 2179268
Craig J. Shapiro, M.D.
NPI: 1700824521
Nephrology

George, Ruby R, Female,          ID: 93359
☎           📍 7034 Luke Street, Jacksonville, FL, US 32210

Today: 11/03/2023  01:36 PM
Order Date: 11/03/2023  01:09 PM

Primary Insurance Name: BLUE CROSS BLUE SHIELD OF FL
Insurance Address: P O BOX 1798 CLAIMS DEPARTMENT, JACKSONVILLE , FL, 32231
Subscriber Number:
Insured Name: George, Ruby R
Address: 7034 Luke Street, Jacksonville, FL, US 32210

*(handwritten)* 1 Gold   2/7/24
1UT  1 Lav   1523  Aw

| Priority | Lab | Fast | Assessment(s) | Instructions |
|---|---|---|---|---|
| Routine | Iron and Total Iron Binding Capacity W/% SAT | No | - N18.4, Chronic kidney disease, stage 4 (severe)<br>- D63.1, Anemia in chronic kidney disease | |
| Routine | FERRITIN | No | - N18.4, Chronic kidney disease, stage 4 (severe)<br>- D63.1, Anemia in chronic kidney disease | |
| Routine | CBC With DIFF | No | - N18.4, Chronic kidney disease, stage 4 (severe) | |
| Routine | VITAMIN D, 25-HYDROXY,LC/MS/MS | No | - N18.4, Chronic kidney disease, stage 4 (severe)<br>- N25.81, Secondary hyperparathyroidism of renal origin<br>- E83.52, Hypercalcemia | |
| Routine | PHOSPHATE AND CALCIUM | No | - N18.4, Chronic kidney disease, stage 4 (severe)<br>- E83.52, Hypercalcemia | |
| Routine | RENAL FUNCTION PANEL | No | - N18.4, Chronic kidney disease, stage 4 (severe) | |
| Routine | Urine Microalbumin/Creatinine-Random | No | - N18.4, Chronic kidney disease, stage 4 (severe)<br>- D63.1, Anemia in chronic kidney disease | |

*(signature)* Craig Shapiro

Electronically Signed By: Craig J. Shapiro, M.D.

Signature of Patient/Guardian

Order generated by eClinicalWorks (www.eclinicalworks.com)

George, Ruby R, Unknown,

**Attribution Key**

Attribution information is not available for this note.

Filed on 2/7/2024 1557

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 2/7/2024

## 02/07/2024 - Lab in Baptist Jacksonville - Lab Services - Pavilion (continued)

### Note Tab Other Clinical Notes (continued)

Outside Lab - Scan on 2/7/2024  3:57 PM: LAB REQ (below)

George, Ruby R
Prefix: Ruby
DOB: 4/25/1943 (80 yr)
MRN: 52154313   CSN: 3043803427

**LabCorp**

**RF**

**Order Form for Baptist**

Pavilion Dtn

☎ 904-202-3105  🖶 904-202-1410

Neph Assoc - Downtown
📍 836 PRUDENTIAL DRIVE, PAVILION BLDG SUITE 1502
   JACKSONVILLE, FL, 32207-8300
☎ 904-396-1111  🖶 904-387-2928

Req/Ctrl# (CD-): 2179265
Craig J. Shapiro, M.D.
NPI: 1700824521
Nephrology

George, Ruby R, Female,
☎          📍 7034 Luke Street, Jacksonville, FL, US 32210

ID: 93380

Today: 11/03/2023 01:36 PM
Order Date: 11/03/2023  01:09 PM

Primary Insurance Name: BLUE CROSS BLUE SHIELD OF FL
Insurance Address: P O BOX 1798 CLAIMS DEPARTMENT , JACKSONVILLE , FL, 32231
Subscriber Number:
Insured Name: George, Ruby R
Address: 7034 Luke Street, Jacksonville, FL, US 32210

1 Serum   2|7|24
1 Plasma   1523
Aw

| Priority | Lab | Fast | Assessment(s) | Instructions |
|---|---|---|---|---|
| Routine | Iron and Total Iron Binding Capacity W/% Sat | No | -N18.4, Chronic kidney disease, stage 4 (severe)<br>- D63.1, Anemia in chronic kidney disease | |
| Routine | FERRITIN | No | -N18.4, Chronic kidney disease, stage 4 (severe)<br>- D63.1, Anemia in chronic kidney disease | |
| Routine | CBC WITH DIFF | No | -N18.4, Chronic kidney disease, stage 4 (severe) | |
| Routine | VITAMIN D, 25 HYDROXY LC/MS/MS | No | -N18.4, Chronic kidney disease, stage 4 (severe)<br>-N25.81, Secondary hyperparathyroidism of renal origin<br>- E83.52, Hypercalcemia | |
| Routine | PTH, INTACT AND CALCIUM | No | -N18.4, Chronic kidney disease, stage 4 (severe)<br>- E83.52, Hypercalcemia | |
| Routine | RENAL FUNCTION PANEL | No | -N18.4, Chronic kidney disease, stage 4 (severe) | |
| Routine | Urine Microalbumin/Creatinine Ratio | No | -N18.4, Chronic kidney disease, stage 4 (severe)<br>- D63.1, Anemia in chronic kidney disease | |

Electronically Signed By: Craig J. Shapiro, M.D.

Signature of Patient/Guardian

Order generated by eClinicalWorks (www.eclinicalworks.com)

George, Ruby R, Unknown,

### Attribution Key

Attribution information is not available for this note.

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
Legal Sex: F

Visit date: 2/7/2024

## 02/07/2024 - Lab in Baptist Jacksonviile - Lab Services - Pavilion (continued)

### Note Tab Other Clinical Notes (continued)

**Labs exclude orders without results**

#### Venipuncture only (Final result) [8137898144]

Status: **Completed**

Electronically signed by: **Clements, Jenna, MLA on 02/07/24 1527**
Ordering user: Clements, Jenna, MLA 02/07/24 1527
Ordering mode: Standard
Frequency: Routine 02/07/24 -
Quantity: 1
Instance released by: Clements, Jenna, MLA 2/7/2024 3:27 PM
Diagnoses
Chronic kidney disease, stage IV (severe) (CMS/HCC) [N18.4]
Anemia in CKD (chronic kidney disease) [N18.9, D63.1]
Secondary hyperparathyroidism of renal origin [N25.81]
Hypercalcemia [E83.52]
Order comments: 2/7/2024 at 3:25 PM    Jenna Clements, MLA Lab: LABCORP  Test(s) collected and sent:  IRON, FERRITIN, CBC, VIT
D 25, PTH, CALCIUM, RENAL, URINE MICRO/CREATININE   Additional Comments:

Authorized by: Shapiro, Craig Joseph, MD

Class: Lab Collect
Lab status: Final result

##### Specimen Information

| ID | Type | Draw Type | Source | Collected By |
|---|---|---|---|---|
| 24J-038C1741 | Blood | Venipuncture | Blood, Venous | Clements, Jenna, MLA 02/07/24 1527 |

#### Venipuncture only [8137898144]

Resulted: 02/07/24 1901, Result status: Final result

Order status: Completed
Collected by: Clements, Jenna, MLA 02/07/24 1527

Filed by: Lab, Background User 02/07/24 1901
Resulting lab: BAPTIST MEDICAL CENTER JACKSONVILLE
LABORATORY

CLIA number. 10D0268748

##### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 65 - JAX HOSP LAB | BAPTIST MEDICAL CENTER JACKSONVILLE LABORATORY | Dr. David Holloman | 800 Prudential Dr Jacksonville FL 32207-8202 | 07/25/22 1444 - Present |

##### Indications

Chronic kidney disease, stage IV (severe) (CMS/HCC) [N18.4 (ICD-10-CM)]
Anemia in CKD (chronic kidney disease) [N18.9, D63.1 (ICD-10-CM)]
Secondary hyperparathyroidism of renal origin [N25.81 (ICD-10-CM)]
Hypercalcemia [E83.52 (ICD-10-CM)]

## 01/03/2024 - Office Visit in Baptist Primary Care - Lane Avenue

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Braddock, Matthew Todd, DO | Braddock, Matthew Todd, DO |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Baptist Primary Care - Lane Avenue | 810 Lane Avenue South Jacksonville FL 32205-4785 | 904-783-9680 | 904-390-7464 |

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 1/30/2025

**01/30/2025 - Clinical Documentation Only in Baptist Primary Care - Lane Avenue (continued)**

**Note Tab Other Clinical Notes (continued)**

50164313

3066723676

From: GFI FaxMaker    To: (904) 360-7464    Page: 1/8    Date: 7/8/2025 12:47:13 PM
To: ((904) 390-7464, Matthew T. Braddock DO) ID: [10074.786880]



**Northeast Florida Endocrine & Diabetes**

**Associates**
Telephone: 904-384-2240

915 W. Monroe Street, Suite 200, Jacksonville, FL
LaVilla Office: 32204
Memorial 3550 University Blvd. S., Suite 301, Jacksonville, FL
Office: 32216
1375 Roberts Dr., Suite 202, Bldg B, Jacksonville, FL
Beach Office: 32250
1635 Eagle Harbor Pkwy, Suite 5, Fleming Island, FL
Fleming Island: 32003

**Tuesday, July 8, 2025**

**Consultation for:** Ruby R. George (DOB
Service date: 07/08/2025

To:  Craig J. Shapiro MD          Phone: (904) 398-1111
     Nephrology                    Fax: (904) 387-2928
     836 Prudential Drive Suite 804
     Jacksonville, FL 32207

From:  David R. Sutton Jr MD       Phone: (904) 384-2240
                                    Fax: (904) 486-2314

**Date:** 07/08/2025
**Re:** Ruby R. George

Thank you for your kind referral. Enclosed below are the findings from our visit with Ruby R. George. Please do not
hesitate to contact me should you have any questions or requests.

**History**

**Patient Words:**
Chief Complaint: Thyroid Nodule
Labs are included in the body of report

The patient requested and agreed to a phone/facetime video virtual visit

Ruby R. George                   Patient #: 1829850          DOB          (92 years)
Tuesday, July 8, 2025                                                     Page 1 / 8

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 1/30/2025

**01/30/2025 - Clinical Documentation Only in Baptist Primary Care - Lane Avenue (continued)**

Note Tab Other Clinical Notes (continued)

50164313

3066723676

From: GFI FaxMaker    To: (904) 390-7484    Page: 2/8    Date: 7/8/2025 12.47.13 PM
TO: [(904) 390-7484, Matthew T. Braddock DO] ID: [10074.788550]

**Thyroid Nodule (Reason for Visit)**
The patient is a 82 year old female who presents with a thyroid nodule.
The last clinic visit was 6 month(s) ago. Past evaluation has included thyroid Doppler ultrasound (7/2/25), thyroid stimulating hormone and serum free T4. The patient is not currently on medication for this problem. Note for "Thyroid nodule": Previous office notes, old records and diagnostic studies reviewed for comparative purposes to track progress and plan of care. Condition stable on serial ultrasounds. Reviewed laboratory results with the patient as well as the ultrasound

**Hyperparathyroidism Primary**
Pertinent medical history includes chronic kidney disease and thyroid disease. The patient is not currently being treated for this problem. Note for "Primary hyperparathyroidism": Likely secondary hyperparathyroidism, due to chronic kidney disease

**Hypertension**
Current treatment includes angiotensin receptor blockers and calcium channel blockers.

**Diabetes - Follow-up**
The following lifestyle modifications have been recommended: diet and exercise. The patient manages hypoglycemia by having oral glucose always available. Current treatment includes oral agents, dyslipidemia medications, daily aspirin, antihypertensives, angiotensin receptor blocker and dietary modification. By report there is good compliance with treatment. Note for "Follow up for diabetes": LIBRE DENIED BY HUMANA-DOES NOT MEET THEIR CRITERIA

**Laboratories**
**25 HYDROXY, VIT D (82306)^** Future Order
Diagnosis: Hyperparathyroidism (E21.3)

**CALCIUM, IONIZED (82330)^** Future Order
Diagnosis: Hyperparathyroidism (E21.3)

**INTACT PTH (83970)^** Future Order
Diagnosis: Hyperparathyroidism (E21.3)

**HEMOGLOBIN GLYCLATED (HGB A1C) (83036)** Future Order
Diagnosis: Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin (E11.65)

**COMPREHENSIVE METABOLIC PANEL W/EGFR (REFL) (80053)^** Future Order
Diagnosis: Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin (E11.65)

**URINE MICROALB / CR RATIO^ (82043)** Future Order
Diagnosis: Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin (E11.65)

**LIPID PANEL (REFL)^ (80061)** Future Order
Diagnosis: Mixed hyperlipidemia (E78.2)

**TSH (THYROID STIMULATING HORMONE) (84443)^** Future Order
Diagnosis: Thyroid nodule (E04.1)

**25 HYDROXY, VIT D (82306)^** Future Order
Diagnosis: Thyroid nodule (E04.1)

**Assessment & Plan**
**Type 2 diabetes mellitus with hyperglycemia, without long-term current use of insulin**
Problem Story: pioglitazone 15 mg daily
Today's Impression: A1c is 7.3

Patient in good glycemic control on current medical regimen, reaching appropriate individualized glycemic goals. No major hypoglycemia. Patient instructed to call for any major episodes of hypoglycemia or changes in medical condition including addition of steroids, patient also instructed to have yearly retinal exams. Continue with home glucose monitoring. Return in 3-4 months with repeat labs.

| Ruby R. George | Patient #: 1829850 | DOB | (82 years) |
| Tuesday, July 8, 2025 | | | Page 2/8 |

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 1/30/2025

## 01/30/2025 - Clinical Documentation Only in Baptist Primary Care - Lane Avenue (continued)

### Note Tab Other Clinical Notes (continued)

50164313

3066723676

From: GFI FaxMaker    To: (904) 390-7484    Page: 3/6    Date: 7/8/2025 12:47:10 PM
TO: [(904) 390-7484, Matthew T. Braddock DO] ID: [10074.786550]

**Current Plans:**
- Reviewed nutrition and exercise recommendations
- Reviewed self glucose monitoring. Mail/fax glucose logs

**Future Labs:**
- HEMOGLOBIN GLYCLATED (HGB A1C) (83036); Routine one time ()
- COMPREHENSIVE METABOLIC PANEL W/EGFR (REFL) (80053)^; Routine one time ()
- URINE MICROALB / CR RATIO^ (82043); Routine one time ()

**Thyroid nodule**
**Problem Story:** thyroid ultrasound- 5/2021- 1.4 cm left sided thyroid nodule
**Today's Impression:** , left sided thyroid nodule measuring 1.4 cm
does not currently meet criteria for biopsy/FNA
continue to watch periodically with repeat and serial thyroid ultrasound
, but at this point, no immediate therapy as needed
if any significant changes noted then will proceed with a fine needle aspiration
. Patient remains completely asymptomatic
serial observation. Check at next visit.

US 12/2024- slight increase of left sided nodule up to 2.1 cm-may be due to new technician/technique
repeat and six-month

US 7/2025- thyroid nodule down to 1.7 cm-
**Current Plans:**
- Continued FreeStyle Libre 2 Sensor kit, 1 (one) sensor every 14 days, 6 Each, 90 days starting 07/08/2025,
  Ref. x1.
- How to Access Health Information Online using Patient Portal and 3rd Party Apps
- Thyroid Nodule, Multinodular Goiter Patient Discussion
- Next follow up visit will be Annual.

- Follow up in 3 months or as needed

**Future Labs:**
- TSH (THYROID STIMULATING HORMONE) (84443)^; Routine one time ()
- 25 HYDROXY, VIT D (82306)^; Routine one time ()

**Hyperparathyroidism**
**Problem Story:** PTH 234 with a normal calcium of 10.0
stage IIIB chronic kidney disease with a GFR 37->33->30 (Dr. Shapiro)-> 26
On calcitriol 0.25mcg TID prescribed by Dr. Braddock (PCP)
Consider sensibar in the future.
No kidney stones, no fractures
**Today's Impression:** primary versus secondary
PTH- 234-> 208> 250 with a normal calcium of 10.0-> 10.1 -> 10.3 (corrected)-> 10.3( Alb 4.2)-> 274 w Calcium
9.7
Vitamin D 1/25 (OH)2 Total 45 (normal)
25 Vit D: 28
Ionized calcium 5.7-> 5.1

calcium level remains in the normal range despite elevated PTH
and treatment cont., to watch Ca
24-hour urine calcium- 3, Low
ACE: 30

likely secondary hyperparathyroidism, due to chronic kidney disease
Remains Normal
, Consider Sensipar - If Calcium Rises
**Current Plans:**
- Hyperparathyroid: Discussed treatment options

**Future Labs:**
- CALCIUM, IONIZED (82330)^; Routine one time ()
- INTACT PTH (83970)^; Routine one time ()
- 25 HYDROXY, VIT D (82306)^; Routine one time ()

Ruby R. George                    Patient #: 1829850                    DOB:        (82 years)
Tuesday, July 8, 2025                                                                Page 3 / 6
This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 1/30/2025

## 01/30/2025 - Clinical Documentation Only in Baptist Primary Care - Lane Avenue (continued)

### Note Tab Other Clinical Notes (continued)

50164313

3066723676

From: GFI FaxMaker    To: (904) 390-7464    Page: 4/8    Date: 7/8/2025 12:47:13 PM
TO: [(904) 390-7464, Matthew T. Braddock DO) ID: [10074.786550]

**Stage 3a chronic kidney disease**
**Problem Story:** GFR 35
Dr. Shapiro
**Today's Impression:** history of secondary hyperparathyroidism likely due to chronic kidney disease
normal calcium
Ionized calcium mildly elevated previously at 5.7 but now normal 5.1
consider Sensipar in the future
Current Plans:

**Mixed hyperlipidemia**
**Problem Story:** Atorvastatin
Current Plans:

Future Labs:
  • LIPID PANEL (REFL)^ (80061); Routine one time ()

**Essential hypertension**
**Problem Story:** Losartan 50mg, Amlodipine 5mg
Current Plans:

**Body mass index [BMI] 35.0-35.9, adult**
**Today's Impression:** Patient counseled on the critical importance of dietary compliance, carbohydrate limits,
weight management, exercise
Current Plans:

**Positive depression screening**
Current Plans:
  • ADMINISTRATION OF 9-ITEM PATIENT HEALTH QUESTIONNAIRE (PHQ-9) (96127) ; Routine ()
  • POS CI IN DEPRES SCRN F/U DOC (G8431) ; Routine ()
  • Mental Health Promotion

### Results
#### Labs

| Name | Value | Range | Date | Result Notes |
|---|---|---|---|---|
| ALBUMIN, RANDOM URINE W/CREATININE | | | | |
| ALBUMIN, URINE | 12.1 mg/dL | mg/dL | Collected: 05/15/2025 11:35 AM | Reference Range Not established |
| | | | | The ADA defines abnormalities in albumin excretion as follows: |
| | | | | Albuminuria Category Result (mg/g creatinine) |
| | | | | Normal to Mildly Increased <30 Moderately Increased 30-299 Severely Increased > OR = 300 |
| | | | | The ADA recommends that at least two of three specimens collected within a 3-6 month period be |

Ruby R. George                    Patient #: 1829850                    DOB: ████ (82 years)
Tuesday, July 8, 2025                                                                 Page 4 / 8

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 1/30/2025

## 01/30/2025 - Clinical Documentation Only in Baptist Primary Care - Lane Avenue (continued)

Note Tab Other Clinical Notes (continued)

50164313

From: GFI FaxMaker   To: (904) 390-7484   Page: 5/8   Date: 7/8/2025 2.47.13 PM
TO: [(904) 390-7484, Matthew T. Braddock DO] ID: [10074.786550]

3066723676

| | | | | |
|---|---|---|---|---|
| | | | | abnormal before considering a patient t be within a diagnostic category. |
| | | | | Test Performed at: QUEST DIAGNOSTICS-TAMPA 4225 E. FOWLER AVE TAMPA, FL 33617-202 WESTON H ROTHROCK,MD |
| ALBUMIN/CREATININE RATIO, RANDOM URINE | 30 mg/g creat | <30 mg/g creat | Collected: 05/15/2025 11:35 AM | |
| CREATININE, RANDOM URINE | 397 mg/dL | 20- 275 mg/dL | Collected: 05/15/2025 11:35 AM | Verified by repeat analysis. |

| Name | Value | Range | Date | Result Notes |
|---|---|---|---|---|
| PTH, INTACT AND CALCIUM | | | | |
| CALCIUM | 9.7 mg/dL | 8.6-10.4 mg/dL | Collected: 05/15/2025 11:35 AM | Test Performed at: QUEST DIAGNOSTICS-TAMPA 4225 E. FOWLER AVE TAMPA, FL 33617-2026 WESTON H ROTHROCK,MD |
| PARATHYROID HORMONE, INTACT | 274 pg/mL | 16-77 pg/mL | Collected: 05/15/2025 11:35 AM | Interpretive Guide Intact PTH Calcium ---------------- ----- -- ------- Normal Parathyroid Normal Normal Hypoparathyroidism Low or Low Normal Low Hyperparathyroidism Primary Norma or High High Secondary High Normal or Lo Tertiary High High Non-Parathyroid Hypercalcemia Lo or Low Normal High |

Ruby R. George                    Patient #: 1829850          DOB          (82 years)
Tuesday, July 8, 2025                                                       Page 5 / 8

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 1/30/2025

## 01/30/2025 - Clinical Documentation Only in Baptist Primary Care - Lane Avenue (continued)

**Note Tab Other Clinical Notes (continued)**

3066723676

50164313

From: GFI FaxMaker    To: (904) 390-7484    Page: 6/8    Date: 7/8/2025 12:47:13 PM
TO: [(904) 390-7464, Matthew T. Braddock DO] ID: [10074.786550]

| Name | Value | Range | Date | Result Notes |
|---|---|---|---|---|
| **COMPREHENSIVE METABOLIC PANEL** | | | | |
| ALBUMIN | 4.4 g/dL | 3.6-5.1 g/dL | Collected: 05/15/2025 11:35 AM | |
| ALBUMIN/GLOBULIN RATIO | 1.6 (calc) | 1.0-2.5 (calc) | Collected: 05/15/2025 11:35 AM | |
| ALKALINE PHOSPHATASE | 108 U/L | 37-153 U/L | Collected: 05/15/2025 11:35 AM | |
| ALT | 7 U/L | 6-29 U/L | Collected: 05/15/2025 11:35 AM | Test Performed at: QUEST DIAGNOSTICS-TAMPA 4225 E. FOWLER AVE TAMPA, FL 33617-2026 WESTON H ROTHROCK,MD |
| AST | 11 U/L | 10-35 U/L | Collected: 05/15/2025 11:35 AM | |
| BILIRUBIN, TOTAL | 0.3 mg/dL | 0.2-1.2 mg/dL | Collected: 05/15/2025 11:35 AM | |
| BUN/CREATININE RATIO | 11 (calc) | 6-22 (calc) | Collected: 05/15/2025 11:35 AM | |
| CALCIUM | 9.7 mg/dL | 8.6-10.4 mg/dL | Collected: 05/15/2025 11:35 AM | |
| CARBON DIOXIDE | 24 mmol/L | 20-32 mmol/L | Collected: 05/15/2025 11:35 AM | |
| CHLORIDE | 106 mmol/L | 98-110 mmol/L | Collected: 05/15/2025 11:35 AM | |
| CREATININE | 2.15 mg/dL | 0.60-0.95 mg/dL | Collected: 05/15/2025 11:35 AM | |
| EGFR | 22 | > OR = 60 | Collected: 05/15/2025 11:35 AM | UNITS: mL/min/1.73m2 |
| GLOBULIN | 2.8 | 1.9-3.7 | Collected: 05/15/2025 11:35 AM | UNITS: g/dL (calc) |
| GLUCOSE | 136 mg/dL | 65-99 mg/dL | Collected: 05/15/2025 11:35 AM | Fasting reference Interval For someone without known diabetes, a glucose value >125 mg/dL indicates that they ma have diabetes and this shou be confirmed with a follow-up test. |
| POTASSIUM | 4.6 mmol/L | 3.5-5.3 mmol/L | Collected: 05/15/2025 11:35 AM | |
| PROTEIN, TOTAL | 7.2 g/dL | 6.1-8.1 g/dL | Collected: 05/15/2025 11:35 AM | |
| SODIUM | 138 mmol/L | 135-146 mmol/L | Collected: 05/15/2025 11:35 AM | |
| UREA NITROGEN (BUN) | 24 mg/dL | 7-25 mg/dL | Collected: 05/15/2025 11:35 AM | |

