UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:24-cr-251-MMH-SJH

RUBY GEORGE

### UNITED STATES' MOTION FOR DOWNWARD DEPARTURE BASED UPON SUBSTANTIAL ASSISTANCE

Pursuant to U.S. Sentencing Guidelines § 5K1.1, the United States moves this Court to grant a three-level reduction in the total offense level of defendant Ruby George, and in support of this motion states as follows:

### MEMORANDUM OF LAW

On a motion of the United States, the Court may reduce a defendant's total offense level to reflect a defendant's substantial assistance to law enforcement. *See* USSG § 5K1.1.

Here, Ms. George pledged to cooperate with the United States under the terms of a cooperation plea agreement. When interviewed, she provided the prosecution team with information that incriminated her co-conspirator and co-defendant, Teresa Brady. A report of that interview was shared with Ms. Brady, who later pleaded guilty. Ms. George's availability as a prosecution trial witness may have contributed to Ms. Brady's decision to plead guilty.

Because of her efforts on behalf of the prosecution team, the defendant should receive a three-level reduction in her total offense level. That downward departure would reduce her advisory sentencing range from 33-41 months' to 24-30 months' imprisonment, a reduction of approximately 27% in her sentencing exposure.

## CONCLUSION

For the foregoing reasons, this Court should grant the United States' motion for a downward departure. Counsel for the United States will be prepared to elaborate regarding this recommendation and the nature of the defendant's cooperation at her sentencing hearing.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By   */s/ Michael J. Coolican*
MICHAEL J. COOLICAN
Assistant United States Attorney
USAO No. 156
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: michael.coolican@usdoj.gov