# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:24-cr-251-MMH-SJH |
| v. | |
| RUBY GEORGE | |

| | |
|---|---|
| <u>Counsel for Government:</u> | <u>Counsel for Defendant:</u> |
| Michael Coolican | Reid Hart |
| | John Phillips |

## HONORABLE MARCIA MORALES HOWARD
## UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Courtroom Deputy: Jodi L. Wiles | Court Reporter: Katharine Healey |
| U.S. Probation: Irish Anderson | |

## CLERK'S MINUTES

**PROCEEDINGS OF:   SENTENCING**

Plea previously accepted.

Defendant adjudged guilty on Counts **One, Five, and Twelve of the Indictment**

The United States' Motion for Downward Departure Based Upon Substantial Assistance (Dkt. No. 99) is **GRANTED**.

Imprisonment:   **TWELVE (12) MONTHS AND ONE (1) DAY, consisting of TWELVE (12) MONTHS AND ONE (1) DAY as to each Count One, Five, and Twelve of the Indictment to run concurrently**

The Court makes the following recommendation to the Bureau of Prisons:
- Incarceration at a facility closest to Jacksonville, Florida, that has the lowest minimum security camp with medical facilities sufficient to address Defendant's medical needs. The Court makes this recommendation because Defendant is a lifetime resident of Jacksonville, Florida, with family and friends here to visit and support her during her term of incarceration.

Supervised Release:   **THREE (3) YEARS, consisting of THREE (3) YEARS as to each Count One, Five, and Twelve of the Indictment to run concurrently**

Special conditions of supervised release:
- Defendant shall participate in the Home Detention program for a period of **180** days.
- Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating herself for any major purchases without approval of the probation officer.
- Defendant shall provide the probation officer access to any requested financial information.
- Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- Mandatory drug testing requirements are suspended.

Special Assessment:     **$300.00**     to be paid immediately.

Restitution:     **$2,600,235.99 (joint and several)**

Counts Two through Four and Six through Eleven of the Indictment are dismissed on the motion of the Assistant U.S. Attorney and pursuant to the Plea Agreement.

Defendant advised of right to appeal and to counsel on appeal.

Defendant shall self-surrender to the facility of designation no later than **2:00 p.m. on April 16, 2026**.

Date: February 9, 2026        Time: 2:00 p.m. – 5:22 p.m.        Total: 3 Hours, 22 Minutes