Ruby R. George

Patient #: 1829850

DOB [82 years]

Tuesday, July 8, 2025

Page 6 / 8

This fax was sent with GFI FaxMaker fax server. For more information, visit http://www.gfi.com

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
~~cksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 1/30/2025

**01/30/2025 - Clinical Documentation Only in Baptist Primary Care - Lane Avenue (continued)**

Note Tab Other Clinical Notes (continued)

50164313

From: GFI FaxMaker    To: (904) 390-7484    Page: 7/8    Date: 7/8/2025 12:47:13 PM
TO: [(904) 390-7484, Matthew T. Braddock DO] ID: [10074.786550]

3066723676

| Name | Value | Range | Date | Result Notes |
|------|-------|-------|------|--------------|
| **TSH** | | | | |
| TSH | 1.91 mIU/L | 0.40-4.50 mIU/L | Collected: 05/15/2025 11:35 AM | Test Performed at: QUEST DIAGNOSTICS-TAMPA 4225 E. FOWLER AVE TAMPA, FL 33617-2026 WESTON H ROTHROCK,MD |

| Name | Value | Range | Date | Result Notes |
|------|-------|-------|------|--------------|
| **VITAMIN D,25-OH,TOTAL,IA** | | | | |
| VITAMIN D,25-OH,TOTAL,IA | 24 ng/mL | 30-100 ng/mL | Collected: 05/15/2025 11:35 AM | Vitamin D Status        25-OH Vitamin D: <br> Deficiency:        <20 ng/mL <br> Insufficiency:    20 - 29 ng/mL <br> Optimal:        > or = 30 ng/mL <br><br> For 25-OH Vitamin D testing on patients on D2-supplementation and patients for whom quantitation of D2 and D3 fractions is required, the QuestAssureD(TM) 25-OH VIT D, (D2,D3), LC/MS/MS is recommended; order code 92888 (patients >2yrs). <br><br> See Note 1 <br><br> Note 1 <br><br> For additional information, please refer to http://education.QuestDiagnostics.com/faq/FAQ15 (This link is being provided for informational/ educational purposes only.) <br><br> Test Performed at: QUEST DIAGNOSTICS-TAMPA 4225 E. FOWLER AVE TAMPA, FL 33617-2026    WESTON H ROTHROCK,MD |

| Name | Value | Range | Date | Result Notes |
|------|-------|-------|------|--------------|
| **CALCIUM, IONIZED** | | | | |
| CALCIUM, IONIZED | 5.4 mg/dL | 4.7-5.5 mg/dL | Collected: 05/15/2025 11:35 AM | Test Performed at: QUEST DIAGNOSTICS-TAMPA 4225 E. FOWLER AVE TAMPA, FL 33617-2026 WESTON H ROTHROCK,MD |

Ruby R. George                Patient #: 1829850            DOB:        (62 years)
Tuesday, July 8, 2025                                                        Page 7 / 8

This fax was sent with GFI FaxMaker fax server. For more information, visit http://www.gfi.com

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
acksonville FL 32207-5663

George, Ruby R
_____ , Legal Sex: F
Visit date: 1/30/2025

**01/30/2025 - Clinical Documentation Only in Baptist Primary Care - Lane Avenue (continued)**

Note Tab Other Clinical Notes (continued)

50164313

From: GFI FaxMaker    To: (904) 390-7464    Page: 8/8    Date: 7/8/2025 12:47:13 PM
TO: ((904) 390-7464, Matthew T. Braddock DO) ID: [10074.786680]

3066723676

| Name | Value | Range | Date | Result Notes |
|------|-------|-------|------|--------------|
| HEMOGLOBIN A1c | | | | For someone without known diabetes, a hemoglobin A1c value of 6.5% or greater indicates that they may have diabetes and this shou be confirmed with a follow-up test. |
| | | | | For someone with known diabetes, a valu <7% indicates that their diabetes is well controlled and a value greater than or equal t 7% indicates suboptimal control. A1c targets should be individualize based on duration of diabetes, age, comorbid conditions, and other considerations. |
| | | | | Currently, no consensu exists regarding use of hemoglobin A1c for diagnosis of diabetes f children. |
| | | | | REPORT COMMENT: FASTING:YES |
| | | | | Test Performed at: QUEST DIAGNOSTICS-TAMPA 4225 E. FOWLER AVE TAMPA, FL 33617-202 WESTON H ROTHROCK,MD |
| HEMOGLOBIN A1c | 7.3 % | <5.7 % | Collected: 05/15/2025 11:35 AM | |

David R. Sutton Jr MD

| Ruby R. George | Patient #: 1829850 | DOB: _____ (62 years) |
|---|---|---|
| Tuesday, July 8, 2025 | | Page 8 / 8 |

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Electronically signed by Interface, Scan In at 7/8/2025  1:42 PM

**Attribution Key**

Attribution information is not available for this note.

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
:ksonville FL 32207-5663

George, Ruby R
[redacted] Legal Sex: F

Visit date: 1/30/2025

## 01/30/2025 - Clinical Documentation Only in Baptist Primary Care - Lane Avenue (continued)

**Note Tab Other Clinical Notes (continued)**

## 06/30/2024 - Refill in Baptist Primary Care - Lane Avenue

**Visit Information**

**Nursing Assessment**

No Nursing Assessment available for this encounter.

**Note Tab Other Clinical Notes**

**Telephone Encounter**

**Dewitt, Melissa, MA at 7/1/2024 1021**

Approving, but needs appt for additional refills.

Electronically signed by Dewitt, Melissa, MA at 7/1/2024 10:21 AM

**Attribution Key**

Attribution information is not available for this note.

## 02/07/2024 - Lab in Baptist Jacksonville - Lab Services - Pavilion

**Visit Information**

**Department**

| Name | Address | Phone |
|---|---|---|
| Baptist Jacksonville - Lab Services - Pavilion | 800 Prudential Drive Jacksonville FL 32207-8202 | 904-202-3104 |

**Note Tab Other Clinical Notes**

**Scanned Document Acknowledgement**

**Filed on 2/7/2024 1556**

Outside Lab - Scan on 2/7/2024  3:56 PM: LAB REQ (below)

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Legal Sex: F
Visit date: 5/1/2025

## 05/01/2025 - Scanned Document in Health Information Management Dept (continued)

**Visit Information (continued)**

### Encounter Provider
Scanned Documents, Provider

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Health Information Management Dept | 3563 Philips Highway, Building B, Suite 201 Jacksonville FL 32207-5663 | 904-202-5380 | 904-202-5381 |

**Note Tab Other Clinical Notes**

### Scanned Document Acknowledgement

#### Filed on 5/1/2025 0920

Outside Record - Scan on 5/1/2025 (below)

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 5/1/2025

### 05/01/2025 - Scanned Document in Health Information Management Dept (continued)

**Note Tab Other Clinical Notes (continued)**

athena                05-01-2025 6:32 AM ET              511-289530780                               pg 1 of 18

# CONFIDENTIAL Fax

**FROM:**

SONA DOLSENHE, APRN
4291 ROOSEVELT BLVD, JACKSONVILLE, FL 32210-2061
Phone: (904) 598-1888
Fax: (904) 384-4928

**TO:**

SAUL J PATEL MD (BAPTIST HEART SPECIALISTS)
11236 BAPTIST HEALTH DR, JACKSONVILLE, FL 32218
Phone: (904) 224-9303
Fax: (904) 376-3205

This document was sent via fax as athenahealth does not have your Direct Address on
file. If you'd like to receive this document via Direct Message, please email athena with
your Direct Address at "DirectMessaging@athenahealth.com". This will allow
athenahealth to share future documents electronically via secured Direct Message.

This fax may contain sensitive and confidential personal health information that is being
sent for the sole use of the intended recipient. Unintended recipients are directed to
securely destroy any materials received. You are hereby notified that the unauthorized
disclosure or other unlawful use of this fax or any personal health information is
prohibited. To the extent patient information contained in this fax is subject to 42 CFR
Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify
the sender and confirm that the information will be destroyed. If you do not have
internet access, please call 1-888-482-8436 to notify the sender and confirm that the
information will be destroyed. Thank you for your attention and cooperation.
[ID:345292283-H-4290]

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 5/1/2025

## 05/01/2025 - Scanned Document in Health Information Management Dept (continued)

### Note Tab Other Clinical Notes (continued)

| athena | 05-01-2025 6:32 AM ET | 511-289530760 | pc 2 of 18 |

**Do you want to receive future Transition of Care documents electronically?**
Please email athena with your Direct Address at "DirectMessaging@athenahealth.com".

Millennium Physician Group LLC • 4291 ROOSEVELT BLVD, JACKSONVILLE FL 322*0-2061
**GEORGE, Ruby (Id #4181509, dob: 04/25/1943)**

MILLENNIUM
PHYSICIAN GROUP
Your Connection to a Healthier Life

MILLENNIUM PHYSICIAN GROUP, LLC
4291 ROOSEVELT BLVD
JACKSONVILLE, FL 32210-2061
Phone: (904) 598-1888, Fax: (904) 384-4928

Date: 05/01/2025

RE: Ruby George, DOB: ▮▮▮▮    PT ID #▮▮▮▮

Dear Salil J Patel MD (Baptist Heart Specialists),

The following is a summary of the care this patient has received at our practice. If you have
questions, please contact our office.

Sincerely,

Electronically Signed by SONA DOLSENHE, APRN

**Referral Note for Ruby George**

**Encounter Details**
Sona Dolsenhe: 4291 ROOSEVELT BLVD , JACKSONVILLE, FL 32210-2061, USA, Ph tel: (904) 598-1888

Millennium Physician Group LLC

George, Ruby (ID: ▮▮▮▮ DOB: ▮▮▮▮

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 5/1/2025

**05/01/2025 - Scanned Document in Health Information Management Dept (continued)**

**Note Tab Other Clinical Notes (continued)**

| athena | 05-01-2025 6:32 AM ET | 511-289530780 | pg 3 of 18 |

**Do you want to receive future Transition of Care documents electronically?**
Please email athena with your Direct Address at 'DirectMessaging@athenahealth.com'.

Millennium Physician Group LLC • 4291 ROOSEVELT BLVD, JACKSONVILLE FL 32210-7061

**GEORGE, Ruby (id #        , dob:         )**

**Table of Contents**

Demographics
Care Team Members
LegalAuthenticator
Reason for Referral
Reason for Visit
Assessment
Plan of Treatment
Results
Problems
Procedures
Medical Equipment
Allergies
Medications
History of Present Illness
Physical Exam
Review of Systems
Vitals
Social History
Functional Status
Mental Status
Family History
Medical History
Immunizations
Past Encounters
Goals Section
Health Concerns Section
Notes
Payers

**Demographics**

| Sex: | Female | Ethnicity: | Information not available |
| DOB: | | Race: | Black or African American |
| Preferred language: | English | Marital status: | Widowed |
| Previous Name: | | | |

Contact: 7034 LUKE STEEET, JACKSONVILLE, FL 32210, USA, tel:+1-        (Primary Home) tel:+1
(Mobile) mailto:        (Primary Home)

Other Addresses: 7034 LUKE STEEET, JACKSONVILLE, FL 32210, USA (Current Billing Address)

**Care Team Members**

Primary Care Provider
ALBERT LOPEZ                4291 ROOSEVELT BLVD., JACKSONVILLE, FL 32210, Ph. tel: (904) 598-1888

Referring Provider
ALBERT LOPEZ                4291 ROOSEVELT BLVD., JACKSONVILLE, FL 32210, Ph. tel: (904) 598-1888

Nephrologist
CRAIG SHAPIRO              2 SHIRCLIFF WAY, STE 700, JACKSONVILLE, FL 32204, Ph. tel: (904) 389-5333

Endocrinologist
DAVID SUTTON JR           915 W MONROE S", STE 200, JACKSONVILLE, FL 32204, Ph. tel: (904) 384-2240

Pain Management
NICHOLAS BREMER        1699 S 14TH ST, STE 16, FERNANDINA BEACH, FL 32034, Ph. tel: (904) 223-3321

**LegalAuthenticator**

SONA DOLSENHE, APRN: 2675 WINKLER AVE FL 2, FORT MYERS, FL 33901-9342, Ph. tel: (877) 856-3774

**Reason for Referral**

Millennium Physician Group LLC                                    George, Ruby (ID: 4181509), DOB:

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
Legal Sex: F

Visit date: 5/1/2025

**05/01/2025 - Scanned Document in Health Information Management Dept (continued)**

## Note Tab Other Clinical Notes (continued)

| athena | 05-01-2025 6:32 AM ET | 511-289530760 | pg 4 of 18 |

**Do you want to receive future Transition of Care documents electronically?**
Please email athena with your Direct Address at "DirectMessaging@athenahealth.com".

Millennium Physician Group LLC • 4291 ROOSEVELT BLVD, JACKSONVILLE FL 32210-2061

GEORGE, Ruby (id # _____, dob: _____

**Reason for Visit**                                                                        Note
Reason
New patient establishing**

**Assessment**

| Encounter Date | Assessment Date | Assessment | Last Modified by | Organization | Last Modified Time |
|---|---|---|---|---|---|
| 04/30/2025 | 04/30/2025 | A total of 45 minutes spent caring for this patient today including the activities marked [X] below. Total time excludes any separately reportable/billed services or activities normally performed by ancillary staff. [X] Preparing to see the patient (review of previous notes and results on file) [X] Obtaining and/or reviewing separately obtained history [X] Performing medically appropriate exam/evaluation [X] Counseling and educating the patient/family/caregiver [X] Ordering tests or procedures [ ] Referring and communicating with other health professionals (not separately reported) [X] Documenting clinical information in EHR/EMR [X] Independent interpretation of results (not separately reported) [X] Care Coordination (not separately reported) Additional notes: | sdolsenho | Not available | 04/30/2025 12:37:31 |

Millennium Physician Group LLC

George, Ruby (ID: 4181509), DOB: _____

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 5/1/2025

## 05/01/2025 - Scanned Document in Health Information Management Dept (continued)

**Note Tab Other Clinical Notes (continued)**

athena                    05-01-2025 6:32 AM ET              511-269530780                                    pg 5 of 18

Do you want to receive future Transition of Care documents electronically?
Please email athena with your Direct Address at "DirectMessaging@athenahealth.com".

Millennium Physician Group LLC • 4291 ROOSEVELT BLVD, JACKSONVILLE FL 32210-2061

GEORGE, Ruby (Id #[redacted]    dob: [redacted]

### Plan of Treatment

| Reminders | | Order Date | Submit Date | Provider | Last Modified By | Organization Details | Last Modified Time | Details |
|---|---|---|---|---|---|---|---|---|
| Appointments | ANNUAL WELLNESS SUBSEQ 30 | 07/30/2025 01:45PM | | SONA DOLSENHE, APRN | Not available | Not available | Not available | |
| Lab | hemoglobin A1C, fingerstick | 04/30/2025 | 04/30/2025 | | sdolsenhe | In-Office Order, Internal Use Only DO Not Attach Compendium DO Not Attach Compendium, Do Not Delete/merge, 00000 | 04/30/2025 16:40:11 | |
| | microalbumin/creatinine, ratio, urine | 04/30/2025 | 04/30/2025 | | sdolsenhe | Millennium Lab Services, 1287 US Hwy 41 Byp, Venice, FL, 34285-5545, Ph (941) 764-1880 | 04/30/2025 16:40:11 | |
| | vitamin B12, serum | 04/30/2025 | 04/30/2025 | | ATHENA | Millennium Lab Services, 1287 US Hwy 41 Byp, Venice, FL, 34285-5545, Ph (941) 764-1880 | 04/30/2025 10:27:29 | |
| | magnesium, serum or plasma | 04/30/2025 | 04/30/2025 | | ATHENA | Millennium Lab Services, 1287 US Hwy 41 Byp, Venice, FL, 34285-5545, Ph (941) 764-1880 | 04/30/2025 12:58:28 | |
| Referral | physical therapist referral | 04/30/2025 | 04/30/2025 | | ATHENAFAX | Brooks Rehab - Ortega, 5539 Roosevelt Blvd, Jacksonville, FL, 32244, Ph (904) 483-2272 | 04/30/2025 11:20:10 | |
| | cardiologist referral - eval CAD history NIDDM, HTN, HLD, CKD under care of dr sutton and dr shapiro | 04/30/2025 | 04/30/2025 | | A1HENAFAX | Salil J Patel MD (Baptist Heart Specialists), 11236 Baptist Health Dr, Ste 310, Jacksonville, FL, 32218, Ph (904) 224-9305 | 04/30/2025 11:06:25 | |
| Procedures | None recorded. | | | | | | | |
| Surgeries | None recorded. | | | | | | | |
| Imaging | DEXA | 04/30/2025 | 04/30/2025 | | ATHENAFAX | Axumin Riverside, 4171 Roosevelt Blvd, Jacksonville, FL, 3221O, Ph (904) 389-7474 | 04/30/2025 11:34:59 | |
| | electrocardiogram | 04/30/2025 | 04/30/2025 | | sdolsenhe | In-Office Order, Internal Use Only DO Not Attach Compendium DO Not Attach Compendium, Do Not Delete/merge, 00000 | 04/30/2025 16:40:11 | |
| Medication Orders | quetiapine 50 mg tablet | 04/30/2025 | 04/30/2025 | | ATHENA | Publix #1037 Normandy Crossing, 7749 Normandy Blvd., Jacksonville, FL, 32221, Ph (904) 781-2509 | 04/30/2025 10:25:02 | |
| | atorvastatin 40 mg tablet | 04/30/2025 | 04/30/2025 | | ATHENA | Publix #1037 Normandy Crossing, | 04/30/2025 10:26:58 | |

Millennium Physician Group LLC                                      George, Ruby (ID: 4181509), DOB: [redacted]

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 5/1/2025

## 05/01/2025 - Scanned Document in Health Information Management Dept (continued)

### Note Tab Other Clinical Notes (continued)

athena                05-01-2025 6:31 AM ET              511-289530780                                              pg 6 of 18

**Do you want to receive future Transition of Care documents electronically?**
Please email athena with your Direct Address at "DirectMessaging@athenahealth.com".

Millennium Physician Group LLC • 4291 ROOSEVELT BLVD. JACKSONVILLE FL 32210-2061

GEORGE, Ruby (Id #        dob:

7749 Normandy Blvd.,
Jacksonville, FL,
32221, Ph (904) 781-
2509

---

Patient Targets No targets recorded.
Patient Instructions

| Encounter Date | Encounter Id | Patient Instructions | Last Modified By | Organization Details | Last Modified Time |
|---|---|---|---|---|---|
| 04/30/2025 | 33140658 | medical record request* - please send recent office note for mutual patient | ATHENAFAX | Not available | 04/30/2025 11:43:39 |
| | | depression treatment: care instructions | sdoisenho | Not available | 04/30/2025 16:40:11 |
| | | high cholesterol: care instructions | sdoisenho | Not available | 04/30/2025 16:40:11 |
| | | medicines to avoid with kidney disease: care instructions | sdoisenho | Not available | 04/30/2025 12:58:14 |

We discussed your diabetes:
- Your A1c is currently 7.2, which is considered controlled. Continue your current diabetes management plan.
- You are no longer taking Farxiga, which is acceptable since your A1c is controlled and your protein levels in the urine are not significantly elevated.

We discussed your neuropathy and pain management:
- You reported burning and "sticky" sensations in your legs, starting at the knee and moving downward. You also experience cramping pain.
- I recommend starting magnesium supplementation, which may help with muscle cramps, sleep, and constipation. Look for a magnesium complex (e.g., glycinate, oxide, citrate) at a dose of approximately 500 mg daily. It may take about a week to notice effects. Be aware that some formulations can cause diarrhea.
- Your current dose of Cymbalta (duloxetine) is 30 mg. We can consider increasing your duloxetine dose to 40 mg, as this may help with your pain.
- I recommend following up with Dr. Bremer to discuss the possibility of obtaining an updated MRI to evaluate your lumbar spine and determine if your spinal stimulator is compatible with imaging. Your last MRI was over 3-4 years ago.
- I will check your vitamin B12 levels to rule out deficiency as a potential cause of your neuropathy.

We discussed your sleep difficulties:
- Your current dose of Seroquel (quetiapine) is 25 mg. I have increased this to 50 mg to help improve your sleep. This prescription has been sent to Publix pharmacy.

We discussed your cardiovascular health:
- You reported occasional burning sensations in your chest. Your echocardiogram from September 2023 showed an ejection fraction of 57%, which is slightly low but acceptable. There was mild plaque on your aortic valve without stenosis or regurgitation.
- I recommend a referral to Dr. Salil Patel, a cardiologist, for further evaluation of your symptoms and to assess for coronary artery disease. He will determine if additional testing, such as imaging with contrast, is necessary.

We discussed your osteoporosis:
- You have a history of osteoporosis but have not had a bone density scan in over two years. I will order a bone density scan for you. Please let me know your preferred location for this test.

We discussed your medications:
- Continue taking atorvastatin for cholesterol management. This prescription has been refilled.
- Do not refill amlodipine, as you have an excess supply.
- Continue taking calcitriol as prescribed by Dr. Shapiro for your parathyroid management.

We discussed physical therapy:
- I have sent a referral to Brooks Rehabilitation for physical therapy. You should expect a call from them to schedule your sessions.

Follow-up plan:

Millennium Physician Group LLC                                    George, Ruby (ID: 4181509), DOB:

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 5/1/2025

## 05/01/2025 - Scanned Document in Health Information Management Dept (continued)

**Note Tab Other Clinical Notes (continued)**

| athena | 05-01-2025 6:32 AM ET | 511-289530780 | pg 7 of 18 |
|---|---|---|---|

**Do you want to receive future Transition of Care documents electronically?**
Please email athena with your Direct Address at "DirectMessaging@athenahealth.com".

Millennium Physician Group LLC • 4281 ROOSEVELT BLVD, JACKSONVILLE FL 32210-2061

GEORGE, Ruby (id # ____ , dob: ____
- I will request records from Dr. Sutton and Dr. Shapiro to review your recent labs and ensure all necessary tests (e.g., B12 levels, blood counts) have been completed.
- Please follow up with Dr. Bremer regarding the MRI and with Dr. Patel for your cardiac evaluation.
- We will see you back in 2-3 months for your annual wellness visit

### Results

| Created Date | Observation Date | ObservationName | DescriptionValue | Unit | Range | Abnormal Flag | Note | LastModifiedByOrganization | Detail | LastModifiedTime |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/30/2025 | 04/30/2025 | hemoglobin A1C, fingerstick | HbA1C | 7.2 | % | 4.30-6.40 | | Not Available | In-Office Order Internal Use Only DO Not Attach Compendium DO Not Attach Compendium, Do Not Delete/merge, 00000 | 04/30/2025 06:53:21 |
| 04/30/2025 | | electrocardiogram | No observation recorded. | | | | | sdoisenhn | Not Available | 04/30/2025 12:36:58 |

Result Notes

None recorded.

Millennium Physician Group LLC

George, Ruby (ID: 4181509), DOB: ____

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 5/1/2025

## 05/01/2025 - Scanned Document in Health Information Management Dept (continued)

### Note Tab Other Clinical Notes (continued)

| athena | 05-01-2025 6:32 AM ET | | 511-289530780 | | | oc 8 of 18 |

Do you want to receive future Transition of Care documents electronically?
Please email athena with your Direct Address at "DirectMessaging@athenahealth.com".

Millennium Physician Group LLC • 4291 ROOSEVELT BLVD, JACKSONVILLE FL 32210-2061

**GEORGE, Ruby (Id #          dob:          )**

#### Problems

| Problem Name | Problem SNOMED Code | Status Onset Date | Resolution Date | Notes | Provider Name and Address | Organization Details | Recorded Time |
|---|---|---|---|---|---|---|---|
| Chronic kidney disease due to type 2 diabetes mellitus | 731000119108 | Active 04/29/2025 | | | Sarah Mackey, null, | FL - Millennium Physician Group, LLC | 04/29/2025 09:00:35 |
| Hypertensive disorder | 38341003 | Active 04/29/2025 | | | Sarah Mackey, null, | FL - Millennium Physician Group, LLC | 04/29/2025 09:01:07 |
| Hyperlipidemia | 55822004 | Active 04/29/2025 | | | SONA DOLSENHE, APRN, 2675 Winkler Ave Fl 2, Fort Myers, FL, 33901-9342, US | FL - Millennium Physician Group, LLC | 04/30/2025 06:44:09 |
| Major depressive disorder | 370143000 | Active 04/29/2025 | | | Sarah Mackey, null, | FL - Millennium Physician Group, LLC | 04/29/2025 09:03:14 |
| Vitamin D deficiency | 34713006 | Active 04/29/2025 | | | Sarah Mackey, null, | FL - Millennium Physician Group, LLC | 04/29/2025 09:03:45 |
| Spinal stenosis of lumbar region | 18347007 | Active 04/29/2025 | | | Sarah Mackey, null, | FL - Millennium Physician Group, LLC | 04/29/2025 09:06:14 |
| Essential hypertension | 59621000 | Active 04/30/2025 | | | SONA DOLSENHE, APRN, 2675 Winkler Ave Fl 2, Fort Myers, FL, 33901-9342, US | FL - Millennium Physician Group, LLC | 04/30/2025 06:43:53 |
| Diabetes mellitus | 73211009 | Active 04/30/2025 | | | SONA DOLSENHE, APRN, 2675 Winkler Ave Fl 2, Fort Myers, FL, 33901-9342, US | FL - Millennium Physician Group, LLC | 04/30/2025 06:46:37 |
| Type 2 diabetes mellitus | 44054006 | Active 04/30/2025 | | | SONA DOLSENHE, APRN, 2675 Winkler Ave Fl 2, Fort Myers, FL, 33901-9342, US | FL - Millennium Physician Group, LLC | 04/30/2025 06:49:26 |
| Moderate recurrent major depression | 18818009 | Active 04/30/2025 | | | SONA DOLSENHE, APRN, 2675 Winkler Ave Fl 2, Fort Myers, FL, 33901-9342, US | FL - Millennium Physician Group, LLC | 04/30/2025 06:50:53 |
| Polyneuropathy | 42345000 | Active 04/30/2025 | | | SONA | FL - Millennium | 04/30/2025 |

Millennium Physician Group LLC

George, Ruby (ID: 4181509), DOB:

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
acksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 5/1/2025

## 05/01/2025 - Scanned Document in Health Information Management Dept (continued)

### Note Tab Other Clinical Notes (continued)

| athena | 05-01-2025 6:32 AM ET | 511-289530760 | | | pp 9 of 18 |

**Do you want to receive future Transition of Care documents electronically?**
Please email athena with your Direct Address at "DirectMessaging@athenahealth.com".

Millennium Physician Group LLC • 4291 ROOSEVELT BLVD, JACKSONVILLE FL 32210-2061

GEORGE, Ruby (id #_____ dob: _____)

| | | | | | |
|---|---|---|---|---|---|
| | | | DOLSENHE, APRN | Physician Group, LLC | 06:52:00 |
| | | | 2675 Winkler Ave Fl 2, Fort Myers, | | |
| | | | FL, 33901-9342, US | | |
| insomnia | 193462001 | Active 04/30/2025 | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC | 04/30/2025 06:54:08 |
| | | | 2675 Winkler Ave F1 2, Fort Myers, | | |
| | | | FL, 33901-9342, US | | |
| Degenerative lumbar spinal stenosis | 202788007 | Active 04/30/2025 | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC | 04/30/2025 10:28:55 |
| | | | 2675 Winkler Ave Fl 2, Fort Myers, | | |
| | | | FL, 3390?-9342, US | | |
| Osteoporosis | 64859006 | Active 04/30/2025 | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC | 04/30/2025 10:30:01 |
| | | | 2675 Winkler Ave Fl 2, Fort Myers, | | |
| | | | FL, 33901-9342, US | | |
| Epigastric pain | 79922009 | Active 04/30/2025 | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC | 04/30/2025 10:37:22 |
| | | | 2675 Winkler Ave Fl 2, Fort Myers, | | |
| | | | FL, 33901-9342, US | | |
| Chronic kidney disease stage 4 | 431857002 | Active 04/30/2025 | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC | 04/30/2025 12:40:45 |
| | | | 2675 Winkler Ave Fl 2, Fort Myers, | | |
| | | | FL, 33901-9342, US | | |
| Constipation | 14760008 | Active 04/30/2025 | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC | 04/30/2025 12:58:10 |
| | | | 2675 Winkler Ave Fl 2, Fort Myers, | | |
| | | | FL, 33901-9342, US | | |

Problem Notes

None recorded.

Millennium Physician Group LLC

George, Ruby (ID: 4181509), DOB:

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
Legal Sex: F
Visit date: 5/1/2025

**05/01/2025 - Scanned Document in Health Information Management Dept (continued)**

**Note Tab Other Clinical Notes (continued)**

| athena | 05-01-2025 6:31 AM ET | 511-289530780 | pc 19 of 28 |

**Do you want to receive future Transition of Care documents electronically?**
Please email athena with your Direct Address at 'DirectMessaging@athenahealth.com'.

Millennium Physician Group LLC • 4251 ROOSEVELT BLVD, JACKSONVILLE FL 32210 2061

**GEORGE, Ruby (Id #:        dob:        **

**Procedures**

**Surgical History**

| Date | Name | Laterality | Status | Provider Name and Address | Organization Details | Recorded Time |
|---|---|---|---|---|---|---|
| 04/30/2025 | G2211 | | completed | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC | 04/30/2025 06:43:35 |
| | | | | 2675 Winkler Ave F: 2, Fort Myers, | | |
| | | | | FL, 33901-9342, US | | |
| 04/25/1995 | Date of Last Mammogram | | completed | Sarah Mackey | FL - Millennium Physician Group, LLC | 04/30/2025 09:36:36 |
| | Colonoscopy | | completed | Sarah Mackey | FL - Millennium Physician Group, LLC | 04/30/2025 09:36:48 |
| | Hysterectomy | | completed | Sarah Mackey | FL - Millennium Physician Group, LLC | 04/30/2025 09:36:48 |
| | Appendectomy | | completed | Sarah Mackey | FL - Millennium Physician Group, LLC | 04/30/2025 09:36:48 |
| | Tubal ligation | | completed | Sarah Mackey | FL - Millennium Physician Group, LLC | 04/30/2025 09:36:48 |
| | Back surgery | | completed | Sarah Mackey | FL - Millennium Physician Group, LLC | 04/30/2025 09:36:48 |

**Imaging Results**

None recorded.

**Procedure Notes**

None recorded.

**Medical Equipment**

None Reported.

**Allergies**

| Allergen ID | Allergen Name | Allergen Category | Reaction | Reaction Severity | Criticality | Documentation Date | Start Date | Code | Code System | Note Name and Address | Provider Details | Organization | Recorded Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1412571 | Product containing 3-hydroxy-3-methylglutaryl-coenzyme A reductase inhibitor (product) | medication | nausea vomiting | Not available Not available | Not available | 04/30/2025 | | 96302009 | SNOMED | Sarah Mackey null, | FL - Millennium Physician Group, LLC | | 04/30/2025 09:36:27 |
| 1412584 | metformin | medication | abdominal pain | moderate | high | 04/30/2025 | | 6809 | RxNorm | Sarah Mackey null, | FL - Millennium Physician Group, LLC | | 04/30/2025 09:43:31 |
| 1412585 | gabapentin | medication | Not available | Not available | Not available | 04/30/2025 | | 25480 | RxNorm | Sarah Mackey null, | FL - Millennium Physician Group, LLC | | 04/30/2025 09:43:40 |

Millennium Physician Group LLC

George, Ruby (ID: 4181509), DOB:

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 5/1/2025

## 05/01/2025 - Scanned Document in Health Information Management Dept (continued)

### Note Tab Other Clinical Notes (continued)

athena                    05-01-2025 6:32 AM ET              S11-289530760                            pc 11 of 18

**Do you want to receive future Transition of Care documents electronically?**
Please e:mail athena with your Direct Address at "DirectMessaging@athenahealth.com".

Millennium Physician Group LLC • 4291 ROOSEVELT BLVD, JACKSONVILLE FL 32210-2061

GEORGE, Ruby (Id #         , dob:       )

#### Medications

| Name | Sig | Start Date | Stop Date | Status | Note | Last Modified by | Organization Details | Last Modified Time |
|------|-----|-----------|-----------|--------|------|------------------|---------------------|---------------------|
| losartan 50 mg tablet | TAKE ONE TABLET BY MOUTH ONE TIME DAILY | | | active | | API-1839 | Not Available | Not Available |
| quetiapine 25 mg tablet | TAKE ONE TABLET BY MOUTH ONE TIME DAILY AT BEDTIME. MAY INCREASE TO TAKE TWO TABLETS BY MOUTH AT BEDTIME TO REACH DESIRED EFFECT. | | 04/30/2025 completed | needs adoisonhe a refill | | Not Available | 04/30/2025 00:00:00 |
| atorvastatin 40 mg tablet | Take 1 tablet every day by oral route. | 04/30/2025 | | active | | ATHENA | Not Available | 04/30/2025 00:00:00 |
| chlorthalidone 25 mg tablet | TAKE ONE TABLET BY MOUTH ONE TIME DAILY | | | active | | INTERFACE | Not Available | Not Available |
| amlodipine 5 mg tablet | TAKE ONE TABLET BY MOUTH ONE TIME DAILY AS DIRECTED | | | active | | API-1839 | Not Available | Not Available |
| baclofen 10 mg tablet | TAKE ONE TABLET BY MOUTH TWICE A DAY | | | active | | INTERFACE | Not Available | Not Available |
| calcitriol 0.25 mcg capsule | TAKE ONE CAPSULE BY MOUTH THREE TIMES A WEEK | | | active | | needs smackey23 a refill | Not Available | 04/30/2025 00:00:00 |
| Restasis 0.05 % eye drops in a dropperette | INSTILL ONE DROP INTO EACH EYE TWICE DAILY | | | active | | INTERFACE | Not Available | Not Available |
| ketorolac 0.4 % eye drops | INSTILL ONE DROP TO THE RIGHT EYE FOUR TIMES A DAY | | 04/30/2025 completed | | | smackey23 | Not Available | 04/30/2025 00:00:00 |
| duloxetine 30 mg capsule,delayed release | TAKE ONE CAPSULE BY MOUTH ONE TIME DAILY | | | active | | API-1839 | Not Available | Not Available |
| quetiapine 50 mg tablet | Take 1 tablet every day by oral route at bedtime for 90 days, for sleep. | 04/30/2025 | | active | | ATHENA | Not Available | 04/30/2025 00:00:00 |
| Farxiga 10 mg tablet | TAKE ONE TABLET BY MOUTH ONE TIME DAILY | | 04/30/2025 completed | | | smackey23 | Not Available | 04/30/2025 00:00:00 |
| FreeStyle Libre 2 Sensor kit | PLACE ONE SENSOR TO THE BACK OF YOUR UPPER ARM. REPLACE EVERY 14 DAYS. | | | active | | API-1839 | Not Available | Not Available |

#### History of Present Illness

The patient is a 82-year-old female with a history of DM, HLD, HTN, insomnia, osteoporosis, lumbar stenosis, and neuropathy, presenting for establishment of care. The patient has been under the care of Dr. Craig Shapiro (nephrologist) and Dr. David Sutton (endocrinologist). She is currently on multiple medications, including quetiapine, baclofen, duloxetine, atorvastatin, and calcitrol. She was previously on Farxiga but discontinued it but she does not remember why.

She reports experiencing burning and 'sticky' sensations in her legs, which start at the knee and radiate downwards. She denies sensation being crampy pain and has a history of sciatic pain. She has a spinal cord stimulator implanted for pain management and has undergone back surgery with the Lyrecky group at Baptist, performed by Dr. Andrew Shaw. She has not had recent imaging studies, with the last MRI being 3-4 years ago. She has not been evaluated by a vascular specialist.

She also reports difficulty sleeping and has been prescribed quetiapine 25 mg for sleep. She denies doubling the dose on her own. She also reports episodes of burning sensations in her chest, which she describes as "burning in my heart." She has not had a formal cardiac evaluation recently, but did have an echo at some point. She denies any family history of heart disease. She denies heart attacks, strokes, or open heart surgery.

QUALITY MEASURE QUESTIONNAIRE
Has the Patient had a fracture in the last year No
Has the Patient had a bone density testing performed before No
Has the Patient been diagnosed as having osteoporosis Yes
Imported from Phreesia on 04/30/2025

Millennium Physician Group LLC                                    George, Ruby (ID: 4181509), DOB:

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 5/1/2025

**05/01/2025 - Scanned Document in Health Information Management Dept (continued)**

**Note Tab Other Clinical Notes (continued)**

athena                 05-01-2025 6:32 AM ET                511-289530780                                    pg 12 of 18

Do you want to receive future Transition of Care documents electronically?
Please email athena with your Direct Address at "DirectMessaging@athenahealth.com".

Millennium Physician Group LLC • 4291 ROOSEVELT BLVD, JACKSONVILLE FL 32210-2061

GEORGE, Ruby (Id #          dob:
**Physical Exam**

Notes: Constitutional: General Appearance: NAD, well groomed, and obese . Head: normocephalic and atraumatic. Eyes: Lids /
Conjunctivae: normal. Ears / Nose / Mouth / Pharynx: Hearing: normal. Cardiovascular: Heart Auscultation: normal S1 and S2: no
murmurs, rubs, or gallops; and RRR. Extremity: edema/varicose veins: no cyanosis and edema 1+ bilateral. Lungs: Respiratory effort:
unlabored, Auscultation: breath sounds clear and good air movement. Musculoskeletal System: Gait And Stance antalgic gait and
limited mobility; using walker and normal stance; forward stooping, leaning on walker . Extremities: normal appearance. Skin:
inspection and palpation: no jaundice or rash (visible). Palpation: warm. Psychiatric: Insight: good judgement. Mood / Affect: normal
mood and affect and active and alert. Orientation: to time, place, and person. Memory: recent memory normal and remote memory
normal. pt accompanied by daughter

**Review of Systems**

Abbreviated ROS

Notes:     Cardiovascular: (+) chest burning
           Gastrointestinal: (+) constipation
           Musculoskeletal: (+) joint pain
           Neurological: (+) burning pain in legs, (+) sciatica
           Psychiatric: (+) sleep disturbance

**Vitals**

| Date Recorded | Body weight | Body mass index (BMI) | Body height | Pain severity - 0-10 verbal rating [Score] - Reported | Body temperature | Heart rate | Oxygen saturation | Oxygen saturation in Arterial blood by Pulse oximetry | Systolic blood pressure | Diastolic blood pressure | Provider Name and Address | Organization Details | Last Updated DateTime |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/30/2025 | 103 kg | 237.62 kg/m2 | 38.7 cm | 167.64 6 | 98.6 [degF] | 91 /min | 98 % | 98 % | 118 mm[Hg] | 76 mm[Hg] | Sarah Mackey | FL - Millennium Physician Group, LLC | 04/30/2025 09:50:07 |

**Social History**

| Question | Answer | Notes | Last Modified by | Organization Details | Last Modified Time |
|---|---|---|---|---|---|
| Tobacco Smoking Status | Never Smoker | | Sarah Mackey | FL - Millennium Physician Group, LLC | 04/30/2025 09:36:43 |
| | | null. | | | |
| Do You Have An Advance Directive? | Yes | | smackey23 | Information not available | 04/30/2025 |
| What is Your Level Of Alcohol Consumption? | None | | smackey23 | Information not available | 04/30/2025 |
| Is Blood Transfusion Acceptable In An Emergency? | Yes | | smackey23 | Information not available | 04/30/2025 |
| What Type Of Diet Are You Following? | REGULAR | | smackey23 | Information not available | 04/30/2025 |
| What Is Your Relationship Status? | Widowed | | smackey23 | Information not available | 04/30/2025 |
| Are You Sexually Active? | No | | smackey23 | Information not available | 04/30/2025 |
| Do You Or Have You Ever Used Smokeless Tobacco? | Never Used Smokeless Tobacco | | smackey23 | Information not available | 04/30/2025 |

Birth Sex: Female

**Functional Status**

| Question | Answer | Note | Last Modified by | Organization Details | Last Modified Time |
|---|---|---|---|---|---|
| What is your exercise level? | Occasional | | smackey23 | Information not available | 04/30/2025 |

**Mental Status**
None recorded

Millennium Physician Group LLC                                                  George, Ruby (ID: 4181509), DOB:

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 5/1/2025

## 05/01/2025 - Scanned Document in Health Information Management Dept (continued)

**Note Tab Other Clinical Notes (continued)**

athena        05-01-2025 6:32 AM ET        511-289530760        pg 13 of 18

**Do you want to receive future Transition of Care documents electronically?**
Please email athena with your Direct Address at "DirectMessaging@athenahealth.com".

Millennium Physician Group LLC • 4251 ROOSEVELT BLVD, JACKSONVILLE FL 32210-2061

GEORGE, Ruby (Id #          , dob:

**Family History**

| RelationshipDescription | | Onset Age Died of this Age Resolved Age Notes LastModified by Organization Details LastModified Time | | |
|---|---|---|---|---|
| Mother | Arthritis | | smackey23 | Not available | 04/30/2025 09:36:31 |
| Brother | Arthritis | | smackey23 | Not available | 04/30/2025 09:36:31 |
| Sister | History of dementia | | smackey23 | Not available | 04/30/2025 09:36:31 |
| Sister | Alzheimer's disease | | smackey23 | Not available | 04/30/2025 09:36:31 |
| Sister | Arthritis | | smackey23 | Not available | 04/30/2025 09:36:31 |
| Sister | Squamous cell carcinoma | | smackey23 | Not available | 04/30/2025 09:36:31 |
| Father | Arthritis | | smackey23 | Not available | 04/30/2025 09:36:31 |
| Father | Emphysema | | smackey23 | Not available | 04/30/2025 09:36:31 |

**Medical History**

| Condition | Response |
|---|---|
| Diabetes | Y |
| Back pain | Y |
| Nerve Damage / Neuropathy | Y |
| Arthritis | Y |

**Gynecological History**

| Statement/Question | Response |
|---|---|
| Menses Monthly | N |
| STIs/STDs | N |
| If Past Menopausal, Age at Menopause | 45 |
| Date of Last Mammogram | 04/25/1995 |
| Age at First Child | 16 |

Obstetrics History

GPA:
G 0 P 0 0 0 0

Millennium Physician Group LLC                    George, Ruby (ID: 4181509), DOB:

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 5/1/2025

## 05/01/2025 - Scanned Document in Health Information Management Dept (continued)

**Note Tab Other Clinical Notes (continued)**

| athena | 05-01-2025 6:32 AM ET | 511-289533790 | pg 14 of 18 |

**Do you want to receive future Transition of Care documents electronically?**
Please email athena with your Direct Address at "DirectMessaging@athenahealth.com".

Millennium Physician Group LLC • 4291 ROOSEVELT BLVD, JACKSONVILLE FL 32210-2061

**GEORGE, Ruby (id #____, dob:____**

### Immunizations

| Vaccine Type | Date | Status | Note | Provider Name and Address | Organization Details | Recorded Time |
|---|---|---|---|---|---|---|
| Influenza, adjuvanted, trivalent, PF | 09/20/2024 completed | | | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC | 04/30/2025 08:43:24 |
| | | | | 2675 Winkler Ave Fl 2, Fort Myers, | | |
| | | | | FL, 33901-9342, US | | |
| zoster recombinant | 07/09/2020 completed | | | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC | 04/30/2025 06:43:24 |
| | | | | 2675 Winkler Ave Fl 2, Fort Myers, | | |
| | | | | FL, 33901-9342, US | | |
| influenza, high-dose, quadrivalent, PF | 01/03/2024 completed | | | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC | 04/30/2025 06:43:24 |
| | | | | 2675 Winkler Ave Fl 2, Fort Myers, | | |
| | | | | FL, 33901-9342, US | | |
| Influenza, high-dose, quadrivalent, PF | 09/13/2022 completed | | | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC | 04/30/2025 06:43:24 |
| | | | | 2675 Winkler Ave Fl 2, Fort Myers, | | |
| | | | | FL, 33901-9342, US | | |
| COVID-19, mRNA, LNP-S, PF, 100 mcg/0.5mL dose or 50 mcg/0.25mL dose | 02/18/2021 completed | | | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC | 04/30/2025 06:43:24 |
| | | | | 2675 Winkler Ave Fl 2, Fort Myers, | | |
| | | | | FL, 33901-9342, US | | |
| COVID-19, mRNA, LNP-S, PF, 100 mcg/0.5mL dose or 50 mcg/0.25mL dose | 03/18/2021 completed | | | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC | 04/30/2025 06:43:24 |
| | | | | 2675 Winkler Ave Fl 2, Fort Myers, | | |
| | | | | FL, 33901-9342, US | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 11/16/2021 completed | | | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC | 04/30/2025 06:43:24 |
| | | | | 2675 Winkler Ave Fl 2, Fort Myers, | | |
| | | | | FL, 33901-9342, US | | |
| Pneumococcal conjugate PCV20, polysaccharide CRM197 conjugate, adjuvant, PF | 09/13/2022 completed | | | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC | 04/30/2025 06:43:24 |
| | | | | 2675 Winkler Ave Fl 2, Fort Myers, | | |
| | | | | FL, 33901-9342, US | | |
| pneumococcal polysaccharide PPV23 | 12/12/2016 completed | | | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC | 04/30/2025 06:43:24 |
| | | | | 2675 Winkler Ave Fl 2, Fort Myers, | | |
| | | | | FL, 33901-9342, US | | |

Millennium Physician Group LLC

George, Ruby (ID: 4181509), DOB

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
_____ Legal Sex: F

Visit date: 5/1/2025

## 05/01/2025 - Scanned Document in Health Information Management Dept (continued)

**Note Tab Other Clinical Notes (continued)**

athena              05-01-2025 6:32 AM ET              511-289530780              pg 15 of 18

Do you want to receive future Transition of Care documents electronically?
Please email athena with your Direct Address at "DirectMessaging@athenahealth.com".

Millennium Physician Group LLC • 4291 ROOSEVELT BLVD, JACKSONVILLE FL 32210-2061

GEORGE, Ruby (id #___) dob: ___

| | | | |
|---|---|---|---|
| Pneumococcal conjugate PCV 13 | 03/29/2016 completed | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC  04/30/2025 06:43:24 |
| | | 2675 Winkler Ave Fl 2, Fort Myers, | |
| | | FL, 33901-9342, US | |
| zoster live | 07/11/2017 completed | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC  04/30/2025 06:43:24 |
| | | 2675 Winkler Ave Fl 2, Fort Myers, | |
| | | FL, 33901-9342, US | |
| Influenza, high-dose, trivalent, PF | 10/21/2019 completed | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC  04/30/2025 06:43:24 |
| | | 2675 Winkler Ave Fl 2, Fort Myers, | |
| | | FL, 33901-9342, US | |
| Influenza, high-dose, trivalent, PF | 11/03/2017 completed | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC  04/30/2025 06:43:24 |
| | | 2675 Winkler Ave Fl 2, Fort Myers, | |
| | | FL, 33901-9342, US | |
| Influenza, split virus, trivalent, preservative | 09/27/2011 completed | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC  04/30/2025 06:43:24 |
| | | 2675 Winkler Ave Fl 2, Fort Myers, | |
| | | FL, 33901-9342, US | |
| Influenza, split virus, trivalent, preservative | 12/12/2012 completed | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC  04/30/2025 06:43:24 |
| | | 2675 Winkler Ave Fl 2, Fort Myers, | |
| | | FL, 33901-9342, US | |
| Influenza, split virus, trivalent, PF | 11/11/2014 completed | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC  04/30/2025 06:43:24 |
| | | 2675 Winkler Ave Fl 2, Fort Myers, | |
| | | FL, 33901-9342, US | |
| Td (adult), 2 Lf tetanus toxoid, preservative free, adsorbed | 07/09/2020 completed | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC  04/30/2025 06:43:24 |
| | | 2675 Winkler Ave Fl 2, Fort Myers, | |
| | | FL, 33901-9342, US | |
| Influenza, split virus, quadrivalent, PF | 03/09/2022 completed | SONA DOLSENHE, APRN | FL - Millennium Physician Group, LLC  04/30/2025 06:43:24 |
| | | 2675 Winkler Ave Fl 2, Fort Myers, | |
| | | FL, 33901-9342, US | |

Millennium Physician Group LLC              George, Ruby (ID: 4181509), DOB: ___

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 5/1/2025

## 05/01/2025 - Scanned Document in Health Information Management Dept (continued)

**Note Tab Other Clinical Notes (continued)**

athena                    05-01-2025 6:32 AM ET              511-289530780                                    pc 16 of 18

Do you want to receive future Transition of Care documents electronically?
Please email athena with your Direct Address at "DirectMessaging@athenahealth.com".

Millennium Physician Group LLC • 4291 ROOSEVELT BLVD, JACKSONVILLE FL 32210-2061

GEORGE, Ruby (Id #          dob:

**Past Encounters**

| Encounter Performer ID | Location | Encounter Start Date | Encounter Closed Date | Diagnosis/Indication | DiagnosisSNOMED-CT Code | DiagnosisICD10 Code | DiagnosisDiagnosis Note |
|---|---|---|---|---|---|---|---|
| 33140658 SONA DOLSENHE, APRN | MPG JACKSONVILLE ROOSEVELT 4291 ROOSEVELT BLVD JACKSONVILLE, FL 32210-2061 | 04/30/2025 09:34:35 | 04/30/2025 10:41:00 | Essential hypertension | 59621000 | I10 | Chronic condition, stable at blood pressure goal. Needs monitoring. Prescription drug management: Continue medications as in med list. Continue with therapeutic lifestyle changes (TLC) and continue home bp monitoring. Plan of care will be to use TLC and/or medications with periodic follow up visits to maintain a safe blood pressure goal of 140/90 or lower. Follow up as scheduled. BP 118/76 reviewed outside labs dated 12/17/24 BUN/Cr 27/1.89, GFR 26, K 5.1, Hb 10.7 on amlodipine 5mg, chlorthalidone 25mg, losartan 50mg under care of nephrology EKG today shows SR with AVB, no ST elevation |
| | | | | Hyperlipidemia | 55822004 | E78.5 | - Chronic condition, managed by endo - Continue atorvastatin therapy. - will request labs from endo |
| | | | | Diabetes mellitus | 73211009 | E11.29 R80.9 | - Chronic, stable condition with A1c at 7.2, indicating controlled diabetes. - history high AGR was 334 dated 11/3/23 - at one point on SGLT2 but discontinued for unknown reason - review of outside labs dated 12/17/24 AGR 86 - on ARB |
| | | | | Type 2 diabetes mellitus | 44054006 | E11.8 | - Chronic condition with A1c at 7.2, indicating controlled diabetes. - with associated hyperglycemia, HLD, CKD - makes LDL goal <70, no statin - will request notes from endo |
| | | | | Moderate recurrent major depression | 16818009 | F33.1 | chronic problem, stable with no significant clinical changes. Needs monitoring. Prescription drug management: Continue medications as in med list. Follow up as scheduled. - Currently on duloxetine (Cymbalta) 30 mg daily but with uncontrolled pain and insomnia - consider increase duloxetine to 40 mg daily - for now will increase seroquel |
| | | | | Polyneuropathy | 42345000 | G62.9 | chronic problem, unstable - diabetic, history lumbar stenosis. tried gabapentin made her too shaky - Symptoms include burning and sticking pain in legs, possibly related to diabetes or other causes. - under care of |

Millennium Physician Group LLC

George, Ruby (ID: 4181509), DOB:

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 5/1/2025

## 05/01/2025 - Scanned Document in Health Information Management Dept (continued)

**Note Tab Other Clinical Notes (continued)**

| athena | 05-01-2025 6:32 AM ET | 511-289530780 | | pg 17 of 18 |

**Do you want to receive future Transition of Care documents electronically?**
Please email athena with your Direct Address at "DirectMessaging@athenahealth.com".

Millennium Physician Group LLC • 4251 ROOSEVELT BLVD, JACKSONVILLE FL 32210-2061

GEORGE, Ruby (id # [redacted] dob: [redacted]

| | | | |
|---|---|---|---|
| | | | pain management with last advanced imaging maybe 3 years ago, advised that she discuss if MRI indicated to evaluate for potentially worsening stenosis - Check vitamin B12 levels rule out deficiency |
| Chronic kidney disease due to type 2 diabetes mellitus | 771000119108 | E11.22 | - Stage 3 chronic kidney disease. - Continue current management with nephrologist - Monitor kidney function regularly. - Avoid nephrotoxic medications. |
| Insomnia | 193462001 | G47.00 | - Currently on quetiapine (Seroquel) 25 mg for sleep. - Increase quetiapine to 50 mg nightly to improve sleep quality. - Monitor for effectiveness and any side effects. |
| Degenerative lumbar spinal stenosis | 202788007 | M48.061 | - Chronic condition with history of spinal stimulator placement. - agreeable to PT for gait training/strengthening |
| Osteoporosis | 64859006 | M81.0 | - History of osteoporosis, previously managed by PCP - Ordered bone density scan as it has been over 2 years since the last evaluation. |
| Epigastric pain | 79922009 | R10.13 | acute problem, unstable could be GERD but given multiple risk factors for CAD (DM, HLD, HTN, BMI) and no prior cardiac eval with send for further evaluation |
| Constipation | 14760008 | K59.00 | Chronic condition. - Educated patient on the benefits of magnesium supplementation for constipation relief. - could benefit from starting a magnesium however should exercise caution given her CKD |
| Chronic kidney disease stage 4 | 431857002 | N18.4 | chronic problem, stable with no significant clinical changes in gfr, GFR 29-15. Needs monitoring. Prescription drug management: Continue medications as in med list. Plan of care: Encouraged patient to avoid all NSAIDs and aspirin products. Emphasized importance of maintaining good bp control. Will recheck renal function with next lab order. |

**Goals Section**
None Recorded

Millennium Physician Group LLC

George, Ruby (ID: 4181509), DOB: [redacted]

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 5/1/2025

## 05/01/2025 - Scanned Document in Health Information Management Dept (continued)

**Note Tab Other Clinical Notes (continued)**

athena    05-01-2025 6:32 AM ET    511-289530780    pg 18 of 18

**Do you want to receive future Transition of Care documents electronically?**
Please email athena with your Direct Address at "Direct:Messaging@athenahealth.com".

Millennium Physician Group LLC · 4291 ROOSEVELT BLVD, JACKSONVILLE FL 32210-2061

**GEORGE, Ruby (Id #_____   dob:_____**

**Health Concerns Section**

| Related Observation | | LastModified by | Organization Details | | LastModified Time |
|---|---|---|---|---|---|
| None Recorded | | | | | |
| Concern | Status | LastModified by | Organization Details | | LastModified Time |
| None Recorded | | | | | |

**Notes**

| Note Date | Note Type | Note | Provider Name and Address | Organization Details | Recorded Time |
|---|---|---|---|---|---|
| 04/30/2025 | text/html | The patient is a 62-year-old female with a history of DM, HLD, HTN, insomnia, osteoporosis, lumbar stenosis, and neuropathy, presenting for establishment of care. The patient has been under the care of Dr. Craig Shapiro (nephrologist) and Dr. David Sutton (endocrinologist). She is currently on multiple medications, including quetiapine, baclofen, duloxetine, atorvastatin, and calcitriol. She was previously on Farxiga but discontinued it but she does not remember why. | SONA DOLSENHE, APRN | Millennium Physician Group, LLC | 04/30/2025 18:33:19 |

2675 Winkler Ave Fl 2, Fort Myers, FL, 33901-9342, US

She reports experiencing burning and "sticky" sensations in her legs, which start at the knee and radiate downwards. She denies sensation being crampy pain and has a history of sciatic pain. She has a spinal cord stimulator implanted for pain management and has undergone back surgery with the Lyreley group at Baptist, performed by Dr. Andrew Shaw. She has not had recent imaging studies, with the last MRI being 3-4 years ago. She has not been evaluated by a vascular specialist.

She also reports difficulty sleeping and has been prescribed quetiapine 25 mg for sleep. She denies doubling the dose on her own. She also reports episodes of burning sensations in her chest, which she describes as "burning in my heart." She has not had a formal cardiac evaluation recently, but did have an echo at some point. She denies any family history of heart disease, heart attacks, strokes, or open heart surgery.

QUALITY MEASURE QUESTIONNAIRE
??A ??A ??A ??A Has the Patient had a fracture in the last year ??A ??A ??A ??
A ??A ??A ??A ??A No
??A ??A ??A ??A Has the Patient had a bone density testing performed before
??A ??A ??A ??A ??A ??A ??A ??A No
??A ??A ??A ??A Has the Patient been diagnosed as having osteoporosis ??
A ??A ??A ??A ??A ??A ??A ??A Yes
Imported from: Phreesia on 04/30/2025

**Payers**

| Encounter Date | Sequence | Insurance Name | Policy Number | Policy Holder Name | Covered Member ID | Holder Member ID | Guarantor Name |
|---|---|---|---|---|---|---|---|
| 04/30/2025 | 1 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - PPO) | | Ruby R George | | | Ruby George |

Millennium Physician Group LLC

George, Ruby (ID: 4181509), DOB:_____

Electronically signed by Interface, Scan In at 5/1/2025  9:20 AM

## Attribution Key

Attribution information is not available for this note.

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 5/1/2025

## 05/01/2025 - Scanned Document in Health Information Management Dept (continued)

Note Tab Other Clinical Notes (continued)

## 01/30/2025 - Clinical Documentation Only in Baptist Primary Care - Lane Avenue

Visit Information

Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| Baptist Primary Care - Lane Avenue | 810 Lane Avenue South Jacksonville FL 32205-4785 | 904-783-9680 | 904-390-7464 |

Note Tab Other Clinical Notes

Scanned Document Acknowledgement

Filed on 7/8/2025 1342

Outside Endocrine - Scan on 7/8/2025: 07/08/2025, Outside Endocrine (below)

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
Legal Sex: F
Visit date: 5/20/2025

## 05/20/2025 - Consult in Baptist Heart Specialists - University (continued)

**Other Clinical Notes Abstract (continued)**

**Reason For Consult**[NP.1T]
Consults[NP.1M]

Ruby R George[NP.2T] is a[NP.1T] 82 y.o. female[NP.2T]

History of Present Illness
The patient, an 82-year-old female, presents for evaluation of thoracic pain.

Thoracic Pain
- Intermittent, sharp, pyrosis in her chest
- Increasing in frequency
- Severe enough to disrupt activities
- Necessitates deep breaths for relief
- Duration typically a few minutes
- Occasional paresthesia in both jaws during episodes
- Last episode occurred on Sunday, brief in duration
- No history of cardiac issues
- Never undergone cardiac testing such as stress tests or echocardiograms
- Does not monitor blood pressure at home
- Has not checked blood pressure during episodes

Gastrointestinal Issues
- Recent abdominal pain
- Emesis
- Has not sought medical attention for these symptoms
- Differentiates thoracic pain from gastrointestinal symptoms

Supplemental information: She has recently transitioned to a new primary care provider within the Millennium group, where she underwent several diagnostic tests. She is currently on amlodipine, losartan, and chlorthalidone for hypertension, managed by Dr. Shapiro. She has a history of chronic kidney disease, anemia, hypercholesterolemia, and hypertension, all of which are currently stable. She is on insulin for diabetes mellitus and has a preference for sweets.

SOCIAL HISTORY
- Occupation: Teacher
- Diet: Stopped eating pork and beef nine years ago
- Tobacco: Does not smoke

FAMILY HISTORY
- Mother: Died young from cirrhosis due to a drinking problem
- Father: Died young from lung cancer, was a smoker
- Sister: Had a mastectomy at an early age, died from complications related to it

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
~~~~~~~~~~~~ Legal Sex: F
Visit date: 5/20/2025

## 05/20/2025 - Consult in Baptist Heart Specialists - University (continued)

### Other Clinical Notes Abstract (continued)

- Negative for heart problems, early heart disease, and sudden death at a young age in first-degree relatives[NP.1M]

**Medical History**:
PMH: Medical History
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Diabetes mellitus (CMS/HCC) | |
| • Hypertension | |
| • Obesity | |

Surgical History: Surgical History
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • EYE SURGERY | | |
| • HYSTERECTOMY | | |
| • SPINE SURGERY | | |

Tobacco History: Tobacco Use History
**Social History**

| Tobacco Use | |
|---|---|
| Smoking Status | Never |
| Smokeless Tobacco | Never |

Family Hx: Family History
**Family History**

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Alcohol abuse | Mother | Bessie Moore | |

**Allergies:**
Allergies
**Allergies**

| Allergen | Reactions |
|---|---|
| • Metformin | Other |
| • Ace Inhibitors | |
| • Gabapentin | |
|    *Other reaction(s): shakiness* | |
| • Simvastatin[NP.1T] | |

**Medications:**[NP.1T]
**Current Outpatient Medications**

| Medication | Instructions |
|---|---|
| • acetaminophen (Tylenol Extra Strength) 500 mg powder in packet | Every 12 hours |

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
                Legal Sex: F
Visit date: 5/20/2025

## 05/20/2025 - Consult in Baptist Heart Specialists - University (continued)

### Other Clinical Notes Abstract (continued)

| | |
|---|---|
| • amLODIPine (NORVASC) | 5 mg, oral, Daily, as directed |
| • aspirin 81 mg EC tablet | Every 24 hours |
| • atorvastatin (LIPITOR) | 40 mg, oral, Daily 24 Hours |
| • baclofen (LIORESAL) | 10 mg, oral, 2 times daily |
| • calcitriol (Rocaltrol) 0.25 mcg capsule | |
| • chlorthalidone (HYGROTON) | 25 mg, oral, Daily |
| • DULoxetine (CYMBALTA) | 30 mg, oral, Daily |
| • DULoxetine (CYMBALTA) | 30 mg, oral, Daily 24 Hours |
| • ferrous sulfate 325 (65 Fe) MG tablet | |
| • FreeStyle Libre sensor system (FreeStyle Libre 14 Day Sensor) kit | APPLY ONE SENSOR TO THE BACK OF YOUR UPPER ARM. REPLACE EVERY 14 DAYS. |
| • ibuprofen (ADVIL/MOTRIN) | 800 mg, oral, 3 times daily |
| • losartan (COZAAR) | 50 mg, oral, Daily 24 Hours |
| • metoprolol tartrate (LOPRESSOR) | 12.5 mg, oral, 2 times daily |
| • nitroglycerin (NITROSTAT) | 0.4 mg, sublingual, Every 5 min PRN, May repeat dose every 5 minutes for up to 3 doses total. |
| • QUEtiapine (SEROquel) 25 mg tablet | TAKE ONE TABLET BY MOUTH ONE TIME DAILY AT BEDTIME. MAY INCREASE TO TAKE TWO TABLETS BY MOUTH AT BEDTIME TO REACH DESIRED EFFECT.[NP.2T] |

## Review of Systems[NP.1T]
ROS[NP.1M]

## Last Recorded Vitals[NP.1T]
Blood pressure 125/76, pulse (!) 102, height 1.676 m (5' 6"), weight 103 kg (227 lb 6.4 oz).[NP.2T]

## Physical Exam
Constitutional:
  General:[NP.1T] Awake[NP.3T].
  Appearance:[NP.1T] Normal[NP.3T] and[NP.1T] healthy[NP.3T] appearance.[NP.1T] Not in distress[NP.3T].
Eyes:
  General:[NP.1T] Vision grossly intact[NP.3T].
HENT:
  Head:[NP.1T] Normocephalic[NP.3T].
Neck:
  Vascular: No[NP.1T] JVR[NP.3T]. JVD[NP.1T] normal[NP.3T].
Pulmonary:
  Effort: Pulmonary effort is[NP.1T] normal[NP.3T].
  Breath sounds: Normal[NP.1T] breath sounds[NP.3T].[NP.1T] No wheezing[NP.3T].[NP.1T] No rhonchi[NP.3T].[NP.1T] No rales[NP.3T].
Chest:
  Chest wall:[NP.1T] Not tender to palpatation[NP.3T].
Cardiovascular:

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 5/20/2025

## 05/20/2025 - Consult in Baptist Heart Specialists - University (continued)

### Other Clinical Notes Abstract (continued)

PMI at[NP.1T] left midclavicular line[NP.3T].[NP.1T] Normal rate[NP.3T].[NP.1T] Regular rhythm[NP 3T].[NP.1T] Normal[NP.3T] S1 with[NP.1T] normal intensity[NP.3T].[NP.1T] Normal[NP.3T] S2 with[NP.1T] normal intensity[NP.3T].

Murmurs: There is a[NP.1T] systolic[NP.3M] murmur.[NP.1T]

S4 Gallop[NP.3M].[NP.1T] No[NP.3T] click.[NP.1T] No[NP.3T] rub.

Pulses:[NP.1T]

Intact distal pulses[NP.3T].

Abdominal:

General: Bowel sounds are[NP.1T] normal[NP.3T].

Palpations: Abdomen is[NP.1T] soft[NP.3T].

Tenderness: There is[NP.1T] no abdominal tenderness[NP.3˜].

Musculoskeletal:[NP.1T] Normal range of motion[NP.3T].

General: No[NP.1T] tenderness[NP.3T]. Skin:

General: Skin is[NP.1T] warm[NP.3T] and[NP.1T] dry[NP.3T].

Neurological:

General:[NP.1T] No focal deficit[NP.3T] present.

Mental Status:[NP.1T] Alert[NP.3T] and[NP.1T] oriented to person, place and time[NP.3T].

Psychiatric:

Behavior: Behavior is[NP.1T] cooperative[NP.3T].[NP.1T]

Physical Exam
Vital Signs: Heart rate is elevated.[NP.1M]

### Relevant Results

**Heme**[NP.1T]

**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 8.34 | 11/03/2023 |
| HGB | 10.8 (L) | 11/03/2023 |
| HCT | 33.8 (L) | 11/03/2023 |
| PLT | 391 | 11/03/2023[NP.2T] |

**Chem** –[NP.1T]

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 140 | 11/03/2023 |
| K | 4.5 | 11/03/2023 |
| BUN | 36 (H) | 11/03/2023 |
| CREATININE | 1.7 (H) | 11/03/2023 |
| ALBUMIN | 4.4 | 11/03/2023 |
| AST | 16 | 11/03/2023 |
| ALT | 14 | 11/03/2023 |

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
████████████  Legal Sex: F
Visit date: 5/20/2025

## 05/20/2025 - Consult in Baptist Heart Specialists - University (continued)

### Other Clinical Notes Abstract (continued)

| | | |
|---|---|---|
| BNP | 4 | 07/03/2023 [NP.2T] |

**Lipid** [NP.1T]
**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| LDLHDL | 0.9 | 03/04/2019 0621 |
| HDL | 64 | 07/03/2023 1118 |
| HDL | 63 | 09/22/2022 1106 |
| HDL | 61 | 03/03/2021 1438 |
| HDL | 72 | 07/09/2020 1154 |
| HDL | 52 | 03/04/2019 0621 |
| LDLCALC | 47 | 03/04/2019 0621 [NP.2T] |

**Endo** [NP.1T]
**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.64 | 09/22/2022 |
| HGBA1C | 7.2 (H) | 07/03/2023 [NP.2T] |

**Cardiac Tests:** [NP.1T]

Results
Labs
 - Hemoglobin A1c: 7.2

Diagnostic Testing
 - EKG: Low voltage, sinus rhythm, rate of 99 [NP.1M]

**Echocardiogram:** [NP.1T]
No results found. [NP.2T]

**Stress Test:**
No results found for this or any previous visit.

**Vascular:**
No results found for this or any previous visit. [NP.1T]

No results found for this visit on 05/20/25.

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 5/20/2025

## 05/20/2025 - Consult in Baptist Heart Specialists - University (continued)

**Other Clinical Notes Abstract (continued)**

**Assessment & Plan**
**Problem List Items Addressed This Visit**

### Respiratory failure (CMS/HCC)
Relevant Orders
ECG 12 lead - Clinic Performed

### Hypertension
Relevant Medications
nitroglycerin (Nitrostat) 0.4 mg SL tablet
metoprolol tartrate (Lopressor) 25 mg tablet

Other Relevant Orders
ECG 12 lead - Clinic Performed

### Type 2 DM with CKD stage 4 and hypertension (CMS/HCC)
Relevant Medications
nitroglycerin (Nitrostat) 0.4 mg SL tablet
metoprolol tartrate (Lopressor) 25 mg tablet

### CKD stage 4 secondary to hypertension (CMS/HCC)
Relevant Medications
nitroglycerin (Nitrostat) 0.4 mg SL tablet
metoprolol tartrate (Lopressor) 25 mg tablet

**Other Visit Diagnoses**

### Atherosclerosis of native coronary artery of native heart with angina pectoris  - Primary
Relevant Medications
nitroglycerin (Nitrostat) 0.4 mg SL tablet
metoprolol tartrate (Lopressor) 25 mg tablet

Other Relevant Orders
NM Cardiac Spect
CT heart calcium scoring wo IV contrast

### Chest pain due to myocardial ischemia, unspecified ischemic chest pain type
### Benign essential HTN
Relevant Medications
nitroglycerin (Nitrostat) 0.4 mg SL tablet
metoprolol tartrate (Lopressor) 25 mg tablet

### Shortness of breath
Relevant Orders
NM Cardiac Spect

### Heart murmur
Relevant Orders

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
�—————————————  Legal Sex: F
Visit date: 5/20/2025

## 06/20/2025 - Consult in Baptist Heart Specialists - University (continued)

**Other Clinical Notes Abstract (continued)**

Transthoracic echo (TTE) complete[NP.2T]

## Assessment & Plan

1. Chest discomfort:
- Symptoms may be indicative of angina,
- Non-contrast CT scan to assess plaque accumulation[NP.1M]–coronary calcium score[NP.3M]
- Echocardiogram without contrast
- Stress test with a slower protocol; Lexiscan may be administered if necessary
- Prescribed nitroglycerin for use as needed; take one tablet sublingually if the burning sensation persists beyond 5 minutes
- Monitor blood pressure before and after taking nitroglycerin
- If burning sensation persists, becomes severe, or is accompanied by sweating or shortness of breath, call 911
- Prescribed metoprolol 12.5 mg, half a tablet twice daily
- Continue current regimen of amlodipine and losartan
- If blood pressure decreases, reduce chlorthalidone and amlodipine by half before initiating metoprolol

2. Diabetes mellitus:
- Hemoglobin A1c is 7.2
- Currently on insulin and another hypoglycemic agent
- Caution advised with dramatic dietary changes to avoid hypoglycemia
- Detox program to eliminate unhealthy foods from diet
- Avoid processed sugar, candies, juices, and foods high in sugar, oil, and salt

Risks, benefits, and alternatives of treatment were discussed, including the potential impact of contrast on renal function, the use of non-contrast imaging modalities, and the management of angina with medications. The patient was informed about the importance of monitoring blood pressure and the steps to take in case of severe symptoms. Dietary modifications were recommended to improve overall health and manage diabetes.

Follow-up:
- Follow-up appointment to monitor response to treatment and adjust medications as necessary.[NP.1M]

## PLAN:[NP.1T]
## Orders Placed This Encounter
Procedures
- CT heart calcium scoring wo IV contrast
- ECG 12 lead - Clinic Performed
- Transthoracic echo (TTE) complete
- NM Cardiac Spect

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
~~~~~~~~~~~~~~~~~ Legal Sex: F
Visit date: 5/20/2025

## 05/20/2025 - Consult in Baptist Heart Specialists - University (continued)

### Other Clinical Notes Abstract (continued)

Follow up in about 2 months (around 7/20/2025).[NP.2T]
I spent a total of[NP.1T] 30[NP.3M] minutes on tasks related to today's visit.[NP.1T]


Nehu C Patel, MD
05/20/25
2:27 PM[NP.2T]


 Contains text generated by DAX Copilot
Electronically signed by Patel, Nehu C, MD at 5/20/2025 2:27 PM

#### Attribution Key

NP.1 - Patel, Nehu C, MD on 5/20/2025 1:14 PM
NP.2 - Patel, Nehu C, MD on 5/20/2025 2:27 PM
NP.3 - Patel, Nehu C, MD on 5/20/2025 2:26 PM
M - Manual, T - Template


### After Visit Summary


AVS - Outpatient (below)

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 5/20/2025

## 05/20/2025 - Consult in Baptist Heart Specialists - University (continued)

**After Visit Summary (continued)**

---

## AFTER VISIT SUMMARY

BAPTIST HEART
SPECIALISTS

**Ruby R. George** MRN: ⬛⬛ CEID: 3HJ-KCZ3-43MP-GFVF

🗓 5/20/2025 1:00 PM ⚲ Baptist Heart Specialists - University 904-399-1171

### Instructions from N Patel, MD



Today's medication changes

⊗ START taking:
metoprolol tartrate (Lopressor)
nitroglycerin (Nitrostat)

Accurate as of May 20, 2025 2:27 PM.
Review your updated medication list below.

Pick up these medications at Publix #303? Normandy
Crossing - JACKSONVILLE, FL 7749 NORMANDY
BLVD, AT NORMANDY RD & NORMANDY VILLAGE
PKWY

• metoprolol tartrate 25 mg tablet
Your estimated payment per fill: $0

• nitroglycerin 0.4 mg SL tablet
Your estimated payment per fill: $16

Address: 7749 NORMANDY BLVD, JACKSONVILLE FL 32221
Phone: 904-781-2508

Referrals made today
ECG 12 lead - Clinic Performed
Expires: 5/20/2026 (requested)

Echocardiogram
Expires: 5/20/2026 (requested)

NM Cardiac Spect
Multiple visits requested (expires 5/20/2026)

COMPUTED TOMOGRAPHY HEART CALCIUM SCORING
WITHOUT INTRAVENOUS CONTRAST
Expires: 5/20/2026 (requested)



Follow up in about 2 months
(around 7/20/2025).

### Today's Visit

You saw N Patel, MD on Tuesday
May 20, 2025. The following
issues were addressed:
• Respiratory failure
• Secondary hypertension
• Type 2 DM with CKD stage 4
and hypertension
• CKD stage 4 secondary to
hypertension
• Heart disease due to blocked
artery
• Chest pain due to myocardial
ischemia, unspecified
ischemic chest pain type
• High blood pressure
• Shortness of breath
• Heart murmur

Blood
Pressure
125/76

BMI
36.70

Weight
227 lb
6.4 oz

Height
5' 6"

Pulse
102

## My Baptist Chart

View your After Visit Summary and more
online at https://my.baptistchart.com/
MyChart/.

Ruby R. George (MRN: ⬛⬛ • Printed at 5/20/2025 2:27 PM

Page 1 of 4 **Epic**

---

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

████████████, Legal Sex: F

Visit date: 5/20/2025

## 05/20/2025 - Consult in Baptist Heart Specialists - University (continued)

### After Visit Summary (continued)

## What's Next

| | | |
|---|---|---|
| JUL 29 2025 | Follow Up Appointment with B Apple, PA-C | Baptist Heart Specialists - University |
| | Tuesday July 29 1:00 PM (Arrive by 12:45 PM) | 3225 University Blvd South, Ste 104 |
| | Please bring any insurance information and a copayment if required by your insurance company. | JACKSONVILLE FL 32216-2757 |
| | | 904-399-1171 |

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
           , Legal Sex: F
Visit date: 5/20/2025

## 05/20/2025 - Consult in Baptist Heart Specialists - University (continued)

**After Visit Summary (continued)**

## Your Medication List as of May 20, 2025 2:27 PM

ⓘ Always use your most recent med list.

amLODIPine 5 mg tablet
Commonly known as Norvasc

TAKE ONE TABLET BY MOUTH ONE TIME DAILY AS DIRECTED

aspirin 81 mg EC tablet

atorvastatin 40 mg tablet
Commonly known as Lipitor

TAKE ONE TABLET BY MOUTH ONE TIME DAILY

baclofen 10 mg tablet
Commonly known as Lioresal

TAKE ONE TABLET BY MOUTH TWICE A DAY

calcitriol 0.25 mcg capsule
Commonly known as Rocaltrol

chlorthalidone 25 mg tablet
Commonly known as Hygroton

TAKE ONE TABLET BY MOUTH ONE TIME DAILY

* DULoxetine 30 mg DR capsule
Commonly known as Cymbalta

TAKE ONE CAPSULE BY MOUTH ONE TIME DAILY

* DULoxetine 30 mg DR capsule
Commonly known as Cymbalta

TAKE ONE CAPSULE BY MOUTH ONE TIME DAILY

ferrous sulfate 325 (65 Fe) MG tablet

FreeStyle Libre 14 Day Sensor kit
Commonly known as FreeStyle Libre sensor system

APPLY ONE SENSOR TO THE BACK OF YOUR UPPER ARM. REPLACE EVERY 14 DAYS.

ibuprofen 800 mg tablet
Commonly known as Advil/Motrin

losartan 50 mg tablet
Commonly known as Cozaar

TAKE ONE TABLET BY MOUTH ONE TIME DAILY

 metoprolol tartrate 25 mg tablet
Commonly known as Lopressor
START    Started by N Patel, MD

Take 0.5 tablets (12.5 mg) by mouth 2 (two) times a day.

 nitroglycerin 0.4 mg SL tablet
Commonly known as Nitrostat
START    Started by N Patel, MD

Place 1 tablet (0.4 mg) under the tongue every 5 (five) minutes if needed for chest pain. May repeat dose every 5 minutes for up to 3 doses total.

QUEtiapine 25 mg tablet
Commonly known as SEROquel

TAKE ONE TABLET BY MOUTH ONE TIME DAILY AT BEDTIME. MAY INCREASE TO TAKE TWO TABLETS BY MOUTH AT BEDTIME TO REACH DESIRED EFFECT.

Tylenol Extra Strength 500 mg powder in packet
Commonly known as acetaminophen

Ruby R. George (MRN: ▓▓▓ ) • Printed at 5/20/2025  2:27 PM

Page 3 of 4   *Epic*

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 5/20/2025

## 05/20/2025 - Consult in Baptist Heart Specialists - University (continued)

**After Visit Summary (continued)**

Your Medication List (continued) as of May 20, 2025  2:27 PM

✦ • This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions
carefully, and ask your doctor or other care provider to review them with you.

Currently Recommended Community Resources
No community resources selected in this encounter

Baptist Health has moved to a paperless billing system. This means you will be notified of any new bills via My
Baptist Chart, email and/or text based on your communication preferences. You can update your paperless
preferences in My Baptist Chart or visit BaptistJax.com/paperless to learn more.

FindHelp is a website that helps you find local services and support. Whether you need help with housing, food, health
care or other needs, FindHelp can connect you with the right resources in your community. Visit BaptistHealthJax.Find
Help.com to see what services are available to you.

Ruby R. George (MRN:          • Printed at 5/20/2025  2:27 PM

## 05/01/2025 - Scanned Document in Health Information Management Dept

**Visit information**

**Provider Information**

Printed on 7/29/25 at 3:13 PM                    Release ID: 177819377

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 6/30/2025

## 06/30/2025 - Scanned Document in Health Information Management Dept (continued)

**Note Tab Other Clinical Notes (continued)**

FROM:MaxFax (864-610-4880)  TO:PATEL, NEHU

30-Jun-2025 14:43 UTC  PAGE: 1/1

 **AKUMIN™**

Akumin Orange Park
2020 Professional Center Dr
Orange Park, FL 32073

Phone: (904) 272-2800
Fax: (904) 272-4760
Website: akumin.com

Exam requested by:
NEHU PATEL
2735 UNIVERSITY BLVD S
JACKSONVILLE FL 32216
Fax: (904) 727-3550
CT CALCIUM SCORE [75571] - Cardiac Vascular
View images in portal: https://physicians.akumin.com

Patient: GEORGE, RUBY
Date of Birth:
Phone:
MRN:           Acc:
Date of Exam: 06-25-2025

**EXAM: CT CARDIAC CALCIUM SCORE WITHOUT CONTRAST**

**TECHNIQUE:** Noncontrast axial projection images were obtained through the epicardial coronary arteries using prospective cardiac gating and with the use of automated exposure control or adjustment of mA/kV according to patient's size to reduce patient dose. Calcification was quantified using proprietary software on the Tera Recon image workstation.

**CLINICAL DATA:** Shortness of breath and burning in chest. Nonsmoker. History of hypertension. History of spine stimulator placement. Diagnosis: Atherosclerotic heart disease of native coronary artery with unspecified angina pectoris.
DLP 128.16

**PRIOR STUDIES:** No prior studies are available.

**FINDINGS:**
Left main (LM): 0

Left anterior descending (LAD): 77.4

Left circumflex (LCX): 0

Right coronary artery (RCA): 0

Posterior descending artery (PDA): 0

Total Agatston Score: 77.4

The visible portions of the lungs and upper abdomen are grossly unremarkable.

**IMPRESSION:**
Mildly elevated CT coronary calcium score of 77. In general, an asymptomatic individual with these results would be considered low risk for future MACE associated with underlying obstructive coronary disease. Consider follow-up calcium scoring in 3 years.

*Thank you for referring your patient to Akumin Orange Park*

Hadley, Johnathan, MD
*Electronically Signed: 06/30/2025*

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, he hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

Printed: 06-30-2025 10:43 AM

GEORGE, RUBY (Exam: 06-25-2025 2:45 PM)

Page 1 of 1

Electronically signed by Interface, Scan In at 6/30/2025 11:35 AM

## Attribution Key

Attribution information is not available for this note.

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
⬛⬛⬛⬛⬛⬛⬛⬛ Legal Sex: F
Visit date: 6/30/2025

**06/30/2025 - Scanned Document in Health Information Management Dept (continued)**

Note Tab Other Clinical Notes (continued)

## 05/20/2025 - Consult in Baptist Heart Specialists - University

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Patel, Nehu C, MD | Patel, Nehu C, MD | Dolsenhe, Sona, APRN |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Baptist Heart Specialists - University | 3225 University Blvd South, Ste 104 Jacksonville FL 32216-2757 | 904-399-1171 | 904-376-3208 |

#### Follow-up and Dispositions

Follow up in about 2 months (around 7/20/2025).

#### Level of Service

**Level of Service**
PR OFFICE/OUTPATIENT NEW MODERATE MDM 45 MINUTES

### Other Clinical Notes Abstract

**Progress Notes**

Patel, Nehu C, MD at 5/20/2025 1300



**BAPTIST HEART SPECIALISTS**

*Baptist Health ⸫ Jacksonville*

**BHS CARDIOLOGY CONSULT**
**Cardiology Consult Note**

Date of Service:[NP.1T] 5/20/2025
Ruby R George

⬛⬛⬛⬛
82 y.o.
female
⬛⬛⬛⬛[NP.2T]

Consult requested by Dr.[NP.1T] Dolsenhe[NP.2T]

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 7/9/2025

### 07/09/2025 - Scanned Document in Health Information Management Dept (continued)

**Visit Information (continued)**

**Encounter Provider**

Scanned Documents, Provider

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Health Information Management Dept | 3563 Philips Highway, Building B, Suite 201 Jacksonville FL 32207-5663 | 904-202-5380 | 904-202-5381 |

**Note Tab Other Clinical Notes**

**Scanned Document Acknowledgement**

Filed on 7/10/2025 0919

Outside Diagnostic Testing - Scan on 7/10/2025: AKUMIN ECHO WITH SPECT (below)

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
_____, Legal Sex: F

Visit date: 7/9/2025

**07/09/2025 - Scanned Document in Health Information Management Dept (continued)**

Note Tab Other Clinical Notes (continued)

FROM:MaxFax (864-610-4880)  TO:PATEL, NEHU

09-Jul-2025 20:43 UTC  PAGE: 1/2

 **AKUMIN™**
Akumin Orange Park
2020 Professional Center Dr
Orange Park, FL 32073

Phone: (904) 272-2800
Fax: (904) 272-4763
Website: akumin.com



Exam requested by:
NEHU PATEL
2735 UNIVERSITY BLVD S
JACKSONVILLE FL 32216
Fax: (904) 727-3550
ECHOCARDIOGRAPHY WITH SPECTRAL DOPPLER [93306] - Cardiac
Vascular
View images in portal: https://physicians.akumin.com

Patient: GEORGE, RUBY
Date of Birth: _____
Phone: _____
MRN: _____  Acc: _____
Date of Exam: 07-09-2025

EXAM:  ECHOCARDIOGRAPHY WITH SPECTRAL DOPPLER

CLINICAL HISTORY: Murmur

TECHNIQUE: This 2D echo with Doppler and color-flow interrogation was obtained in the standard parasternal, apical and subcostal views. The quality of the study and scan are both adequate for interpretation. Technically difficult study.

FINDINGS:
IVSd 1.11 cm

LVIDd 3.9 cm

LVPWd 1.15 cm

LA diam 3.0 cm

AO diam 3.1 cm

MV e/a ratio 0.643

Av vmax 147 cm/s

Left Ventricle: Mild concentric LVH.  Normal LV size.  Stage I diastolic dysfunction.  No gross wall motion abnormalities seen.

IVS:  Interventricular septum appears intact.  Inter atrial septum appears thin.  Cannot rule out shunt.

Ejection Fraction:  65%.  (Normal Range 50 - 80%)

Right Ventricle: Normal size and function.

Right Atrium: Normal size

Left Atrium: Normal size

Aorta: Proximal aortic root visualized normal size.  Sinus of Valsalva 3.1 cm

Aortic Valve: Poorly visualized on short axis.  No aortic stenosis.  Mild eccentric aortic insufficiency.

Mitral Valve: Mildly thickened.  Trace mitral regurgitation.  Mild MAC.

Pulmonic Valve: Poorly visualized

Tricuspid Valve: Mild tricuspid insufficiency.  RV systolic pressure 31 mm Hg.

Pericardium: Epicardial fat pad present.

IMPRESSION:
Ejection fraction 65%.  Mild concentric LVH.  Stage I diastolic dysfunction.  Mild eccentric aortic insufficiency.  Trace mitral regurgitation.  Mild tricuspid insufficiency.

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, he is hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Printed: 07-09-2025 4:42 PM             GEORGE, RUBY (Exam: 07-09-2025 2:00 PM)                     Page 1 of 2

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 7/9/2025

## 07/09/2025 - Scanned Document in Health Information Management Dept (continued)

### Note Tab Other Clinical Notes (continued)

FROM:MaxFax (864-610-4880) TO:PATEL, NEHU

09-Jul-2025 20:43 UTC PAGE: 2/2

 **AKUMIN™**

Akumin Orange Park
2020 Professional Center Dr
Orange Park, FL 32073

Phone: (904) 272-2800
Fax: (904) 272-4760
Website: akumin.com



*Thank you for referring your patient to Akumin Orange Park*

URBANDT, PABLO, MD
*Electronically Signed: 07/09/2025*

Broward

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

Printed: 07-09-2025 4:42 PM          GEORGE, RUBY (Exam: 07-09-2025 2:00 PM)          Page 2 of 2

Electronically signed by Interface, Scan In at 7/10/2025  9:19 AM

### Attribution Key

Attribution information is not available for this note.

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 7/9/2025

## 07/09/2025 - Scanned Document in Health Information Management Dept (continued)

**Note Tab Other Clinical Notes (continued)**

## 06/30/2025 - Scanned Document in Health Information Management Dept

**Visit Information**

**Provider Information**

**Encounter Provider**

Scanned Documents, Provider

**Department**

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| Health Information Management Dept | 3563 Philips Highway, Building B, Suite 201 Jacksonville FL 32207-5663 | 904-202-5380 | 904-202-5381 |

**Note Tab Other Clinical Notes**

**Scanned Document Acknowledgement**

**Filed on 6/30/2026 1135**

Outside CT Scan - Scan on 6/30/2025: AKUMIN CT CALCIUM SCORE 06/25/2025 (below)



## *****Enclosed are confidential records*****

### If you have any questions, please contact:

### Baptist Health Release Of Information

**Phone: 904.202.5380**
**Fax: 904.202.5381**

**P.O. Box 10757**
**Jacksonville, FL 32247**

**https://www.baptistjax.com/**

## MESSAGE: Activate your My Baptist Chart account!

**The My Baptist Chart portal also provides access to records. Records are available at any time once you've signed up. Visit-** my.baptistchart.com **, Simply call technical support at 844.622.0622**

**Images on disc will be processed by the Radiology Department.**
If you have any questions, please contact-. Radiology: 904.202.2167

**Itemized Medical Bill/ UB-04, is processed by the Billing Department.**
If you have any questions, please contact- Billing: 904.202.2092

This message is confidential, intended for the named recipient(s) and may contain information that is (i) proprietary to the sender, or (ii) privileged, confidential, and/or otherwise exempt from disclosure under applicable Florida and federal law, including but not limited to, privacy standards imposed pursuant to the federal Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). If you receive this message in error, or are not a named recipient, you are notified that the review, use, dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not a named recipient, please notify the sender immediately at the telephone number above (if long distance, you may call collect), notify the Baptist Health Privacy Officer at 904.202.HIPA (4472) and destroy any copies in any form. Receipt by anyone other than the named recipient(s) is not a waiver of any applicable privilege. Thank you in advance for your compliance with this notice.

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
Legal Sex: F
Visit date: 7/29/2025

## 07/29/2025 - Ancillary Procedure in Baptist Heart Specialists - University

### Visit information

#### Provider Information

##### Referring Provider
Appler, Bonnie Elizabeth, PA-C

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Baptist Heart Specialists - University | 3225 University Blvd South, Ste 104 Jacksonville FL 32216-2757 | 904-399-1171 | 904-376-3208 |

### Imaging exclude orders without results

#### Cardiac Services

##### Holter Monitor (Bardy) 8-14 Days (Off the Shelf) (In process) [8251164643]

Status: **Active**

Electronically signed by: **Appler, Bonnie Elizabeth, PA-C on 07/29/25 1346**
This order may be acted on in another encounter.
Ordering user: Appler, Bonnie Elizabeth, PA-C 07/29/25 1346
Authorized by: Appler, Bonnie Elizabeth, PA-C
Frequency: Routine 07/29/25 -
Quantity: 1

Ordering provider: Appler, Bonnie Elizabeth, PA-C
Ordering mode: Standard
Class: Ancillary Performed
Lab status: In process

Instance released by: SYSTEMGENERATED, DOCUMENTATION (auto-released) 7/29/2025  1:46 PM
Diagnoses
Benign essential HTN [I10]
Shortness of breath [R06.02]
Respiratory failure, unspecified chronicity, unspecified whether with hypoxia or hypercapnia (CMS/HCC) [J96.90]
Secondary hypertension [I15.9]
Type 2 DM with CKD stage 4 and hypertension (CMS/HCC) [E11.22, I12.9, N18.4]
CKD stage 4 secondary to hypertension (CMS/HCC) [I12.9, N18.4]
Atherosclerosis of native coronary artery of native heart with angina pectoris [I25.119]
Chest pain due to myocardial ischemia, unspecified ischemic chest pain type [I25.9]
Heart murmur [R01.1]
Acute respiratory distress [R06.03]

##### Questionnaire

| Question | Answer |
|---|---|
| Holter Duration in Days | 14 Days |
| Does the patient have a pacemaker or ICD (defibrillator)? | No |
| Is the device Off the Shelf (OTS) or Mailed to Patient (MTP)? | Off the Shelf (OTS) |
| Will the device be applied in office or sent home with patient? | In Office |
| Device CAM-ID: | CDXG4-AR683 |
| Monitor Scheduling Location | BMUA Heart Specialists - University |

##### Holter Monitor (Bardy) 8-14 Days (Off the Shelf) [8251164643]

Resulted: 07/29/25 1346, Result status: In process

Ordering provider: Appler, Bonnie Elizabeth, PA-C  07/29/25 1346
Filed by: SYSTEMGENERATED, DOCUMENTATION 07/29/25 1346
Accession number: 18254805

Order status: Sent

Performed: 07/29/25 1346 - 07/29/25 1346

Resulting lab: BARDY

##### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 341 - Bardy | BARDY | Unknown | Unknown | 11/01/24 1451 - Present |

##### Indications
Benign essential HTN [I10 (ICD-10-CM)]
Shortness of breath [R06.02 (ICD-10-CM)]

Release ID: 177819377

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 7/29/2025

## 07/29/2025 - Ancillary Procedure in Baptist Heart Specialists - University (continued)

**Imaging exclude orders without results (continued)**

Respiratory failure, unspecified chronicity, unspecified whether with hypoxia or hypercapnia (CMS/HCC) [J96.90 (ICD-10-CM)]
Secondary hypertension [I15.9 (ICD-10-CM)]
Type 2 DM with CKD stage 4 and hypertension (CMS/HCC) [E11.22, I12.9, N18.4 (ICD-10-CM)]
CKD stage 4 secondary to hypertension (CMS/HCC) [I12.9, N18.4 (ICD-10-CM)]
Atherosclerosis of native coronary artery of native heart with angina pectoris [I25.119 (ICD-10-CM)]
Chest pain due to myocardial ischemia, unspecified ischemic chest pain type [I25.9 (ICD-10-CM)]
Heart murmur [R01.1 (ICD-10-CM)]
Acute respiratory distress [R06.03 (ICD-10-CM)]

## After Visit Summary

AVS - Outpatient (below)

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 7/29/2025

## 07/29/2025 - Ancillary Procedure in Baptist Heart Specialists - University (continued)

**After Visit Summary (continued)**

AFTER VISIT SUMMARY

BAPTIST HEART
SPECIALISTS

**Ruby R. George** MRN:          CE D: 8HJ-KCZ9-43MP-GFVF
☐ 7/29/2025 1:30 PM  ♀ Baptist Heart Specialists - University 904-399-1171

### Today's Visit

You were seen on Tuesday July 29, 2025. The following issues were addressed:
- High blood pressure
- Shortness of breath
- Respiratory failure
- Secondary hypertension
- Type 2 DM with CKD stage 4 and hypertension
- CKD stage 4 secondary to hypertension
- Heart disease due to blocked artery
- Chest pain due to myocardial ischemia, unspecified ischemic chest pain type
- Heart murmur
- Trouble breathing

### What's Next

SEP
16
2025

Follow Up Appointment with B Appler, PA-C
Tuesday September 16 3:15 PM (Arrive by 3:00 PM)
Please bring any insurance information and a copayment if required
by your insurance company.

Baptist Heart Specialists - University
3225 University Blvd South, Ste 104
JACKSONVILLE FL 32216-2757
904-399-1171

### My Baptist Chart

View your After Visit Summary and more online at https://my.baptistchart.com/MyChart/.

Ruby R. George (MRN:          ) • Printed at 7/29/2025 2:02 PM

Page 1 of 3  *Epic*

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R

Legal Sex: F

Visit date: 7/29/2025

## 07/29/2025 - Ancillary Procedure in Baptist Heart Specialists - University (continued)

**After Visit Summary (continued)**

Your Medication List  as of July 29, 2025  2:02 PM

ⓘ Always use your most recent med list.

amLODIPine 5 mg tablet
Commonly known as Norvasc
TAKE ONE TABLET BY MOUTH ONE TIME DAILY AS DIRECTED

aspirin 81 mg EC tablet

atorvastatin 40 mg tablet
Commonly known as Lipitor
TAKE ONE TABLET BY MOUTH ONE TIME DAILY

baclofen 10 mg tablet
Commonly known as Lioresal
TAKE ONE TABLET BY MOUTH TWICE A DAY

calcitriol 0.25 mcg capsule
Commonly known as Rocaltrol

chlorthalidone 25 mg tablet
Commonly known as Hygroton
TAKE ONE TABLET BY MOUTH ONE TIME DAILY

* DULoxetine 30 mg DR capsule
Commonly known as Cymbalta
TAKE ONE CAPSULE BY MOUTH ONE TIME DAILY

' DULoxetine 30 mg DR capsule
Commonly known as Cymbalta
TAKE ONE CAPSULE BY MOUTH ONE TIME DAILY

* DULoxetine 30 mg DR capsule
Commonly known as Cymbalta
TAKE ONE CAPSULE BY MOUTH ONE TIME DAILY

ferrous sulfate 325 (65 Fe) MG tablet

FreeStyle Libre 14 Day Sensor kit
Sensor only FreeStyle Libre sensor system
APPLY ONE SENSOR TO THE BACK OF YOUR UPPER ARM. REPLACE EVERY 14 DAYS.

ibuprofen 800 mg tablet
Commonly known as Advil/Motrin

losartan 50 mg tablet
Commonly known as Cozaar
TAKE ONE TABLET BY MOUTH ONE TIME DAILY

metoprolol tartrate 25 mg tablet
Commonly known as Lopressor
Take 0.5 tablets (12.5 mg) by mouth 2 (two) times a day.

nitroglycerin 0.4 mg SL tablet
Commonly known as Nitrostat
Place 1 tablet (0.4 mg) under the tongue every 5 (five) minutes if needed for chest pain. May repeat dose every 5 minutes for up to 3 doses total.

QUEtiapine 25 mg tablet
Commonly known as SEROquel
TAKE ONE TABLET BY MOUTH ONE TIME DAILY AT BEDTIME. MAY INCREASE TO TAKE TWO TABLETS BY MOUTH AT BEDTIME TO REACH DESIRED EFFECT.

Tylenol Extra Strength 500 mg powder in packet
Generic drug acetaminophen

Ruby R. George (MRN: ▓▓▓▓ • Printed at 7/25/2025  2:02 PM

Page 2 of 3  Epic

Baptist Health
Health Information Management Dept
3563 Philips Highway, Building B, Suite 201
Jacksonville FL 32207-5663

George, Ruby R
Legal Sex: F

Visit date: 7/29/2025

## 07/29/2025 - Ancillary Procedure in Baptist Heart Specialists - University (continued)

**After Visit Summary (continued)**

Your Medication List (continued)  as of July 29, 2025  2:02 PM

✦ • This list has 3 medication(s) that are the same as other medications prescribed for you. Read the directions
carefully, and ask your doctor or other care provider to review them with you.

## Currently Recommended Community Resources
No community resources selected in this encounter

Baptist Health has moved to a paperless billing system. This means you will be notified of any new bills via My Baptist
Chart, email and/or text based on your communication preferences. You can update your paperless preferences in My
Baptist Chart or visit BaptistJax.com/paperless to learn more.

FindHelp is a website that helps you find local services and support. Whether you need help with housing, food, health
care or other needs, FindHelp can connect you with the right resources in your community. Visit BaptistHealthJax.FindHe
lp.com to see what services are available to you.

Ruby R. George (MRN:         • Printed at 7/29/2025  2:02 PM                    Page 3 of 3  *Epic*

## 07/09/2025 - Scanned Document in Health Information Management Dept

**Visit information**

**Provider Information**

Printed on 7/29/25 at  3:13 PM                    Release ID: 177819377

George, Ruby R (MRN : ) Encounter Date: 09/16/2025

Baptist Heart Specialists – University
3225 University Blvd South, Ste 104
JACKSONVILLE FL 32216-2757
Phone:  904-399-1171
Fax:  904-376-3208

**Patient**:
Legal Name: Ruby R George
7034 LUKE ST
JACKSONVILLE FL 32210
Phone:

MRN:
DOB:
SSN:
Sex:  F

| **INSURANCE** | **PAYOR** | **PLAN** | **GROUP #** | **SUBSCRIBER ID** |
|---|---|---|---|---|
| **Primary:** | HUMANA MEDICARE | | | 08 |

Order Date: Sep 16, 2025

**Genetic Sequencing - Send Out**    (Order ID: 8259721985)
**CPT Code:** No CPT code associated with this procedure
**Diagnosis**: Cardiac amyloidosis (CMS/HCC) (E85.4,I43)
**Reason for Exam:**

**Priority:** Routine    **Expected Date:** 9/16/2025    **Expiration Date:** 9/16/2026    **Interval:**                         **Count:**
*Reason for Test: cmo, LVH, neuropathy*
*Does this order need to be reviewed by a genetic counselor? No*

Authorized by: Appler, Bonnie Elizabeth, PA-C (NPI: 1871721266)
Electronically signed by: Appler, Bonnie Elizabeth, PA-C on Sep 16, 2025 at 4:28 PM

# AFTER VISIT SUMMARY



**BAPTIST HEART SPECIALISTS**

**Ruby R. George** MRN: ▮▮▮▮
CEID: BHJ-KCZB-43MP-GFVF

📅 9/16/2025 3:15 PM   📍 Baptist Heart Specialists - University   904-399-1171

## Instructions  from B Appler, PA-C



**MR cardiac w and wo infil disease or myoc**
Expires: 9/16/2026 (requested)



**Orders placed today**
Genetic Sequencing - Send Out
Complete this on or around 9/16/2025.

Immunofixation Urine
Complete this on or around 9/16/2025.

Protein Electrophoresis, Rfx IFE/Free Kappa Lambda Light Chains, Serum
Complete this on or around 9/16/2025.

Protein electrophoresis, urine
Complete this on or around 9/16/2025.



**Follow up in about 2 months**
(around 11/16/2025).

## What's Next

**NOV 18 2025**

**Follow Up Appointment with B Appler, PA-C**
Tuesday November 18 2:45 PM
(Arrive by 2:30 PM)
Please bring any insurance information and a copayment if required by your insurance company.

Baptist Heart Specialists - University
3225 University Blvd South, Ste 104
JACKSONVILLE FL 32216-2757
904-399-1171

## Today's Visit

You saw B Appler, PA-C on Tuesday September 16, 2025. The following issues were addressed:

- High blood pressure
- Shortness of breath
- Respiratory failure
- Secondary hypertension
- Type 2 DM with CKD stage 4 and hypertension
- CKD stage 4 secondary to hypertension
- Heart disease due to blocked artery
- Chest pain due to myocardial ischemia, unspecified ischemic chest pain type
- Heart murmur
- Trouble breathing
- Amyloidosis

| | |
|---|---|
| Blood Pressure **129/62** | BMI **35.83** |
| Weight **222 lb** | Height **5' 6"** |
| Pulse **90** | |



## My Baptist Chart

View your After Visit Summary and more online at **https://my.baptistchart.com/MyChart/**.

Case 3:24-cr-00251-MMH-SJH  Document 97  Filed 02/02/26  Page 142 of 196 PageID
663
Your Medication List (continued) as of September 16, 2025 4:37 PM

⊕ * This list has 3 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

# Currently Recommended Community Resources

No community resources selected in this encounter

Baptist Health has moved to a paperless billing system. This means you will be notified of any new bills via My Baptist Chart, email and/or text based on your communication preferences. You can update your paperless preferences in My Baptist Chart or visit BaptistJax.com/paperless to learn more.

FindHelp is a website that helps you find local services and support. Whether you need help with housing, food, health care or other needs, FindHelp can connect you with the right resources in your community. Visit **BaptistHealthJax.Find Help.com** to see what services are available to you.


**BORLAND GROOVER**
Exceptional care inside & out.

### History & Physical
**Patient:** Ruby George **Age:** 82 years **Date of Birth:** ▮▮▮▮▮
**Rendering Provider:** Kelli Lamb, PA-C
**Date of Service:** 09/22/2025 03:00 PM **Visit Type:** Office Visit
**Referring Provider:** Matthew Braddock DO
**PCP:** Lopez MD, Albert A

This 82 year old patient was referred by Matthew Braddock.

This 82 year old patient presents for Personal H/O Colorectal Polyps.

**Reason For Visit**
**1. Personal H/O Colorectal Polyps**
  Comments: 82-year-old female with history of DM 2, hyperlipidemia, hypertension, history of H pylori, history of colon adenomas
Presents for repeat colonoscopy
Last colonoscopy 10/13/2020 that showed 12 mm polyp sigmoid colon, 8 mm polyp cecum, 10 mm polyp ascending colon, 13 mm polyp descending colon, diverticulosis sigmoid and descending colon
Pathology showed tubular adenoma sigmoid colon, tubular adenoma descending colon and ascending colon
Repeat was recommended in 3 years
Still has constipation, gas and some nausea
States she will go 3-4 days without BM
Denies N/V, abdominal pain, diarrhea, fever, bloody or black stool.

Takes ASA 81mg daily
Does not take GLP-1
Hx of appendectomy with hysterectomy
Denies family history of colon polyps or GI malignancies

**Problem List** Problem List reviewed.

| Problem Description | Notes |
| --- | --- |
| Change in bowel habits | |
| Constipation, unspecified constipation type | |
| Pelvic pain in female | |
| Nocturia more than twice per night | |
| Colon adenomas | |
| Hx of adenomatous colonic polyps | |

**Past Medical/Surgical History** (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
| --- | --- | --- | --- | --- |
| | | History of tubal ligation | | |
| | | History of colonoscopy | | |
| | | Back Surgery | | |
| | | Appendectomy | | |
| | | Hysterectomy | | |
| | | Hernia repair, umbilical | | |
| Arthritis | | | | |
| back surgery | | | | |
| Cataracts | | | | |
| colon adenomas | | colonoscopy 2013, 2020, next recall April 2021 | | |
| Diabetes type 2 | | | | |

George, Ruby 000001651095 ▮▮▮▮▮ 09/22/2025 03:00 PM 1/4

Diverticular disease   high fiber diet.   Mild disease

H. pylori gastritis                2003
Hemorrhoids
Hypertension
Rotator cuff tear (left)

**Family History** (Detailed)

| Relationship | Condition | Onset Age | Deceased |
|---|---|---|---|
| Brother | renal failure syndrome | | Y |
| Brother | | | Y |
| Father | malignant neoplasm of lung | | Y |
| Father | | | Y |
| Mother | Liver disease | | Y |
| Mother | | | Y |
| Sister | malignant neoplasm of breast in first degree relative | | |


**Social History** (Detailed)

Preferred language is English.

**Education/Employment/Occupation**

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | teachers union executive | | | |
| | teachers union executive | | | |

**Marital Status/Family/Social Support**
Marital status: Widowed

Smoking status: Never smoker.

**Tobacco Screening**
Patient has never used tobacco. Patient has not used tobacco in the last 30 days. Patient has not used smokeless tobacco in the last 30 days.

**Smoking Status**

| Status | Type | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|---|---|---|---|---|---|
| Never smoker | | | | | |

**Alcohol**
There is no history of alcohol use.

**Medications**
Medications reconciled today.

| Medication | Directions | Start Date | Stop Date | Rx Elsewhere | Rx Comment |
|---|---|---|---|---|---|
| amlodipine 2.5 mg tablet | | | | Y | taking as directed |
| Aspirin Childrens 81 mg chewable tablet | | | | Y | taking as directed |
| atorvastatin calcium | | | | Y | taking as directed |
| lactulose 10 gram/15 mL oral solution | take 20 milliliter by oral route 2 times every day | 09/22/2025 | 10/21/2025 | N | |
| Miralax 17 gram/dose oral | take (34G) by oral route every day mixed with 8 oz. | 10/27/2020 | | N | |

powder    tea    Document 97    668

pioglitazone 15 mg
tablet                                                                          Y        taking as directed
pregabalin                                                                      Y        taking as directed

**Allergies** Reviewed, no changes.

| Ingredient | Medication Name | Reaction (Severity) |
|---|---|---|

NO KNOWN ALLERGIES

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Chills. |
| Constitutional | Negative | Fever, Malaise and Weight loss. |
| ENMT | Negative | Nasal congestion, Sinus Infection and Sore throat. |
| Respiratory | Positive | Dyspnea. |
| Respiratory | Negative | Asthma, Chronic cough and Wheezing. |
| Cardio | Negative | Chest pain, Edema and Irregular heartbeat/palpitations. |
| GI | Positive | Abdominal pain, Change in bowel habits, Constipation, Decreased appetite, Flatulence, Nausea, Vomiting. |
| GI | Negative | Bloating, Blood in stool, Diarrhea, Dysphagia, Fecal incontinence, Heartburn, Hematemesis, Hemorrhoids, Jaundice, Melena, Odynophagia, Rectal bleeding and Reflux. |
| GU | Positive | Urinary frequency. |
| GU | Negative | Dysuria, Hematuria and Urinary incontinence. |
| Endocrine | Negative | Cold intolerance, Heat intolerance and Increased thirst. |
| Neuro | Positive | Numbness, Vertigo. |
| Neuro | Negative | Headache and Tremors. |
| Psych | Negative | Anxiety and Increased stress. |
| Integumentary | Negative | Hives and Rash. |
| MS | Positive | Back pain, Joint pain, Myalgia. |
| Hema/Lymph | Negative | Easy bleeding, Easy bruising and Lymphadenopathy. |
| Allergic/Immuno | Negative | Contact allergy, Food allergies, Immunosuppression and Seasonal allergies. |

## Vital Signs

| Time | Ht ft | Ht in | Wt lb | BP mm/Hg | Pulse /min | Resp /min | BMI kg/m2 | O2 Sat% | Temp F |
|---|---|---|---|---|---|---|---|---|---|
| 3:05 PM | 5.0 | 6.00 | 218.00 | | | | 35.19 | | |

## Measured by
Riely Casey, RN

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Female GI Quick Visit | Comments | wheelchair today, ambulates with walker |
| Constitutional | * | Overall appearance - obese. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Sclera - Right: Normal, Left: Normal. |
| Nasopharynx | Normal | Lips/teeth/gums - Normal. Buccal mucosa - Normal. |
| Neck Exam | Normal | Inspection - Normal. |
| Respiratory | Normal | Inspection - Normal. |
| Abdomen | Normal | Inspection - Normal. Auscultation - Normal. Anterior palpation - Normal. |
| Skin | Normal | Inspection - Normal. |
| Musculoskeletal | Normal | Hands/Wrist - Right: Normal, Left: Normal. |
| Neurological | Normal | Fine motor skills - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

**My Assessment:**

1. Hx of adenomatous colonic polyps (Z86.0101).
   Last colonoscopy 10/13/2020 that showed 12 mm polyp sigmoid colon, 8 mm polyp cecum, 10 mm polyp ascending colon, 13 mm polyp descending colon, diverticulosis sigmoid and descending colon
   Pathology showed tubular adenoma sigmoid colon, tubular adenoma descending colon and ascending colon

   Repeat was recommended in 3 years

   Schedule for colonoscopy
   Prep and procedure discussed in detail
   Risks, benefits and alternatives of procedure explained to patient in detail. Patient verbalized understanding..

2. Constipation, unspecified constipation type (K59.00).
   no improvement with miralax
   With gas and abdominal discomfort

   Trial of Lactulose BID.

| Procedures | Status | Time Frame | Comments |
|---|---|---|---|
| Colonoscopy | ordered | | |

| Medication | Directions |
|---|---|
| lactulose 10 gram/15 mL oral solution | take 20 milliliter by oral route 2 times every day |

| Office Services | Status | Interpretation | Comments |
|---|---|---|---|
| Schedule Procedure at Hospital | ordered | | |

*Kelli M Lamb*

Kelli Lamb, PA-C

Kinesh Changela MD
09/22/2025 03:27 PM



Dear Patient,

Your physician has ordered a diagnostic image, which may require prior authorization by your insurance plan. Advanced diagnostic imaging performed with high-quality technology is important to your care and to obtaining an accurate diagnosis. Baptist Health offers comprehensive, state-of-the-art diagnostic imaging services with unparalleled expertise to ensure you and your physician receive the clinical information you need to make decisions about your care.

We are pleased to share a new process for scheduling your imaging study as quickly as possible and obtaining authorization from your insurance plan.

The Baptist Health Contact Center will receive the order from your physician and proceed with the following steps:

- As soon as your provider places your order, you can call 904-202-3111 to schedule your imaging. Baptist Health scheduling team will also contact you within 24 business hours to schedule your image at the most convenient location. *Please note the call from the Contact Center will be an automated call requiring you to call back to schedule.*

- Once scheduled, the Baptist Physician Enterprise - Total Access Program (BPE TAP) team will seek to obtain insurance authorization on your behalf, *if required*

If you have any questions about your insurance authorization after you have been scheduled, please contact the TAP team at 904-202-5515.

Thank you, we look forward to continued service to you.

# Summary of Today's Visit

**George , Ruby R DOB:** ▓▓▓▓▓▓▓ **Account No**
▓▓▓

Nephrology Associates of Northeast Fl.

**Sex:Female  Race:African American**
**Ethnicity:Not Hispanic or Latino**
**Preferred Language:English**
**10/02/2025 visit with Craig J. Shapiro, M.D.**

## Vitals
- Inhaled Oxygen Flow Rate 96 (L/min)
- Blood pressure (BP) 140/80 (mm Hg)
- Heart rate (HR) 99 (/min)
- Respiratory rate (RR) 18 (/min)
- Wt 220 (lbs)
- Ht 65 (in)
- BMI 36.61 (Index)

## Transition Care Management:

## Allergies
- Gabapentin – shakiness (Active)

## Current Medication:
**Taking**
- Chlorthalidone : 25 MG 1 tablet in the morning with food Orally once a day
- Aspirin 81 : 81 MG 1 tablet Orally once a day , Duration: 30 day(s) , Dispense: 30
- Atorvastatin Calcium : 40 MG 1 tablet Orally once a day , Duration: 30 day(s) , Dispense: 30
- DULoxetine HCl : 30 MG 1 capsule Orally once a day
- QUEtiapine Fumarate : 25 MG 1 tablet at bedtime Orally once a day , Duration: 30 day(s) , Dispense: 30
- Tylenol PM Extra Strength : 500-25 MG 2 tablets at bedtime Orally once a day

## Today's Treatments
### Chronic kidney disease, stage 3b
**Labs**
- CBC With DIFF
- Comprehensive Metabolic Panel W/eGFR

**Labs**
- PTH, INTACT AND CALCIUM
- VITAMIN D, 25-HYDROXY,LC/MS/MS
- Urine Microalbumin/Creatinine-Random
- Phosphorus

**Labs**
- IMMUNOFIXATION, SERUM
- IMMUNOFIXATION, URINE

### Type 2 diabetes mellitus with diabetic chronic kidney disease
**Medications**
- Hold Farxiga : 10 MG 1 tablet Orally once a day , Duration: 30 days , Dispense: 30 ,Refills: 11

### Essential (primary) hypertension

Summary generated by eClinicalWorks (www.eclinicalworks.com)

This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not
wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please
destroy this document and return it to the physician's office named above.

**Medications**
- Continue amLODIPine Besylate : 10 MG 1 tablet Orally once a day , Duration: 90 days , Dispense: 90 Tablet ,Refills: 3

## Secondary hyperparathyroidism of renal origin
**Medications**
- Continue Calcitriol : 0.25 MCG 1 capsule Orally Three times a week , Duration: 90 days , Dispense: 42 ,Refills: 3

**Labs**
- PTH, INTACT AND CALCIUM
- VITAMIN D, 25-HYDROXY,LC/MS/MS

### Hypercalcemia
**Labs**
- IMMUNOFIXATION, SERUM
- IMMUNOFIXATION, URINE

### Anemia in chronic kidney disease
**Medications**
- Continue Ferrous Sulfate : 325 (65 Fe) MG 1 tablet Orally every other day , Duration: 90 day(s) , Dispense: 45 ,Refills: 3

**Labs**
- IMMUNOFIXATION, SERUM
- IMMUNOFIXATION, URINE

### Others
**Medications**
- Continue Losartan Potassium : 50 MG 1 tablet Orally once a day

## Problem List (As of 10/02/2025)

- N18.31    Chronic kidney disease, stage 3a
  **Modified On:** 11/03/2023    **Added On:** 10/14/2021
  **W/U Status:** confirmed

- I10    Essential (primary) hypertension
  **Modified On:** 10/02/2025    **Added On:** 04/21/2021
  **W/U Status:** confirmed

- E04.1    Nontoxic single thyroid nodule
  **Modified On:** 10/02/2025    **Added On:** 04/21/2021
  **W/U Status:** confirmed

- Z86.718    Personal history of other venous thrombosis and embolism
  **Modified On:** 02/15/2024    **Added On:** 04/21/2021
  **W/U Status:** confirmed

- E78.5    Hyperlipidemia, unspecified
  **Modified On:** 06/30/2021    **Added On:** 04/21/2021
  **W/U Status:** confirmed

- I67.1    Cerebral aneurysm, nonruptured
  **Modified On:** 02/15/2024    **Added On:** 04/21/2021
  **W/U Status:** confirmed

- N25.81    Secondary hyperparathyroidism of renal origin
  **Modified On:** 02/19/2025    **Added On:** 04/21/2021
  **W/U Status:** confirmed

- E11.42    Type 2 diabetes mellitus with diabetic polyneuropathy
  **Modified On:** 02/15/2024    **Added On:** 04/21/2021
  **W/U Status:** confirmed

Summary generated by eClinicalWorks (www.eclinicalworks.com)

This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.

10/2/25, 1:58 AM Case 3:24-cr-00251-MMH-SJH    Document 97    Filed 02/02/26    Page 152 of 196 PageID
GEORGE, Ruby R DOB:          (82 yo F) Acc No.

- **E83.52**   Hypercalcemia
  **Modified On:** 10/02/2025   **Added On:** 06/01/2021
  **W/U Status:** confirmed

- **N17.9**   Acute kidney failure, unspecified
  **Modified On:** 11/03/2023   **Added On:** 10/14/2021
  **W/U Status:** confirmed

- **D63.1**   Anemia in chronic kidney disease
  **Modified On:** 10/02/2025   **Added On:** 10/14/2021
  **W/U Status:** confirmed

- **N18.30**   Chronic kidney disease, stage 3 unspecified
  **Modified On:** 03/22/2022   **Added On:** 03/22/2022
  **W/U Status:** confirmed

- **L80**   Vitiligo
  **Modified On:** 02/15/2024   **Added On:** 05/09/2023
  **W/U Status:** confirmed

- **N18.4**   Chronic kidney disease, stage 4 (severe)
  **Modified On:** 12/18/2024   **Added On:** 11/03/2023
  **W/U Status:** confirmed

- **N18.32**   Chronic kidney disease, stage 3b
  **Modified On:** 10/02/2025   **Added On:** 02/15/2024
  **W/U Status:** confirmed

- **E11.22**   Type 2 diabetes mellitus with diabetic chronic kidney disease
  **Modified On:** 10/02/2025   **Added On:** 02/15/2024
  **W/U Status:** confirmed

- **N39.46**   Mixed incontinence
  **Modified On:** 06/11/2024   **Added On:** 06/11/2024
  **W/U Status:** confirmed

## Smoking Status
- Non- smoker

## Recommended Follow-up
6 Months

Summary of Today's Visit for - George , Ruby R DOB:          Account No:          MRN:
Neph Assoc - Downtown  836 PRUDENTIAL DRIVE PAVILION BLDG SUITE 1502 JACKSONVILLE, FL 32207-
8300  904-398-1111
Summary generated by eClinicalWorks (www.eclinicalworks.com)
This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not
wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please
destroy this document and report it to the physician's office named above.

# EXHIBIT C

August 19, 2025

The Honorable Judge Marcia Morales Howard

Chief District Judge

The Bryan Simpson United States Courthouse

300 North Hogan Street

Jacksonville, FL 32202

Re: Character Reference for Ruby George

3:24-cr-00251-MMH-SJH

Dear Judge Howard:

I am writing on behalf of my mother, Ruby R. George, who I have known for fifty-five years. There are many things that I can say about my mother, but I will try to be brief and succinct. For the entirety of my life, my mother has always been a giving, kind, and gracious mother who will give her last to help someone in need whether it be her family, friends, or otherwise. I can recall countless occasions that she gave when no one else would. One example that comes to mind is when my cousin, the child of my mother's only sister, was ready to go off to college. My cousin's father was not in the picture, and my aunt did not have the means to help. It was my mother who bought for my cousin everything she needed to prepare for college from bedding to food. And it was my mother who drove my cousin to the campus and helped her set up her dorm room.  She sent her money throughout her time in college to ensure she was able to focus on her studies and with my mother's support my cousin went on to do remarkable things.

My mother is also determined and tenacious. She put herself through college as a young mother after she had been forced to leave high school before graduating. She worked as a paraprofessional while also helping my father with his business and raising five children. She graduated with honors and became a well-respected kindergarten teacher who even to this day, now grown former students approach her and share their memories of learning the alphabet with the letter people and of how kindly my mother always treated them. Earning her degree and becoming a teacher was not

the end for her. She went on to earn a masters degree. She mentored countless teachers, taught countless children, and was a friend to her many colleagues.

My mother is a pillar in our community, where she has lived for the last seventy years. She could have lived elsewhere but chose to stay rooted in the community where she grew up from the age of twelve. She helped organize the neighborhood association, Save Our Community and Kids, and was a member of the founding board of the charter school located just down the street from her home. I can recall her walking the streets at night encouraging and praying for the downtrodden in our community who had become victims of the crack epidemic. She organized vigils and community rallies to help clean up the neighborhood, earning the respect of the young and old. Known to all as "Ms. Ruby," she is always willing to lend a helping hand and always ready to pray for her neighbors and friends. She could bring people together for a worthy cause.

My mother has been a member of Bethel Missionary Baptist Church since I was a child.  She was a member of the usher board for many years and helped organize the children of the church to produce plays and performances. To this day, the now grown children she helped to learn their Easter speeches have nothing but kind words to say about her. Even today at the age of eighty-two, the elders of the church travel to her home every first Sunday to administer the Holy sacrament to her, because she is unable to physically travel to the church due to her health.

I could give many more examples of how my mother has served her church, community, family, and friends all her life. I could ruminate on her professional accomplishments and her other talents and skills. What I want most to convey to you through this letter is that my mother is a loving, God-fearing, humble woman who has lived a life of which she can be proud. I, her daughter, am certainly proud of her and believe that her life of giving and service to others means so much to our family and community. While I am not minimizing the poor judgement that has placed her before you, I humbly ask you to consider her life in total as you contemplate how she will spend the twilight of said life.

Sincerely,

Cindy Gentry
(904) 476-4522

August 9th, 2025

The Honorable Judge Marcia Morales Howard
Chief District Judge
The Bryan Simpson United States Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

> Re:    ***Character Reference for Ruby George***
> **3:24-cr-00251-MMH-SJH**

Dear Judge Howard: :

It is a profound honor to write this letter on behalf of my grandmother, Ruby George—a woman whose life and legacy have shaped not only our family but the very fabric of the community she has called home for many decades.

My grandmother carries a radiant spirit—the kind of woman whose presence you feel before she speaks, and whose impact lingers long after she's left a room. To me, she has always been extraordinary. Her life has been a blueprint of resilience, service, and excellence—anchored by an unshakable belief in the power of education to change lives.

I grew up surrounded by books, classrooms, teacher meetings, and passionate conversations about equity in schools. I also grew up surrounded by love—the kind of love that holds you to a high standard because it believes in your greatness. My grandmother made our family a place where education wasn't just encouraged, it was revered. She showed me that learning was a form of liberation, and giving to others, a form of activism.

One of the most powerful chapters in her story is also one of the most personal to me. My grandmother went to college not as a young adult with few responsibilities, but as a young mother of five children. Against all odds, she pursued her education with relentless determination—graduating with her bachelor's degree on the very same day as my father, her eldest son. She didn't stop there. She went on to earn her master's degree and complete multiple certifications, becoming a lifelong learner and tireless advocate for access to education at every level.

Her journey is a testament to what it means to believe in something greater than yourself. That very determination to be and give your best is the greatest lesson she instilled in me.

Today, I serve as Executive Director of Global Communications for one of the world's largest beauty brands. I lead teams around the world, and everything about the way I lead—compassionately, purposefully, and with vision—is rooted in her example. She taught me that when you love your people, you show up for them. That's what she's always done.

There are many things that can be said about my grandmother: educator, leader, friend, matriarch. But to me, she is simply the greatest kind of example—a woman who turned her life into a vessel of change against all odds. I've seen her give to so many without question, serve without asking for anything in return, and love our family from a place of humility and grace. Her impact runs through my veins, through my work, and through every lesson she poured into me. Now as a wife and mother to my own growing family, I can only hope to make her proud—because she made me proud first.

Thank you for taking the time to consider this letter. My grandmother's story is one of devotion, determination, and deep love—for education, for her community, and for her family. And even still, there is so much more of that story to be written. I am endlessly grateful to be a part of her many chapters and her legacy.

With Care,

Alexis Ansley-Benjamin (Ruby's Granddaughter)

(941) 806-7271

October 1, 2025

The Honorable Judge Marcia Morales Howard
Chief District Judge
The Bryan Simpson United States Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

> Re:    ***Character Reference for Ruby George***
> **3:24-cr-00251-MMH-SJH**

Dear Judge Howard:

I am writing to you today regarding the character of my grandmother, Ruby George. My name is
Morgan Brittany Peterson, I am 37 years old, a wife of 8 years, mother to one son, and a
corrections sergeant for the Jacksonville Sheriff Office for 9 years. I am the eldest of nine
grandchildren.

I understand the seriousness of the case and the charges, I know my grandmother's actions are
inexcusable and her involvement was a major mistake. I have known her my whole life and she
has always been a law-abiding citizen, woman of morality and integrity. For as long as I can
remember she has remained employed and hard working. As a child my mother told me stories
from her childhood how my grandmother put herself through college, while working and taking
care of 5 kids. Those stories were imprinted in my mind, and I knew I had some big shoes to fill.
I spent a great deal of time with my grandmother growing up, she was my favorite person.
Family members used to refer to me as her shadow because I was always with her. As a young
child I remember reading books with her and watching her cook homecooked meals every day
after work. I was exposed to traveling at an early age because she would allow me to accompany
her to conventions and training all over the country. She was always so thoughtful and generous
and stressed the importance of acts of kindness. My grandmother was one person I knew I could
always depend on as a child; she was so nurturing and understanding. She never made a promise
that she didn't keep, she always made a way to make me, and my cousins feel seen and
supported.

My grandparents' house was filled with books and education was at the forefront of our
upbringing. She was always involved in something positive for the community and church, she
helped put forth summer camps and kids' programs at church. I witnessed her help with so many
people in our community (Sweetwater). She has always been like the Godmother of the
neighborhood which she has lived for decades. Everyone always comes to her in times of need
because of her knowledge and caring spirit. After talking to her you always feel better about any
situation, she's like a lighthouse, brightens up even the darkest days. Throughout my childhood
and even as a teenager in college my grandmother always ensured I had whatever I needed to be
successful. From sending care packages to weekly phone calls with words of encouragement she
was always there for me. Her dedication to our family is so strong, she makes it a point to know
how everyone is doing, what they have going on, and if there is anything with which she can
assist.

As an adult with a family of my own, I am grateful for her. When I gave birth to my son in 2011, I was young and trying to navigate motherhood and my next steps in life, my grandmother opened her house to us and helped me provide for my son. I respected her so much for that because she never judged me, she encouraged me to go back to school and put myself in position to take care of myself and my child.

She is the only living matriarch in our family. Many people are not as fortunate to have grandparents still so every chance I get, I make it a point to visit her. Just being in her presence sometimes brings a sense of calmness to my spirit that I need sometimes. Even in old age she is still full of wisdom, her love language is acts of kindness. She is always trying to find ways to help others. Her phone is always ringing with family members seeking advice, community leaders and church delegates wanting her opinions on projects and major decisions. The impact she has had within the community and education system in the city of Jacksonville is tremendous.

In January 2021 both of my grandparents contracted Covid at the same time and were hospitalized separately. My grandfather passed and my grandmother returned home as a widow with many health complications and loss of mobility. She has been using a walker full time since 2021. The death of my grandfather was hard on our close-knit family, but it was an excruciating loss for my grandma. They were so close and had been together forever. Her normal day to day drastically changed, she could no longer take care of herself like she used to due to her lack of mobility and prior health issues that worsened after covid. Her having to depend on others was also a tremendous change because my entire life she was so proud to be an independent woman. During this past year she has expressed remorse for her actions, and I honestly believe it stems from a genuine place. She has never been in any type of trouble her whole life and I have only known her to be exactly who she is a caring woman who has always put the needs of others before herself.

Accountability, integrity, and compassion are fundamental values my grandmother instilled in me and with that I learned we all fall short at times and make mistakes. What matters is whether we grow and learn from our shortcomings while educating others on how not to repeat our mistakes.

In conclusion, I know my grandmother has plenty of potential for growth and I respectfully ask you to consider that during sentencing. In her advanced years she is not a threat to the community, the past 5 years she has spent all her time in the home her husband helped build for her and their family, as it brings her solace. I believe that with your consideration she will have the opportunity to rebuild and continue to be a positive influence on myself and the community.

Sincerely,

Morgan B. Peterson

Morgan Brittany Peterson
(904) 526-9441

October 20, 2025

The Honorable Judge Marcia Morales Howard
Chief District Judge
The Bryan Simpson United States Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

Re:     ***Character Reference for Ruby George***
          **3:24-cr-00251-MMH-SJH**

Dear Judge Howard:

I am writing to provide a character reference for Mrs. Ruby George, who is appearing before
your court. I have known Mrs. Ruby George for fifth-teen years in the capacity of being her
Grand-daughter Husband (Antonio Peterson Jr).

In the time that I known Mrs. Ruby George, I have had the opportunity to observe her character
closely. I can confidently attest to her outstanding moral character, integrity, and strong sense of
responsibility. She consistently demonstrates honesty, responsibility, kindness and compassion,
ethics and respect which are indicative of her upstanding nature and commitment to ethical
conduct.

I am aware of the circumstances that have led to Mrs. Ruby George appearing before the court,
and I firmly believe that she is deeply remorseful for her actions. She has taken proactive steps to
address the situation and has shown a genuine willingness to learn and grow from this
experience.

I have no doubt that Mrs. Ruby George will continue to positively contribute to society and learn
from this experience. I respectfully urge the court to consider her character, remorse and efforts
towards rehabilitation in her sentencing.

Should you require any further information or clarification, please do not hesitate to contact me
at (904-412-7905) or petersonantonio@hotmail.com.

Thank you for considering my perspective.

Sincerely,

Antonio Peterson Jr
904-412-7905

August 13, 2025

The Honorable Judge Marcia Morales Howard
Chief District Judge
The Bryan Simpson United States Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

Re:    Character Reference for Ruby George
3:24-cr-00251-MMH-SJH

Dear Judge Howard::

My name is Kenya Daniels, and I'm reaching out to you on behalf of my aunt, Ruby George, who has been a significant part of my life for over 40 years. I kindly ask you to view this letter as a heartfelt testament to the positive impact she has had on both my life and our community.

Throughout my journey, my aunt has been a constant source of strength, guidance, and support. Her unwavering presence has played a crucial role in shaping who I am today, and I am truly thankful for the influence she's had on me. Ruby is the embodiment of honesty, responsibility, and compassion. I've seen firsthand her dedication to her family, friends, and our community.

Beyond her personal influence, my aunt has been a cornerstone in our community for many years. During this time, I have come to admire Ruby's character, her leadership abilities, and her commitment to uplifting those around her. She has always gone above and beyond to help others, including her role in establishing the Sweetwater Athletic Association in 2012, which continues to serve our youth and community.

While I recognize the seriousness of the matter at hand, I hope you will also take into account the years of selflessness, kindness, and service that truly define her character. I genuinely believe that this situation does not reflect who she really is, nor does it diminish the positive influence she continues to have on everyone around her.

Thank you for taking the time to read this letter and for considering the full picture of who my aunt really is.

Sincerely,

Kenya Daniels
(904)333-8650

August 18,2025

To whom this may concern.

My name is <u>Eddie L. Mills,</u> and I am proud to offer my character letter on the behalf of <u>Mrs. Ruby George</u> to whom I have personally know for 50 years as a close relative (Aunt) and neighbor.

During my relationship with Mrs. George, I have experienced an individual who has been dedicated to her family and a strong advocate for the community of "SweetWater" for forty-five years ensuring that the community receive public service as needed.

I have witnessed her strong commitment to our community projects and various family functions that are held annually in the community. Her willingness to support and participate in any capacity often set an example for the younger generation to follow.

As a neighbor family member, I am extremely proud and honored to have witness Mrs. Geroge commitment to her family, friends our community and anyone in need of advice. I'm humbled to submit this letter of support.

Mr. Eddie L. Mills

7014 Luke St.
Jacksonville, fl. 32210

August 12th, 2025

The Honorable Judge Marcia Morales Howard
Chief District Judge
The Bryan Simpson United States Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

      **Re:**   ***Character Reference for Ruby George***
               **3:24-cr-00251-MMH-SJH**

Dear Judge Howard:

I am writing to provide a character reference for Mrs. Ruby George, my grandmother-in-law, whom I have had the privilege of knowing since 2012. Over the past thirteen years, I have witnessed her unwavering commitment to family, community, and the values of integrity, resilience, and personal growth. I hope this letter offers insight into her character as the Court considers her upcoming sentencing.

Mrs. George has long served as the matriarch of our family. Despite personal hardships, including the recent loss of her husband to COVID-19 and ongoing health challenges, she continues to strengthen our family's bonds. Her dedication is evident in countless ways; for example, despite her declining health, she traveled across the state to attend her granddaughter's first baby shower, ensuring she could celebrate this important milestone with loved ones.

Her influence extends far beyond our family. During her professional career, she consistently helped colleagues advance their skills and careers, making connections that opened doors and created lasting opportunities. I experienced this firsthand at her retirement party, where I heard countless stories of her mentorship, generosity, and dedication to helping others succeed. Those accounts inspired me profoundly, motivating me to approach my own career with a more personal and supportive mindset.

Mrs. George has also profoundly impacted her family through her commitment to education and personal growth. After raising her son and helping him gain college acceptance, she pursued higher education herself and excelled academically, modeling perseverance and lifelong learning. She continues to encourage, guide, and inspire her family and community during both celebrations and challenging times. Her wisdom, kindness, and generosity have earned her deep respect, and she is regarded as a trusted elder and the glue that connects many lives.

I have been personally shaped by her example, particularly in valuing education, hard work, and mentorship. She embodies qualities that are rare and precious: resilience, dedication, and the ability to lift others while achieving her own goals.

I respectfully ask the Court to consider Mrs. George's lifelong contributions, her exemplary character, and the fact that this is a first-time offense when determining an appropriate course of action. I am confident she will continue to be a positive, guiding presence in her family and community.

Please feel free to contact me at 954-464-4085 or twenty514@gmail.com should the Court require any additional information.

Thank you for your time and consideration.

Respectfully,

Gregory Benjamin

(954) 464-4085

August 26, 2025

To Whom It May Concern:

I am writing this letter in support of Mrs. Ruby Moore George, a woman I have known and deeply
respected my entire life. My name is Michelle Fudge, and I currently serve as a Program Manager for a
cancer research program at the Mayo Clinic Comprehensive Cancer Center in Florida.

From my earliest years, Mrs. George has been a constant source of encouragement and support. She has
played a significant role in shaping my educational and personal development by opening doors to
opportunities that otherwise may not have been available to me. Through her guidance and advocacy, I
was able to participate in educational seminars, receive scholarships, join debutante programs, and take
advantage of countless other enriching experiences. Her unwavering commitment to my growth and
success has had a lasting impact on my life and career, and I am fully aware that I am just one of many
who have benefited from her generosity and dedication. I hold her in such high regard that I
affectionately refer to her as "Auntie Ruby."

Mrs. George's influence extends far beyond her personal support for individuals. She has long been a
pillar of civic leadership in our community, consistently advocating for programs that uplift at-risk
youth. Her efforts have led to the development and implementation of initiatives focused on life skills,
recreation, and after-school enrichment. Through partnerships with faith-based organizations, city
officials, and local school district leaders, she has created sustainable programs that have positively
transformed lives. As a result of her work, many young people—whom I know personally—have gone
on to successful careers in fields such as healthcare, education, politics, and professional sports.

Mrs. George is a woman of exemplary character and unwavering integrity. I am fully confident that she
would never knowingly misinterpret or engage in any form fraudulent activity. Her life's work has
consistently reflected a deep commitment to service, honesty, and ethical leadership. She leads by
example and embodies the values she encourages in others.

It is with heartfelt sincerity that I express my admiration and unwavering support for Mrs. George. She
is a respected community leader and mentor, who wears her commitment to serving all mankind boldly,
and I am honored to call family and Soror.

Sincerely,

Michelle Fudge
**Program Manager**
**Mayo Clinic Comprehensive Cancer Center – Florida**

August 13, 2025

The Honorable Judge Marcia Morales Howard
Chief District Judge
The Bryan Simpson United States Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

> **Re:** ***Character Reference for Ruby George***
> **3:24-cr-00251-MMH-SJH**

Dear Judge Howard:

I am writing to you on behalf of my dear friend and former colleague, Mrs. Ruby George. I have had the privilege of knowing Ruby for more than 35 years, and in that time, I have come to know her as a woman of extraordinary compassion and unwavering dedication to others.

Ruby's life has been a testament to service. As an educator, she not only taught in the classroom but mentored countless young teachers, helping them navigate the challenges of the profession with wisdom and grace. I recall one particular instance when a new teacher was struggling with classroom management and self-doubt. Ruby took her under her wing, meeting with her weekly, sharing strategies, and offering encouragement. That teacher went on to become a respected leader in her school, thanks in large part to Ruby's quiet but powerful influence.

Her commitment to service extended far beyond the school walls. Ruby has been deeply involved in her church community, where she served as a Sunday school teacher and organizer of outreach programs for families in need. Her faith has always been a guiding force in her life, and she has used it to uplift others in times of hardship. Whether it was supporting families in need or being a source of comfort and strength, she was always there for others.

Ruby has also been active in several civic organizations including the local neighborhood association. She has helped organize literacy drives and youth mentorship programs. Her ability to bring people together and inspire collective action is one of her most admirable qualities.

On a personal level, Ruby was a devoted wife to her late husband and is the loving mother of five children, as well as a grandmother and great-grandmother. She has balanced these roles with grace, modeling for her family the values of hard work, kindness, and resilience. Her home has always been a place of warmth and welcome, where anyone in need could find a listening ear and a helping hand.

While I fully understand the seriousness of the matter before the Court, I respectfully ask that you also consider the decades Ruby has spent building a legacy of service, mentorship, and community engagement. The actions that have brought her here today do not reflect the person I have known for the majority of my life. She has the character, determination, and moral foundation to learn from this experience and continue contributing positively to her family and community.

Ruby's life has been defined by lifting others up, and I believe that even now, she can continue to do so in a meaningful way. Allowing her the opportunity for redemption will not only benefit her but will also allow her to keep making the quiet, everyday contributions that change lives for the better.

Thank you for your time and for considering my perspective. I hope my words offer a fuller picture of the Ruby George I have known for over three decades—a woman of faith, service, and deep compassion.

Sincerely,

Carolyn Davis

Carolyn Davis

September 5, 2025

The Honorable Judge Marcia Morales Howard

Chief District Judge

The Bryan Simpson United States Court House

300 North Hogan Street

Jacksonville, Florida 32202

**Re: *Character Reference for Ruby George***

**3:24-cr-00251-MMH-SJH**

Dear Judge Howard:

I am writing this letter on behalf of Mrs. Ruby George, whom I have known for over 30 years as a former teacher, a mentor, my sorority sister and a member of my extended family. During this time, I have come to know her as a person of honesty, kindness, and strong values.

In my experience, she has consistently demonstrated hard work, generosity, responsibility, and care for all that she has encountered. Mrs. George was my kindergarten teacher and was instrumental in helping me become an educator in Duval County Public Schools 14 years ago. She mentored me and introduced me to principals in the school district that would be willing to give me a teaching job.

I understand that Mrs. George is currently before the court for a serious matter. While I cannot speak to the legal aspects of the case, I can speak to her character as I have witnessed it over the years. I believe this situation does not reflect the true nature of who she is.

Mrs. George has shown remorse and a willingness to learn and grow from this experience. I truly believe that given the opportunity, she will continue to be a positive and contributing member of our community.

Thank you for considering my perspective as you make your decision. I trust the court will find the best path forward.

Sincerely,

*Justina Jefferson*

Justina Jefferson

(904)629-6116

August 11, 2025

The Honorable Judge Marcia Morales Howard
Chief District Judge
The Bryan Simpson United States Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

**Re:  Character Reference for Ruby George
3:24-cr-00251-MMH-SJH**

Dear Judge Howard:

My name is Donneise K. Thompson, and I am writing to express my deep respect and unwavering support for Mrs. Ruby George. I have known Ruby for over 40 years, and in that time, I have come to know her as one of the most genuine, compassionate, and selfless individuals I have ever met. Her heart for people and commitment to her community has always been truly unmatched.

Ruby George is a woman whose life and work stand as a testament to service, advocacy, and compassion. I have had the privilege of witnessing Ruby's commitment to others firsthand. As the former Vice President of the Duval Teachers Union (DTU), she consistently championed the rights and dignity of educators. She did not simply hold a title; she lived her role with purpose. Ruby's advocacy ensured that teachers had the resources, respect, and support they needed to do their jobs well. She was never afraid to stand up for what was right, even in the face of challenge or opposition.

Ruby's services extended far beyond the walls of the classroom and the boundaries of her profession. She has poured into her community in ways both visible and quiet; mentoring youth, supporting local initiatives, and lending her voice to causes that uplift and empower. She has been a bridge builder, a source of encouragement, and a tireless worker for equity and opportunity. Her passion for service is matched only by her kindness and her ability to make others feel seen, heard, and valued.

Ruby George is not only respected for her leadership but deeply loved for her humanity. Ruby's actions have relentlessly touched and improved countless lives, mine included. I truly believe that her presence in our community makes it better, kinder and a more hopeful place.

I respectfully ask the Court to consider Ruby's lifelong pattern of service, compassion and love for people. She is a person who has consistently given and poured into others. Ruby George is not just a leader; she is a light. I can say without hesitation that the world is better because of her presence in it. Our community deeply needs her.

With Sincere respect,

Donneise K. Thompson
1056 Morning Stroll Lane, Jacksonville FL. 32221
904-333-4443
kaneitramoore@gmail.com
Educator for Duval County Public Schools

August 15, 2025

Dear Sir/Madam,

My name is Carolyn Corley Gibbs, and I am a retired Probation Officer with the Florida Department of Corrections. During my thirty-five years of service, I supervised many criminal offenders charged with a wide range of offenses—from violent crimes to lesser third-degree felonies.

I am writing today on behalf of Ms. Ruby Moore George, whom I have known all of my life. Our families share deep roots in Aiken County, South Carolina, where our parents were born and raised before relocating to Jacksonville as adults. Ms. George grew up here as the youngest in a proud military family that settled permanently in this community.

Throughout my career, I completed countless pre-sentence investigations, and based on my experience, I can say with confidence that Ms. George is not your typical defendant. I have always known her to be honest, responsible, kind, and deeply committed to her church and community. She has been a tireless advocate for education—not only for her children and grandchildren, but for countless young people within her church and neighborhood. She also played an instrumental role in developing ministries and youth programs at Bethel Missionary Baptist Church and the Mary L. Gibbs Community Center, dedicating herself to uplifting others.

While I am not fully familiar with every detail of the charges she faces, I can say without hesitation that Ms. George has never been a person of calculated or malicious criminal intent. Her lifelong character, her devotion to her family, and her service to her community speak volumes about the woman she truly is. I am not minimizing the seriousness of the offense, but I respectfully submit that there is room for mitigating factors and alternatives in her case.

It is in the best interests of her family and community that Ms. George remain present in their lives, especially for her children and grandchildren, who depend on her guidance and support.

As a reader of the Bible, I am reminded of Philippians 4:8: "*Finally, brethren, whatsoever things are true, whatsoever things are honest, whatsoever things are just, whatsoever things are pure, whatsoever things are lovely, whatsoever things are of good report; if there be any virtue, and if there be any praise, think on these things.*" Ms. George exemplifies these qualities.

For these reasons, I respectfully ask the Court to consider her lifelong record of integrity, her reputation in the community, and the significant positive role she plays in the lives of so many.

Respectfully submitted,

*Carolyn C. Gibbs*

Carolyn C. Gibbs

Correctional Probation Senior Officer (Retired)

Florida Department of Corrections

(904) 229-9643

Character Reference Letter

To Whom It May Concern,

I, Linda Lewis, sincerely write character reference letter about, Ruby George, for the purpose of seeking leniency for any future decisions that she may face regarding this case.

I have known Ruby George since childhood as a close neighbor. Her advice and encouragement contributed to me obtaining a college degree and a professional career. She has provided this much needed support to many youth and adults. The most valuable mentors are those who are raised in the same environment as the mentees. Ruby George has provided that level of commitment to us, and I speak for the community.

I thank you for your consideration of leniency, for Ruby George.

Best regards,

Linda Lewis

8/14/25

Linda Lewis
10872 Lothmore Road, Jacksonville, Florida 32221
904-871-0854
linda.lewis78@gmail.com

# CHARACTER REFERENCE LETTER

To Whom This May Concern,

I, Pearl McRant, write this letter of reference about Ruby George with whom I had the pleasure to know for more than 63 years, in order to clarify and defend her good character.

During this length of time, Ruby George, demonstrated many qualities as a valuable person in our society. I have observed her as a caring, polite, dependable, and supportive person. For example, she has provided moral support to most of the elderly persons within the Westside Sweetwater community for as long as I have known her. She has shown love and support to all of our neighbors as each of us can attest to. She now has limited mobility that hinders her movement, but her love and care will never cease. Therefore, I hope that this reference letter will encourage you to provide a favorable decision on her behalf going forward.

Best Regards,

Willie D. McRant
Pearl McRant          8/12/2025
7104 Luke Street  Jacksonville, FL  32210
904-803-5786

My name is Rhonda Taylor, and I am
writing to you today on behalf of Ruby
Moore George, whom I have had the
privilege of knowing for over 44 years.  In
that time,  I have come to deeply respect
her character, integrity, and commitment to
the betterment of those around her.

Mrs. George embodies honesty,
responsibility, and compassion.  She's
been like another mother to me, sharing
her wisdom and nurturing spirit upon
request.  I have witnessed her dedication
to her family, friends, church, and
community, especially through her
exceptional volunteer work with our
beloved sorority, earning widespread
respect and appreciation.

I've seen Mrs. George exemplify her strong belief in God in the face of challenges with determination. She is a true soldier in the army of the Lord.

I recognize the gravity of the situation and fully respect the seriousness of the legal process.  However, I humbly ask that you take into consideration the positive qualities that define Mrs. George.

She is remorseful for her actions and is committed to making amends  and contributing positively to society moving forward.

I believe in her ability to learn from this experience and continue making meaningful contributions to our community as she has done in the past.

I appreciate your time and thoughtful consideration in this matter.  Please feel free to contact me if you require any additional insight into Mrs. George's character.

Sincerely,

Rhonda Taylor

Toran Lott

9115 Devonshire Blvd.

Jacksonville, Florida 32208

904-229-9087

lottt@duvalschools.org

Dear Honorable Judge,

I am writing this letter to provide a character testimonial for Mrs. Ruby Moore-George, whom I have had the pleasure of knowing for 20 years. My name is Toran Lott. I am a Jacksonville, Florida native and an Educator for 14 years with Duval County Public Schools.

Mrs. Ruby Moore-George has always been very influential in my life for over 20 years. I met her on the campus of Edward Waters College, now University. She was my Graduate Advisor of the first and finest sorority. Mrs. Ruby Moore-George is a pilar in the Education community. She is one of the reasons why I am an Educator with Duval County Public Schools for the past 14 years. She has guided me throughout my college years and beyond. Mrs. Ruby Moore-George exemplifies compassion, empathy, and love. Please consider all of this information above about the impact she has made on the community.

I can say with confidence that Mrs. Ruby Moore-George has contributed to society with compassion and genuine love.

If you require more information or have any questions, please do not hesitate to contact me.

Toran Lott
Toran Lott
8-17-2025

Willetta R. Richie
4442 Mandarin Ridge Court
Jacksonville, FL 32258
Email:willettarichie@comcast.net

August 12, 2025

To Whom It May Concern:

I am writing to provide a personal reference for **Ruby Moore George**, whom I have known for **over 20 years**. In that time, I found her to be a person of strong character, integrity, and compassion.

Ruby consistently demonstrates reliability in all areas of her life. She approaches challenges with a level head and a willingness to take responsibility, even in difficult circumstances. I have witnessed her treating others with kindness and respect, regardless of differences or disagreements.

If further information is required, I would be happy to provide additional details. You can reach me at **willettarichie@comcast.net**

Sincerely,

Willetta R. Richie

August 13, 2025
The Honorable Judge Marcia Morales Howard
Chief District Judge
The Bryan Simpson United States Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

Re: Character Reference for Ruby George
3:24-cr-00251-MMH-SJH

Dear Judge Howard:

I am writing to you with a deep sense of responsibility and utmost respect in support of Ruby
George, who will soon appear before you. My name is Ayana Wysinger, and I have known Ruby
for 10 years, during which time I have observed her character and conduct in many situations. It
is sincerity that I ask you to consider my perspective as you consider the decisions that must be
made.

I met Ruby George in 2015 at a sorority meeting and since then our relationship has evolved
from mere acquaintances to close friends and confidants. Over the years, I have witnessed Ruby
exhibit qualities that speak to her integrity, compassion, and steadfastness—traits that have
consistently set her apart in our sorority and in the community.

Through our many shared experiences, both in times of happiness and difficulty, I have come to
know Ruby as someone whose moral compass is true. She is the type of person who offers help
before being asked, who listens closely when others speak, and who approaches life's challenges
with humility and determination.

Within her family, Ruby is a pillar of strength and reliability. I have often witnessed her devotion
to her loved ones--the way she nurtures and supports them fosters an environment of trust and
kindness. Though the family almost lost her to COVID in 2020, she made it through—coming
out even more wise and more resilient than before.

I understand that Ruby George now faces serious legal challenges, and I do not wish to minimize
the gravity of the situation. However, I believe it is important to share the broader picture of who
Ruby truly is--her history, her values, and the positive impact she has made on those around her.
She is like a second mother to me and to many others. She is wonderful mother, listener, teacher,
and leader of all things "life." She is Ruby.

Throughout this difficult process, Ruby George has confronted the situation with modesty.
Ruby's willingness to learn from this experience and commitment to personal growth speaks
volumes about her character. I am confident that Ruby views this as a turning point and is

determined to emerge from this situation as a better person, dedicated to making positive contributions to society as she has done her entire life.

Your Honor, I respectfully ask that you consider the entirety of Ruby's life and character as you deliberate on this matter. I understand the necessity of justice and accountability, but I also believe in the power of compassion and redemption. Ruby George is not defined by this moment alone, but by a lifetime of acts that reflect kindness and commitment to doing good. I am positive that I am not alone in my words and that you will read the same from others if others have written to you.

I respectfully request that leniency be considered in the sentencing of Ruby George. I believe that with the guidance of the court and the continued support of her family, friends, and her community, Ruby George possesses the strength and resolve to move forward in a manner that will benefit not only herself but also those around her.

Thank you, The Honorable Judge Marcia Morales Howard, for your time and for considering my view. I am available at your convenience should you wish to discuss my experiences with Ruby in greater detail. My hope is that this letter provides valuable insight into the true character of Ruby George--an individual I have come to know, respect, admire and love dearly.

Respectfully,
Ayana Wysinger

16359 Dawnwood Court
Jacksonville. FL 32218
904-347-1171
Ayana.wysinger@aol.com

October 28, 2025

The Honorable Judge Marcia Morales Howard
Chief District Judge
The Bryan Simpson United States Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

     **Re:**   ***Character Reference for Ruby George***
              **3:24-cr-00251-MMH-SJH**

Dear Judge Howard:

My name is Sheree' Cagle and I am honored to write this character reference letter for Ms. Ruby George. I worked with Ms. George for five years as the Elementary Region Superintendent of Duval County Public Schools.

I had many opportunities to interact with Ms. George. Each time I found her to be helpful and very pleasant to work with. The Superintendents often joked that if you wanted an honest answer about something, ask Ms. George.

One of my favorite memories of Ms. George is from the many times I served on interview committees with her. She made everyone feel comfortable with her warm smile and gave each candidate her undivided attention. When we discussed candidates after the interview, she always tried to find a strength in each candidate. Everyone had a fair chance with Ms. George on the committee.

Ms. George maintained the same characteristics outside of her role with the DCPS. She is friendly, helpful, honest and goes out of her way to help anyone in need.

It is an honor to share just a few of the many positive characteristics of Ms. George. If you have any questions or need additional information, do not hesitate to contact me.

Sincerely,

Sheree' Cagle
(850) 503-6997

*3315 Edgewood Avenue West*
*Jacksonville, Florida 32209*
*August 10, 2025*
*(904)864-5715*

**To Whom It May Concern**

It is a pleasure to write a letter in support of Mrs. Ruby Moore George. I have known Mrs. George for over thirty years. During that time, I have had the opportunity to work with her on committees where she served as committee chair and committee member. I have also seen her serve as a mentor to students, religious leader, loyal organizational leader and sincere friend.

Mrs. George is compassionate gracious, thoughtful, inspiring, cooperative, approachable and supportive. She believes in leading by example and demonstrates this in every way. When she chairs a committee, she works hard to achieve her goal as well as the goals of the committee. She believes in giving credit where credit is due and she does just that. She is a giving person and always gives her best efforts to make sure others are successful. Mrs. George is dedicated to her family, co-workers, friends as well as members of the organizations to which she belongs. She is especially supportive of her undergraduate school and is willing to assist in every way. Mrs. George is a warm, engaging person who follows and well as she leads, is inclusive and exhibits curiosity and motivation to learn. She us articulate, well-read, and able to utilize her knowledge effectively in every situation.

In conclusion, I am happy to share this information with you. If you have any additional questions or require further information, please do not hesitate to contact me.

Sincerely,

Norma Solomon White

August 23. 2025

The Honorable Judge Marcia Morales Howard
Chief District Judge
The Bryan Simpson United States Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

    **Re:**   ***Character Reference for Ruby George***
              **3:24-cr-00251-MMH-SJH**

Dear Judge Howard:

I am writing to you in support of Mrs. Ruby George, who has served with the utmost dedication as Vice President of Duval Teachers United.  I had the privilege of working with Mrs. George in her capacity as a leader in the Duval County School System, and I can say that she is a person of strong character and disposition.

Mrs. George's role as Vice President has been one that requires not only significant leadership skills but also a deep sense of responsibility. She has consistently represented teachers, paraprofessionals and office staff of Duval County Public Schools with unwavering diligence, particularly during the often challenging and complex collective bargaining processes.  She is an excellent communicator, always advocating with clarity and purpose for the best interest of the teachers and staff within the Duval County School system.  Her commitment to education and her colleagues in Duval County has made a lasting impact in this district.

Mrs. George is continually active in her church and often participates in various community events.

This is an unfortunate  matter, and I truly understand the seriousness of it. . However, I believe, based on Mrs. George's  determination and moral foundation, she will be willing to  do all that is necessary to resolve this situation,

Thank you for considering this letter as a part of your evaluation of Mrs. Ruby George. I have no doubt that she is a person who strives for justice and fairness in all aspects of her life and work.

Sincerely,
Mary L. Brown

*Mary L. Brown*
(904) 316-9411



## Kim Clayton, Esquire

*Counselor and Attorney At Law*
**2720 PARK STREET, SUITE 203, JACKSONVILLE, FLORIDA 32205**
**904.384.8004**

August 15, 2025

The Honorable Judge Marcia Morales Howard
Chief District Judge
The Bryan Simpson United States Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

     **Re:**    *Character Reference for Ruby George*
              *3:24-cr-00251-MMH-SJH*

Dear Judge Howard:

    Let me introduce myself, my name is Kim Clayton. I am a licensed attorney in the Fourth Judicial Circuit and have been a member of the Florida Bar since 1992. I am a former attorney for the Department of Children and Families and have been in private practice in North Florida for past sixteen years. I am also a certified family law mediator and a court appointed attorney in the Fourth Judicial Circuit for guardianship and incapacity cases. I received my bachelor degree from Florida A & M University, I have a Master's Degree in Social work from Florida State University and my law degree from Florida State University. I have known Ruby George for more than forth six years. I met her as she was about to graduate from Edward Waters College (now University) at the same time her oldest son was graduating from Florida A & M University. I witnessed her pursuit of her advanced degrees and certifications while working a full time job as a school teacher; supporting her husband, Arthur George (deceased) in his construction business; supporting her adult children as they pursued their degrees and professions; and supporting her extended family. She always made sure to be there when issues or a need arose and to celebrate their accomplishments.

    I have been a witness to her compassion for non-family members as well. She took two young male teenagers into her home when their mother was experiencing drug problems and struggling to take care of them. After leaving the classroom, I saw her return to the classroom very often to assist new teachers and principals as they learned their craft.

    She has always been a person who loved and gave back to her community, even when the cost required use of her personal funds. She was involved in organizing and working with summer enrichment programs and youth summer camps. She supported her church programs for kids as well. Despite her personal success locally and nationally, she

continued to live in the neighborhood she grew up in and constantly reached out to the
children of her community to help them stay in school and pursue bigger dreams and
accomplishments beyond of their surroundings. Ms. George came from a family of
laborers but that did not stop her from having big dreams and putting in the work to
accomplish her dreams and goals. Nothing was given to her. Her parents could not afford
to help her pursue her dream of a college education therefore after high school she
worked as a cook to help support her family and then when her five children were grown
and two of them in college she put herself through college as well. She didn't stop there.
She attended graduate school and pursed her goal of becoming an assistant principal and
then a principal in duval county school system.

I don't know what happened that caused Ms. George to be before this court, but
getting in this type of situation is totally out of character for her and I am confident she
does wants to satisfy her obligation to those who are concerned. Whatever occurred was
a misstep for the person I have known for the past forty six years. No human is perfect,
some of us make bigger mistakes than others, but Ruby George has a character of virtue
and integrity, an attitude of concern and support for children and I am confident she will
spend the rest of her life working to reestablish her honor and integrity when given the
opportunity. Any leniency granted by this court towards Ruby George will not be a
miscarriage of justice but a recognition of humanity and an acknowledgement of a
person's continued commitment to sharing life lessons learned with others. A benefit to
us all.

Sincerely,

Kim Clayton, Esquire
904-384-8004

Gerald L. Gibbs
7154 Thurston Rd.
Jacksonville, FL 32210

August 26, 2025

**To Whom It May Concern:**

I am writing this letter in support of Mrs. Ruby Moore George, whom I have had the pleasure of knowing for over 60 years. My name is Gerald L. Gibbs, and I am a retired employee of Firestone Tire Company, where I served for 37 years. I also serve as a deacon and church leader at Bethel Missionary Baptist Church, where Mrs. George has been a faithful and dedicated member for more than six decades.

Throughout the years, Mrs. George has been an active and passionate contributor to our church community, particularly within the youth and education departments. She has played an instrumental role in fundraising efforts to support academic achievement, including graduation awards and college assistance. Her commitment ensured that our youth consistently received the recognition and support they deserved—providing many with opportunities they might not have otherwise had. Mrs. George has always demonstrated an unwavering dedication to nurturing and empowering the younger generation.

Beyond the church, Mrs. George has exemplified exceptional civic pride and community service, especially in the Sweetwater and Cedar Hill neighborhoods. She has worked tirelessly with neighborhood associations and city officials to improve local infrastructure, enhance the environment, and address public safety concerns. Her efforts were pivotal in establishing recreational programs at the facility formerly known as the National Guard & Armory, now the Mary L. Gibbs Community Center. These programs have greatly benefited both the youth and elderly populations in our community.

Mrs. George has also contributed significantly to various community initiatives, including summer camps and vacation Bible schools. Her unwavering love for her family, her church, and her community is evident in all that she does. Given her long-standing record of integrity, service, and leadership, it is difficult for me to imagine her engaging in any type of fraudulent behavior. I have always known her to be God-fearing, honest, kind-hearted, and selflessly devoted to helping others.

It is with the utmost respect and confidence that I offer this testimony of Mrs. George's character. I am proud to call her my friend, my fellow church member, and a true pillar of our community.

Sincerely,

**Gerald L. Gibbs**
Deacon, Bethel Missionary Baptist Church

904-252-1331

August 11, 2025

**RE: Character Reference for Ms. Ruby George**

Dear Honorable Judge,

I am writing to respectfully offer this character reference on behalf of Ms. Ruby George, whom I have known for over 30 years. Our paths first crossed through our shared work in education, and I had the privilege of working with her during her tenure as Vice President of Duval Teachers United.

Throughout the decades, Ms. George has consistently demonstrated integrity, fairness, and a deep commitment to serving others. As a paraprofessional, I experienced firsthand her tireless advocacy for those of us who are often overlooked. She ensured that paraprofessionals were treated with respect and that our voices were included in important conversations. Her leadership was not only effective—it was compassionate and inclusive.

Ms. George's dedication extended far beyond her official duties. She has mentored countless educators, volunteered in community initiatives, and always led with empathy and principle. Her ability to uplift others and foster unity has left a lasting impact on our professional community and on me personally.

I am aware of the legal matter currently before the court and do not intend to diminish its seriousness. However, I respectfully ask that you consider Ms. George's decades of service, her character, and her enduring commitment to doing what is right. I believe she has the humility and strength to learn from this experience and continue contributing positively to those around her.

Thank you for your time and thoughtful consideration.

Sincerely,

*Lada Travis Henry*

**Lada Travis Henry**

August 14,2025

The Honorable Judge Marcia Morales Howard
Chief District Judge
The Bryan Simpson United States Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

Re: Character Reference for Ruby George
    3:24-cr-00251-MMH-SJH

  Dear Judge Howard:

I am writing this letter in support of my friend, Ruby George, who is appearing before you regarding the current legal matter. I have known Ruby for over 30 years, and I can honestly say that she is someone who has made mistakes, but also someone with a good heart and the capacity to grow and change

In the time I have known Ruby I have seen her as a loyal, kind, and caring person. She has always been the type of friend who would offer a helping hand, listen without judgement, and show up when it mattered most. While I don't excuse the actions that led to this situation, I truly believe they do not reflect the full character of the person I know.

One moment that stands out clearly in my mind happened when my car broke down unexpectedly at work. I was stranded everyone had gone home ,but Ruby  I had to call Triple A. Ruby was on her way to an important meeting—something she had prepared for and really could not afford to miss—but when I told her about my car and that I called Triple A she turned around without hesitation and stayed with me the entire time.  She missed her meeting just to make sure I was okay. She never complained and never once made me feel like a burden. That's who Ruby is— someone who puts others first, even when it costs her personally.

I understand the seriousness of why Ruby is in court, and I am not writing to excuse any mistakes. I simply want to offer a fuller picture of who she is outside of this situation. Ruby has always been someone who shows up when it matters. She is thoughtful, generous, and full of faith.

Your Hornor, I ask that you consider the heart and humanity of Ruby. She made a mistake, but she is far from a lost cause. She is someone worth believing in, I know with the right support and opportunity, she will prove it.

Thank you for your time and consideration.


Sincerely
Carol Gamble

Betty Burney
5626 International Drive
Jacksonville, FL 32219

August 8, 2025

**RE: Ruby George**

To Whom It May Concern:

For over two decades I have worked with Ruby George in various capacities to support the well-being of children. My first meeting with Mrs. George occurred when I visited her church to talk about the need to provide faith-based and community volunteer support systems for children in 33 academically low-performing schools. Mrs. George was very passionate about helping *all* children thrive and reach their potential. As a result of our deep love of children we often conversed about life, education and ways to reduce the academic achievement gap. For four (4) years we volunteered together at the Boys and Girls Club in a program designed to provide middle and high school teens with a high-quality program that helped the participants learn about careers, understand how to think strategically and how to work together as a team. Those four years of volunteering together showed me that Mrs. George cared deeply for children and that she cared deeply about the future of our city. We made a visible difference and a marked impact on the young people which is a testament to Ruby George because she spearheaded the project. The students loved her and she loved them!

Mrs. George is caring, compassionate and courageous. She has the *courage* to speak up for people in need: she has the *compassion* to give of herself to help the voiceless understand how to move forward and she *cares* enough to inspire, motivate and help those who feel hopeless. Ruby George has made a difference in the lives of hundreds of young people from her work in the elementary school system, her work with teens and her work with college women. Please consider her background of nurturing, supporting and empowering others as you make your final decisions.

Respectfully submitted,

Betty Burney

December 1, 2025


The Honorable Judge Marcia Morales Howard Chief District Judge
The Bryan Simpson United States Courthouse 300 North Hogan Street

Jacksonville, Florida 32202

Re: Character Reference for Ruby George 3:24-cr-00251-MMH-SJH

Dear Judge Howard:[1]

I am writing to you today with profound respect for the Court and with a heartfelt desire
to offer a character witness for Mrs. Ruby George. My name is Terri Samuels, and I am
an educator, Florida State graduate, and community member I have known Mrs.
George for over four decades, since I was a child in the 1970s, and the woman I have
known is a pillar of strength, faith, and empowerment.

In the 1970s, my family was the only black family in a predominantly white community in
Jacksonville. It was during this time that Ms. Ruby George entered our lives. She saw
potential where others might have seen only difference.  Mrs. George, filled with God's
spirit and love, helped me to evolve into a confident, impactful woman and an asset to
our community.

 She taught me to look beyond superficial barriers—the color of my skin, my body
type—and to focus on the substance of my character and the value I could offer in the
world.  Because of her unwavering belief in me, I had the courage to break barriers.
I became one of the few black cheerleaders at my high school; black president of a
Greek council organization, and black girls to participate in a school pageant. Mrs.
George was instrumental in each of these achievements, nurturing me and reminding
me that I could achieve anything I set my mind to. Her mentorship did not end in my
youth. She later gave me my first professional opportunity, hiring me as a receptionist
for her son's corporation, where she taught me poise, kindness, and the importance of
one's impact on the broader community.

The lessons I learned from her—to lead with love, to serve my community, and to
believe in myself against all odds—inspired me to become an educator myself. I am just
one of many young Black girls whose life was positively shaped by Ruby George's
guidance.

Your Honor, the woman I have known for nearly 50 years is a community builder. She
dedicated her life to the empowerment of others.  At over 80 years of age, she deserves

to be remembered for a lifetime of service that created ripples of positive change, the effects of which are still felt today in the lives of people like me and my family.

I submit this letter not to debate the matters before the Court, but to ensure you have a clear picture of Mrs. Ruby George's character and the profound, lasting good she has done. Thank you for your time and consideration.

Respectfully yours,

Terri Samuels
904.629.6508

December 26, 2025

The Honorable Judge Marcia Morales Howard Chief District Judge
The Bryan Simpson United States Courthouse 300 North Hogan Street, Jacksonville, Florida 32202

Re: Character Reference for Ruby George 3:24-cr-00251-MMH-SJH

Dear Judge Howard:

I am writing to you today to offer a character reference for my dear friend Ruby George. I have known Ruby for 50 years, since I first moved to Jacksonville on a military transfer. She was one of the first people to welcome me, inviting me to worship with her and helping me feel at home in a new city. Our long friendship has given me a deep understanding of her character.

Ruby is an extraordinary pillar of her community. Her life is defined by service, particularly to children and families in need. I have personally witnessed her dedication and leadership. One powerful example was when she recognized that a local junior high school football team needed new uniforms. Without hesitation, she took the initiative to gather parents, form a Booster Club committee, and serve as its president. Through her organizing efforts, the committee successfully raised funds to purchase uniforms for the entire team. This is just one instance of her ability to bring people together for a common good.

Her commitment extends deeply into her faith community as well. At her church, she is known for her active involvement with both children and adults, serving in various capacities. Above all, she is a compassionate, God-fearing woman whose faith translates directly into action—she is always willing to help anyone she can.

The woman I know is someone of integrity, generosity, and profound care for her community. The charges before this court do not, in any way, reflect the Ruby I have loved and respected for so many years.

I respectfully ask that you consider her contributions, her standing as a valued member of her family, her church, and the wider Jacksonville community, and her otherwise exemplary character as you deliberate in this matter.

Thank you for your time and consideration.

Respectfully,

Mary Lunsford

Mary Lunsford
904-378-6565